**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **BRADLEY CLONAN, ET AL.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL.,**<br><br>**Defendants.** | **Civil Case No. 3:24-CV-11399-RK-RLS**<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>*Return Date: February 3, 2025* |

**TO:** Bradley Clonan
2604 W. Rhododendron Drive
Abington, MD 21009
Pro Se Plaintiff

**PLEASE TAKE NOTICE** that on February 3, 2025, or as soon as counsel may be heard, the undersigned, attorneys for Defendants, Lauren Zalepka and Glenn Beveridge, shall apply to the above-named Court for an Order dismissing the Complaint, with prejudice, as to such Defendants for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of the instant application, the undersigned shall rely upon the Brief annexed hereto and made a part hereof.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that a ruling on the papers pursuant to L. Civ. R. 7.1(b)(4) is respectfully requested.

**RONAN, TUZZIO & GIANNONE, P.C.**

BY: /s/ John M. Hockin, Jr.

Dated: January 9, 2025

JOHN M. HOCKIN, JR.
RONAN, TUZZIO & GIANNONE, P.C.
4000 Route 66, Suite 231
One Hovchild Plaza
Tinton Falls, NJ 07753
Phone (732) 922-3300
Fax (732) 918-8505
Jhockin@ronanlaw.com
Attorneys for Defendants, Lauren Zalepka and Glenn Beveridge