**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **BRADLEY CLONAN, ET AL.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL.,**<br><br>**Defendants.** | **Civil Case No. 3:24-CV-11399-RK-RLS**<br><br>**ORDER DISMISSING THE COMPLAINT, WITH PREJUDICE, AS TO DEFENDANTS, LAUREN ZALEPKA, ESQ. AND GLENN BEVERIDGE, ESQ.** |

**THIS MATTER** having been brought before the Court on Motion of Ronan, Tuzzio & Giannone, P.C., counsel for Defendants, Lauren Zalepka and Glenn Beveridge, and upon notice to Bradley Clonan, Plaintiff *pro se*, and to all counsel of record, for an Order dismissing the Compliant against such Defendants, with prejudice, and the Court having considered the papers submitted, the arguments of counsel, and good cause having been shown;

**IT IS** on this _____________ day of ________________________, 2025;

**ORDERED** that the Complaint is hereby dismissed as against Defendants, Lauren Zalepka, Esq. and Glenn Beveridge, Esq., with prejudice, for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6); and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on all Counsel within seven (7) days of its receipt by Movant.

______________________________
, U.S.D.J.

( ) Opposed
( ) Unopposed