Gmail **Brad Clonan <clonanxyz@gmail.com>**

## RE: Cease and Desist

**Brad Clonan** <clonanxyz@gmail.com> Tue, Sep 24, 2024 at 11:17 AM
To: "Glenn A. Beveridge" <gbeveridge@ronanlaw.com>

Glenn,

Are you confirming that both you and your client are refusing my request to speak to a physician to obtain a current up to date understanding of the medical care provided to me by MMC/PESS; in a language I or a designated care giver can be expected to understand?

Also what was reviewed internally, as the formal grievance letter in response states they examined the wrong patient internally. Due to the incorrect transfer date and other discrepancies. I do not consider this attack on our constitution confidential.

On Tue, Sep 24, 2024 at 9:41 AM Glenn A. Beveridge <gbeveridge@ronanlaw.com> wroteMr. Clonan:
[Quoted text hidden]

Gmail

Brad Clonan <clonanxyz@gmail.com>

## RE: Cease and Desist

**Brad Clonan** <clonanxyz@gmail.com> Tue, Sep 24, 2024 at 11:30 AM
To: "Glenn A. Beveridge" <gbeveridge@ronanlaw.com>

Note the date in the response. I was not transferred on that date. Whose records did they even examine? Note please recognize the severely delayed formal grievance process not followed by your client.







RWJBarnabas HEALTH | Monmouth Medical Center

Eric Carney
*President and Chief Executive Officer*

August 9, 2024

Mr. Bradley Clonan
2604 Rhodoendron Drive
Abingdon, MD 21009

Dear Mr. Clonan,

I hope this letter finds you and your family doing well. I am writing to address your concerns regarding the telepsychiatry clinical evaluation completed at Centrastate Medical Center on March 25, 2023 by one of our physicians. You identified several concerns related to the evaluation you received.

Virginia Heggen, Patient Advocate, Mohsen Rehim, M.D., Chairman of Department of Psychiatry, Margaret Nielsen, Director of Risk Management and myself have spoken with you, listened to your concerns and have been involved in the investigation. All of your concerns were also reviewed with Dr. Fabian.

We want to assure you that your concerns have been thoroughly reviewed and investigated. Our review of the physician evaluation that was performed revealed that our provider's recommendation for admission was appropriate based upon the clinical assessment at the time of your admission to Centrastate Medical Center an based upon the collateral the health care team received. In addition, you were transferred to Hampton Behavior Health Center on August 26, 2023. At Hampton Behavioral Health Center the provider would also need to perform a clinical evaluation upon your arrival to determine if an admission is warranted.

As a result of our findings, we will be bringing this grievance to closure. If you have additional concerns relate to your hospital admission, we recommend that you reach out to Hampton Behavioral Health Center for additional information. Thank you again for sharing your observation and comments with our team

Please feel free to contact Patient Satisfaction with any questions you may have at 732-923-6695.

Sincerely,

Johanna Rosario

Johanna Rosario
Director, Patient Satisfaction

300 Second Avenue
Long Branch, NJ 07740
732.222.5200

Gmail

**Brad Clonan <clonanxyz@gmail.com>**

---

## RE: Cease and Desist

---

**Brad Clonan** <clonanxyz@gmail.com> Tue, Sep 24, 2024 at 11:17 AM
To: "Glenn A. Beveridge" <gbeveridge@ronanlaw.com>

Glenn,

Are you confirming that both you and your client are refusing my request to speak to a physician to obtain a current up to date understanding of the medical care provided to me by MMC/PESS; in a language I or a designated care giver can be expected to understand?

Also what was reviewed internally, as the formal grievance letter in response states they examined the wrong patient internally. Due to the incorrect transfer date and other discrepancies. I do not consider this attack on our constitution confidential.

On Tue, Sep 24, 2024 at 9:41 AM Glenn A. Beveridge <gbeveridge@ronanlaw.com> wroteMr. Clonan:
[Quoted text hidden]

Gmail

Brad Clonan <clonanxyz@gmail.com>

## RE: Cease and Desist

**Brad Clonan** <clonanxyz@gmail.com> Tue, Sep 24, 2024 at 11:30 AM
To: "Glenn A. Beveridge" <gbeveridge@ronanlaw.com>

Note the date in the response. I was not transferred on that date. Whose records did they even examine? Note please recognize the severely delayed formal grievance process not followed by your client.

RWJBarnabas HEALTH | Monmouth Medical Center

**Eric Carney**
*President and Chief Executive Officer*

August 9, 2024

[redacted]

Dear Mr. Clonan,

I hope this letter finds you and your family doing well. I am writing to address your concerns regarding the telepsychiatry clinical evaluation completed at Centrastate Medical Center on March 25, 2023 by one of our physicians. You identified several concerns related to the evaluation you received.

Virginia Heggen, Patient Advocate, Mohsen Rehim, M.D., Chairman of Department of Psychiatry, Margaret Nielsen, Director of Risk Management and myself have spoken with you, listened to your concerns and have been involved in the investigation. All of your concerns were also reviewed with Dr. Fabian.

We want to assure you that your concerns have been thoroughly reviewed and investigated. Our review of the physician evaluation that was performed revealed that our provider's recommendation for admission was appropriate based upon the clinical assessment at the time of your admission to Centrastate Medical Center and based upon the collateral the health care team received. In addition, you were transferred to Hampton Behavior Health Center on August 26, 2023. At Hampton Behavioral Health Center the provider would also need to perform a clinical evaluation upon your arrival to determine if an admission is warranted.

As a result of our findings, we will be bringing this grievance to closure. If you have additional concerns related to your hospital admission, we recommend that you reach out to Hampton Behavioral Health Center for additional information. Thank you again for sharing your observation and comments with our team

Please feel free to contact Patient Satisfaction with any questions you may have at 732-923-6695.

Sincerely,

Johanna Rosario

Johanna Rosario
Director, Patient Satisfaction

300 Second Avenue
Long Branch, NJ 07740

732.222.5200

*An Academic affiliate of Rutgers Robert Wood Johnson Medical School rwjbh.org/monmouth*

[Quoted text hidden]

Gmail

Brad Clonan <clonanxyz@gmail.com>

## RE: Cease and Desist

**Glenn A. Beveridge** <gbeveridge@ronanlaw.com> Thu, Nov 7, 2024 at 10:00 AM
To: Brad Clonan <clonanxyz@gmail.com>

Mr. Clonan:

As noted in our letters to you, please continue to direct all communication to my firm.

Best,

Glenn

**Glenn A. Beveridge, Esq.**

Ronan, Tuzzio & Giannone

One Hovchild Plaza

4000 Route 66, Suite 231

Tinton Falls, NJ 07753-7308

(732) 922-3300

F (732) 918-8505

gbeveridge@ronanlaw.com

*****Confidentiality Note*****

**This transmission is intended only for the addressee and may contain privileged and/or confidential information from the Law Firm of Ronan, Tuzzio & Giannone. If you are not the intended recipient, please do not use, disseminate or copy this material. If you have received this transmission in error, please notify us immediately by telephone, return this transmission and delete or destroy any copies. Thank you.**

**From:** Brad Clonan <clonanxyz@gmail.com>
**Sent:** Thursday, November 7, 2024 9:26 AM
**To:** Glenn A. Beveridge <gbeveridge@ronanlaw.com>
**Cc:** DOH-Complaints HFELAcuteCare [DOH] <HFELAcuteCareComplaints@doh.nj.gov>
**Subject:** Re: Cease and Desist

Good morning, Glenn,

[Quoted text hidden]

[Quoted text hidden]

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

# Long Branch Police Department

344 Broadway LONG BRANCH , NJ 07740 (732)222-1000

Officer Report for Incident 24LB24501

**Nature:** POLICE SERVICE

**Location:** P253

**Address:** 300 2ND AVE; MONMOUTH MEDICAL CENTER LONG BRANCH NJ 07740

**Offense Codes:** POLI
**Received By:** Campbell, Aa **How Received:** T **Agency:** P25
**Responding Officers:** Wright, T, Garcia, P, Howe, R
**Responsible Officer:** Wright, T **Disposition:** SC 09/09/24
**When Reported:** 13:45:02 09/09/24 **Occurred Between:** 13:45:02 09/09/24 and 13:46:38 09/09/24

**Assigned To:** **Detail:** **Date Assigned:** **/**/**
**Status:** **Status Date:** **/**/** **Due Date:** **/**/**

**Complainant:**
**Last:** **First:** **Mid:**
**DOB:** **/**/** **Dr Lic:** **Address:**
**Race:** **Sex:** **Phone:** **City:** ,

## Offense Codes

**Reported:** **Observed:** POLI Police Information
**Additional Offense:** POLI Police Information

## Circumstances

LT09 Drugstore, Dr Office, Hospital

| Responding Officers: | Unit : |
|---|---|
| Wright, T | P25392 |
| Garcia, P | P25378 |
| Howe, R | P25393 |

**Responsible Officer:** Wright, T **Agency:** P25
**Received By:** Campbell, Aa **Last Radio Log:** 14:33:35 09/09/24 C
**How Received:** T Telephone **Clearance:** RR Report Required
**When Reported:** 13:45:02 09/09/24 **Disposition:** SC **Date:** 09/09/24
**Judicial Status:** **Occurred between:** 13:45:02 09/09/24
**Misc Entry:** **and:** 13:46:38 09/09/24

**Statute:** **Description :** **Method :**

Status: CMPLT (Costa, L ) on 15:17:54 09/10/24
Partition: "p25lk

Date Printed: 09/25/24

---

**Supplement**

14:33:35 09/09/2024 - Wright, T

CAD Call info/comments

=================================

13:46:38 09/09/2024 - Campbell, Aa
*EDITED* MMC SEC REQUESTING PD /// NO FURTHER DESC

13:50:43 09/09/2024 - Campbell, Aa - From: Howe, R
PAST INCIDENT // RECORDING A PHONE CONVERSATION

14:14:18 09/09/2024 - Oliver, S
Nature change from UNKNOWN INCDNT to POLICE SERVICE
14:33:22 09/09/2024 - Wright, T
Risk Management Director, Margaret Nielsen, reported that a former patient, Bradley Clonan, recorded their phone conversation and posted it to YouTube, without her consent. She wanted the incident documented to send to her lawyers and to have the video taken down. Video has since been made private. [redacted]

Status: CMPLT (Costa, L ) on 15:17:54 09/10/24
Partition: "p25lk

Date Printed: 09/25/24

## Name Involvements:

**Involved :** [redacted]
**Last:** CLONAN **First:** BRADLEY **Mid:** M
**DOB:** 02/23/89 **Dr Lic:** [redacted] **Address:** 5 MINUTEMAN COURT
**Race:** W **Sex:** M **Phone:** **City:** OLD, 08857

wrong address

**Caller :** [redacted]
**Last:** NIELSEN **First:** MARGARET **Mid:** M
**DOB:** 06/01/60 **Dr Lic:** [redacted] **Address:** [redacted]
**Race:** W **Sex:** F **Phone:** **City:** [redacted]

Status: CMPLT (Costa, L ) on 15:17:54 09/10/24
Partition: "p25lk

Date Printed: 09/25/24

Case 3:24-cv-11399-RK-RLS Filed 1/11/25 Page 14 of 14 PageID: 14



**Involvements**

| Date | Type | Description | |
|---|---|---|---|
| 09/10/24 | Name | NIELSEN, MARGARET M | Caller |
| 09/10/24 | Name | CLONAN, BRADLEY M | Involved |
| 09/09/24 | Cad Call | 13:45:02 09/09/24 POLICE SERVICE | Initiating Call |