Case 3:24-cv-11399-RK-RLS Document 1 Filed 1/24/2025 Page 1 of 1 PageID: 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

(Title of Action)

Bradley Clonan :

Plaintiff, : Civil Action No. 3:24-CV-11399-RK-RLS

v. : NOTICE OF MOTION

CENTRASTATE HEALTHC. :

Defendant. :

PLEASE TAKE NOTICE Bradley Clonan
(Name of Moving Party)

will move before the Honorable Rukhsanah L. Singh, U.S.D.J. on

Febuary 3rd 2025
(Motion days are the 1st and 3rd Monday of each month)

for an Order summary judgement.
(describe type of relief being sought)

In support of my motion, I will rely on the attached brief (if necessary).

Bradley Clonan
Name

2604 w rhododendron drive
Abingdon
Maryland 21009
Address

Date: 1/24/2025