UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN, ET AL., | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 3:24-CV-11399-RK-RLS |
| | ) |
| v. | ) |
| | ) Certification of service |
| CENTRASTATE HEALTHCARE | ) |
| SYSTEM/ATLANTIC HEALTHCARE | ) |
| SYSTEM, ET AL., | ) |
| | ) |
| Defendants. | ) |
| ________________________________ | ) |

I HEREBY CERTIFY that on January 24, 2025, I caused to be filed the within motion to summary judgment as there has no dispute to the facts that have occurred, via electronic filing with the Clerk of the United States District Court, District of New Jersey, Trenton Vicinage, and all attorneys that have responded will be notified Docket updates.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Bradley Clonan
2604 W Rhododendron Drive
Abingdon, MD 21009
Phone : 732-476-9555
Email : clonanxyz@gmail.com

Dated January 24, 2025