UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN, ET AL., ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| ) | |
| v. ) | |
| ) | STATEMENT OF DEFAULT |
| CENTRASTATE HEALTHCARE ) | |
| SYSTEM/ATLANTIC HEALTHCARE ) | |
| SYSTEM, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ______________________________) | |

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs request entry of default against Defendants, showing:

1. The Complaint was entered on December 23, 2024. Which included a petition for summary default judgment.

2. Service was properly effected on Defendants as evidenced by the attached proofs of service provided to the court.

3. The time for Defendants to answer or otherwise defend has expired.

4. WHEREAS, all Defendants have failed to adequately respond to or defend against the Plaintiff's claims regarding his involuntary commitment; and

5. WHEREAS, the only responding Defendants have merely stated: "Plaintiff asserts factual allegations against other defendants, especially with respect to his involuntary commitment, but none against the attorney defendants"; and

WHEREAS, this response constitutes a failure to address the substantive claims at issue; and

WHEREAS, no Defendant has presented any defense against the alleged violations of Plaintiff's constitutional rights under 42 U.S.C. § 1983;

NOW THEREFORE, the Defendants' collective failure to meaningfully respond to the allegations concerning Plaintiff's involuntary commitment and constitutional rights violations under 42 U.S.C. § 1983 constitutes a material deficiency in their defense of this action.

5. All defendants have blocked any access to speak to physicians, in order to seek proper medical care and heal. This has profound negative health side effects, and a continuation of plaintiffs and his family's suffering. Suffering frequent panic attacks, and reliving the traumatic experience.

WHEREFORE, Plaintiffs request the Clerk enter default against Defendants.

Dated: 1/24/25

Bradley Clonan, Pro Se

AFFIDAVIT IN SUPPORT OF DEFAULT JUDGMENT

I, Bradley Clonan, being duly sworn, state:

1. I am a Plaintiff in this action.

2. The Complaint was properly served on all Defendants supplied to the court through ADS and entered by the clerk.

I declare under penalty of perjury that the foregoing is true and correct.

Bradley Clonan