**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **BRADLEY CLONAN, ET AL.,**<br><br>**Plaintiff,**<br>**vs.**<br><br>**CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL.,**<br><br>**Defendants.** | **Civil Case No. 3:24-CV-11399-RK-RLS**<br><br>**CERTIFICATION OF SERVICE** |

**I HEREBY CERTIFY** that on January 24, 2025, I caused to be filed the within Brief in reply to Plaintiff's Opposition to the Motion to Dismiss the Complaint, with prejudice, as to Defendants, Lauren Zalepka and Glenn Beveridge, for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6), via electronic filing with the Clerk of the United States District Court, District of New Jersey, Trenton Vicinage, and all attorneys of record. Additionally, I mailed a courtesy copy of the moving papers by regular mail to:

Hon. Rukhsanah L. Singh, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**RONAN, TUZZIO & GIANNONE, P.C.**

BY: /s/ John M. Hockin, Jr.

Dated: January 24, 2025

JOHN M. HOCKIN, JR.
RONAN, TUZZIO & GIANNONE, P.C.
4000 Route 66, Suite 231
One Hovchild Plaza
Tinton Falls, NJ 07753
Phone (732) 922-3300
Fax (732) 918-8505
Jhockin@ronanlaw.com
Attorneys for Defendants, Lauren Zalepka and Glenn Beveridge