# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN,<br><br>      Plaintiff<br>v.<br><br>CentraState Healthcare System/Atlantic Health System; RWJBarnabas Health – Monmouth Medical Center; Hampton Behavioral Health Center, et al.<br><br>      Defendants. | Civil Docket No.: 3:24-cv-11399-RK-RLS |

## MOTION OF DEFENDANT HAMPTON BEHAVIORAL HEALTH CENTER TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND FED. R. CIV. P. 12(b)(1)

  Defendant, Hampton Behavioral Health Center (collectively "Defendant"), respectfully moves to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), for the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference. For all of the reasons set forth in the accompanying Memorandum of Law, Defendant Hampton Behavioral Health Center requests that this Court dismiss Plaintiff's Complaint against it, in its entirety, without leave to amend.

                       Respectfully submitted,

Date: January 24, 2025      By: */s/ Michael W. Bootier*
                   Michael W. Bootier, Esquire
                   Pa. Identification No. 201639
                   Joshua T. Calo, Esquire
                   Pa. Identification No. 323343
                   Caitlin L. Cardene, Esquire
                   Pa. Identification No. 335213
                   Buchanan Ingersoll & Rooney PC
                   50 S 16th Street, Ste. 3200
                   Philadelphia, PA 19102-2555
                   (215) 665-8700

(215) 665-8760
michael.bootier@bipc.com
joshua.calo@bipc.com
caitlin.cardene@bipc.com
*Attorneys for Defendant, Hampton Behavioral Health Center*

2

## **CERTIFICATE OF SERVICE**

I, Michael W. Bootier, Esquire hereby certify that a true and correct copy of the foregoing Motion to Dismiss was served via US mail, electronic mail, and/or this Court's electronic filing system upon the following on January 24, 2025:

Pisanchyn Law Firm
Bradley D. Moyer, Esquire
524 Biden Street
Scranton, Pa 18503
***Attorney for Plaintiff***

UHS of Doylestown, L.L.C. d/b/a Foundations Behavioral Health
Amy Smith
Donna Putignano
*833 E Butler Ave*
*Doylestown, PA 18901*
***Co-Defendants***

Respectfully submitted,

Date: January 24, 2025        By:   */s/ Michael W. Bootier*
Michael W. Bootier, Esquire
Pa. Identification No. 201639
Joshua T. Calo, Esquire
Pa. Identification No. 323343
Caitlin L. Cardene, Esquire
Pa. Identification No. 335213
Buchanan Ingersoll & Rooney PC
50 S 16th Street, Ste. 3200
Philadelphia, PA 19102-2555
(215) 665-8700
(215) 665-8760
michael.bootier@bipc.com
joshua.calo@bipc.com
caitlin.cardene@bipc.com
*Attorneys for Defendants Universal Health Services, Inc. and UHS of Delaware, Inc.*