**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRADLEY CLONAN,<br><br>Plaintiff<br>v.<br><br>CentraState Healthcare System/Atlantic Health System; RWJBarnabas Health – Monmouth Medical Center; Hampton Behavioral Health Center, et al.<br><br>Defendants. | Civil Docket No.: 3:24-cv-11399-RK-RLS |

**ORDER**

**NOW**, this ______ day of __________________, 2025, upon consideration of the Motion of Defendant Hampton Behavioral Health Center to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1), it is **ORDERED** that the Motion is **GRANTED.** Plaintiff's Complaint against Hampton Behavioral Health Center is dismissed in its entirety, with prejudice, and without leave to amend.

BY THE COURT

______________________________

Hon. Robert Kirsch, U.S.D.J.