UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN, ET AL., Plaintiff, v. CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL., Defendants. | Civil Case No. 3:24-CV-11399-RK-RLS<br><br>PLAINTIFFS DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS including Exhibits |

I, Bradley Clonan, declare under penalty of perjury:

I am the Plaintiff in this action. I submit this declaration in opposition to the Motion to Dismiss Hampton Behavioral Health Center. I have personal knowledge of the facts stated herein and could testify competently to them if called as a witness. I am handicapped.

1. No justification for hospitalization documented. By Hampton Behavioral Health Center medical records.

2. Bradley was given haldol 5 and diagnosed with paranoid schizophrenia without medical explanation or reason. Bradley was given a diagnosis of F20.0, erroneously as noted in supporting documents. The intervention and care plan were added ‘by mistake’. Haldol was discontinued and a severely difficult weaning procedure began. By Hampton Behavioral Health Center medical records.

3. The intervention and care plan were added in error “By mistake”. On the third day of commitment, it was noted that claims previously thought to be hallucinations were confirmed as factual events by the wife during a phone call. By Hampton Behavioral Health Center medical records.

4. Bradley’s reason for visit did not match the involuntary commitment paperwork. Note there was no known substance abuse. There is no record of Bradley experiencing hallucinations. Despite requests, neither Bradley nor his caregiver has received any explanation (legal or medical) for his involuntary commitment. The New Jersey Department of Health is investigating

the incident, but their investigation remains incomplete and is supposedly still under review by supervisors. By Hampton Behavioral Health Center medical records.

5. The police did not transport Bradley to the emergency room, contrary to what Hampton Behavioral Health Center's medical records claim. CentraState Hospital's medical records directly contradict Hampton's intake forms, leading to a series of falsifications during Bradley's unjust involuntary commitment. Additionally, Bradley's educational background—having only completed an associate's degree—has no bearing on delusions or medical diagnoses. This underscores the clear mental biases Bradley encountered during this traumatic experience.

6 - 9 . The reason for the visit to the medical facility does not match the reasons given for involuntarily committing Bradley. Both Monmouth Medical Center and Centrastate's paperwork state that the commitment was due to Bradley taking more than the prescribed dosage of medication. Additionally Hampton Behavioral Health Center states "No Weight Loss" but this contradicts the initial reason given for the visit and involuntary commitment to Hampton Behavioral Health Center.

8 : CentraState medical records : Blood and urine screening produced negative results that do not meet forensic standards.

9. Monmouth medical center commitment paperwork statement of overusing prescribed medications directly contradicts Blood and urine clinical evidence provided by CentraState.

10 : Officer Demarco's statement was used by medical professionals to involuntarily commit Bradley to a mental health facility. Officer Demarco was acting in his official capacity as a law enforcement officer when he made the statement. This occurred despite the fact that Bradley's claims were truthful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This case should not be dismissed, it is also a matter of public interest and concern.

**Legal Basis :**

**Before dismissing an action where joinder of an indispensable nonparty isn't feasible, a court is supposed to consider whether doing so will deprive the plaintiff of an adequate remedy. See Fed. R. Civ. P. 19(b)(4).**

Executed on January 25, 2025, at Abingdon, Maryland.

Bradley Clonan

Case 3:24-cv-11399-RK-RLS Document 1 Filed 1/25/2025 Page 4 of 12 PageID: 4

Attending: Houdart DO,Michael P

## Psychiatric Evaluation

**Important Psychosocial and Contextual Factors**
Strengths/Assets: Good Physical Health, Intact Communication Skills, Past History of Treatment Success
Deficits/Liabilities: Limited or Poor Social Support, No Insight into Current Situation / Illness, Access to Medications
BH Attitudes/Behaviors Requiring Change: Patient expressed being confused or suspicious of treatment plans to attend

**Justification for Hospitalization**
Dangerous to self, others or property with need for controlled environment
Hallucinations, delusions, agitation, anxiety, depression resulting in significant loss of functioning

I certify that the inpatient psychiatric facility admission was medically necessary for treatment which could reasonably be expected to improve the patient's condition. Based upon the available information, I expect that this patient will require medically necessary care beyond two (2) midnights.

Based on what

**Important Psychosocial and Contextual Factors**
Important Psychosocial and Contextual factors -- No patient assets and stressors documented during this encounter

**Justification for Hospitalization**
No Justification for Hospitalization documented

I certify that the inpatient psychiatric facility admission was medically necessary for treatment which could reasonably be expected to improve the patient's condition. Based upon the available information, I expect that this patient will require medically necessary care beyond two (2) midnights.

I was voluntary

why was no justification for hospitalization Documented

*Electronically Signed By: Rehman, Atta-ur MD*
*On: 03.26.2023 17:13 EDT*



**Exhibit 1.**

Case 3:24-cv-11399-RK-RLS Document 1 Filed 1/25/2025 Page 5 of 12 PageID: 5

MRN: HAM900000123
Disch: 3/30/2023
FIN: HAM400000000443
DOB/Sex: 2/23/1989 / Male
Attending: Houdart DO,Michael P

*Psychiatric Evaluation*

**Circulation:** Normal
**Extremities:** No edema

**Neurologic Exam:**
**Cranial none**
**II Optic:** [Distinguishes number of fingers in central field. Distinguishes movements in peripheral field.]
**III Ocular-Motor:** [Gazes symmetrically up, down, sideways. No diplopia. No disconjugate gaze.]
**IV Trochlear:** [Gazes symmetrically up, down, sideways. No diplopia. No disconjugate gaze ]
**V Trigeminal:** [Distinguishes 1 from 2 point touch symmetrically on forehead, cheek and chin. Chews symmetrically. Opens mouth symmetrically. Clenched teeth - force of contraction and bulk.]
**VI Abducens:** [ Gazes symmetrically up, down, sideways. No diplopia. No disconjugate gaze]
**VII Facial:** [Upper: Frowns symmetrically. Lower: Smiles symmetrically. Both eyelids close on touching of cornea.]
**VIII Auditory:** [Hears fingers rubbing or snapping equally in both ears. Hears watch ticking. Hears whispered voice.]
**IX Glosso-Pharyngeal:** [Has gag reflex.]
**X Vagus:** [Says "ah" and uvula elevates symmetrically. Can make guttural sounds.]
**XI Accessory:** [Shrugs shoulders symmetrically.]
**XII Hypoglossal:** [Can stick tongue out straight without tremors or fasciculation.]
**Motor Functions:** [Gait and station are normal.] [Romberg test is negative.] [Muscle tone is normal. No abnormal movements.] [There is no limb weakness, atrophy or fasciculation seen.] [Deep tendon reflexes are 2+ and symmetrical.] [Plantar responses are down going.] [Finger-to-nose and heel-to-shin is normal]
**Sensory:** [Sensory examination to pinprick and vibration is normal.]
**Abnormal Movements - Summary of Findings**
**Oral-Facial:** [No abnormal movements.]
**Tremor:** [No abnormal movements.]
**Dyskinesia:** [No abnormal movements.]
**Summary of Neurological Findings** [ ]
**Chaperone Present:** [ ]

why was I given Haldol and cogentin

**Assessment/Plan**
**Diagnoses**
Unspecified psychosis not due to a substance or known physiological condition (F29)

**Assessment: Assessment:** Pt is extremely delusional and paranoid, he is refusing to take Meds. He disagrees with psychotic disorder Dx. his admission will be continued. We will try to add the medication and got him to take p.o

**Paranoid schizophrenia (F20.0):** Patient will be started on Haldol 5 mg every 6 hours as needed with Cogentin 1 mg



**Exhibit 2.**

Case 3:24-cv-11399-RK-RLS Document 1 Filed 1/25/2025 Page 6 of 12 PageID: 6

FIN: HAM400000000443

DOB/Sex: 2/23/1989 / Male

Attending: Houdart DO,Michael P

*Assessments and Treatments*

| Recorded Date | 3/27/2023 | 3/27/2023 | 3/27/2023 |
|---|---|---|---|
| Recorded Time | 14:51 EDT | 14:37 EDT | 14:21 EDT |
| Recorded By | REYES MHT,MELISSA | REYES MHT,MELISSA | REYES MHT,MELISSA |
| Procedure | | | |
| BH Patient Location | Lobby | Patient room | Patient room |
| BH Patient Activity/Behavior | Awake | Awake | Awake |

| Recorded Date | 3/27/2023 | 3/27/2023 |
|---|---|---|
| Recorded Time | 14:03 EDT | 14:01 EDT |
| Recorded By | SYSTEM | MCGUIGAN RN,KATHLEEN |
| Procedure | | |
| Visitor Status | Phone Calls and Visitors | - |
| BH Patient Location | - | Day room |
| BH Patient Activity/Behavior | - | Awake |
| Q4 Hour Observation Verification | - | Q4 verification completed |

| Recorded Date | 3/27/2023 | 3/27/2023 |
|---|---|---|
| Recorded Time | 13:47 EDT | 13:45 EDT |
| Recorded By | TICSE MHT,ROBERT MICHAEL Y | GIUNTA LSW,ANITA |
| Procedure | | |
| BH Goal Inactivation Reasons | - | Goal added by mistake |
| BH Patient Location | Day room | - |
| BH Patient Activity/Behavior | Awake | - |

| Recorded Date | 3/27/2023 | 3/27/2023 |
|---|---|---|
| Recorded Time | 13:37 EDT | 13:33 EDT |
| Recorded By | GIUNTA LSW,ANITA | TICSE MHT,ROBERT MICHAEL Y |
| Procedure | | |
| BH Intervention Inactivation Reasons | Intervention added by mistake | - |
| BH Patient Location | - | Patient room |
| BH Patient Activity/Behavior | - | Awake |

| Recorded Date | 3/27/2023 | 3/27/2023 |
|---|---|---|
| Recorded Time | 13:32 EDT | 13:19 EDT |
| Recorded By | GIUNTA LSW,ANITA | TICSE MHT,ROBERT MICHAEL Y |
| Procedure | | |
| BH Care Plan Inactivation Reasons | Care Plan added by mistake | - |
| BH Patient Location | - | Day room |
| BH Patient Activity/Behavior | - | Awake |

| Recorded Date | 3/27/2023 | 3/27/2023 |
|---|---|---|
| Recorded Time | 13:06 EDT | 12:51 EDT |
| Recorded By | TICSE MHT,ROBERT MICHAEL Y | TICSE MHT,ROBERT MICHAEL Y |
| Procedure | | |
| BH Patient Location | Patient room | Patient room |
| BH Patient Activity/Behavior | See Below T209 | See Below T210 |



**Exhibit 3.**

## Progress Notes

**Nursing Progress Note**

**Reason for Visit**
Chief Complaint: "I dont know why I'm here." (03/27/23 11:46:19)
–

**Psychiatric and Medical Problems:**

**Psychosis**
**Related Diagnoses:** Unspecified psychosis not due to a substance or known physiological condition
**As Evidenced By:** Psychosis as evidenced by paranoia, delusions, hallucinations

| | Status |
|---|---|
| **Long Term Goals:** | |
| CLONAN, BRADLEY will deny (auditory, visual, command, olfactory, tactile) hallucinations for 3 days prior to discharge | Initiated |
| **Short Term Goals:** | |
| CLONAN, BRADLEY accurately distinguishes irrational thoughts from reality for 3-4 days | Initiated |

**Observations, Interventions, and Progress Towards Treatment Plan Goals:**

Pt is AOX3, visible on the Unit, mood anxious and bizarre but cooperative with staff. Pt is labile and preoccupied with discharge. Pt has poor insight and judgement. Pt denies S/H I and A/V H. Pt is not social with peers and remains withdrawn to self. Pt is guarded and minimizing symptoms. Pt was taking Adderall prior to admission and having paranoid thoughts. Pt's wife called multiple times this shift, requesting patient to be discharged. Wife informed this writer that she and patient both called the FBI prior to admission and feels justified in doing so stating, "This is all a big misunderstanding."

Q15 min checks, 1:1 interaction, group therapy encouraged, med management. Education provided on medications and signs and symptoms of illness.

Pt remains calm and cooperative with staff and appears paranoid and anxious. Attending Unit groups. Will continue to monitor, maintain safety, and provide support.

---

| | |
|---|---|
| DOCUMENT NAME: | BH Progress Note - Nurse |
| SERVICE DATE/TIME: | 3/26/2023 09:44 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | SPROUSE RN,SUZANNE (3/26/2023 09:53 EDT) |
| SIGN INFORMATION: | SPROUSE RN,SUZANNE (3/26/2023 15:30 EDT) |

**Nursing Progress Note**

**Reason for Visit**



**Exhibit 4.**

| | |
|---|---|
| DOCUMENT NAME: | BH Psychiatric Evaluation |
| SERVICE DATE/TIME: | 3/26/2023 17:11 EDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Rehman MD,Atta-ur (3/26/2023 17:13 EDT) |
| SIGN INFORMATION: | Rehman MD,Atta-ur (3/26/2023 17:13 EDT) |

**Chief Complaint/Reason for Consultation**
1. 00

**History of Present Illness**
Bradley is a 34-year-old Caucasian male who is admitted involuntary after he was brought to the emergency room because he was acting bizarre and delusional. He called the FBI and the police including prescription reports that his and his family's life is in danger because his work people is after him and trying to kill him and his family because he has secret information with his laptop which could destroy them financially. He claimed that since then they are threatening him and his family and after him. He is unable to function or go back to work. The police brought him to the emergency room. Patient claims that he has no history of mental illness or psychiatric treatment. Although he later informed that he is suffering with ADHD and treated with Adderall and clonidine in the past. He did not take those medication from last 3 days.

**Review of Systems**
**Review of Systems**
**Constitutional:** No weight loss, fever, chills, weakness or fatigue.
**HEENT:** No visual loss, blurred vision, double vision or yellow sclera. No hearing loss, sneezing, congestion, runny nose or sore throat.
**Skin:** No rash or itching.
**Cardiovascular:** No chest pain, chest pressure or chest discomfort. No palpitations or pedal edema.
**Respiratory:** No shortness of breath, cough or sputum production.
**Gastrointestinal:** No anorexia, nausea, vomiting or diarrhea. No abdominal pain or blood in stool.
**Genitourinary:** No burning micturition. No urinary frequency or incontinence.
**Neurologic:** No headache, dizziness, syncope, unilateral weakness, ataxia, numbness or tingling in the extremities. No change in bowel or bladder control.
**Musculoskeletal:** No muscle pain, back pain, joint pain or stiffness.
**Hematologic:** No bleeding or bruising.
**Lymphatics:** No enlarged lymph nodes.
**Psychiatric:** No depression or anxiety.
**Endocrine:** No reports of sweating. No cold or heat intolerance. No polyuria or polydipsia.

**Objective**

| Vital Signs (24 hrs) | Last Charted | | Minimum | | Maximum | |
|---|---|---|---|---|---|---|
| Temp | 36.5 | 03/26/2023 16:00 | 36.7 | 03/26/2023 09:12 | 36.7 | 03/26/2023 09:12 |
| Peripheral Pulse Rate | 98 | 03/26/2023 16:00 | 96 | 03/26/2023 09:12 | 98 | 03/26/2023 16:00 |

**Histories**
**Allergies**
**Allergies** (Active and Proposed Allergies Only)
Latex (Severity: Unknown severity, Onset: Unknown)
Reactions: Hives

**Past Medical History**
Club foot

**Past Surgical History**
No surgery history documented.

**Social History**

**Patient is a 34-year-old Caucasian male who claims to be married from last 6 years. He will limp to be living with his wife and 3 children ages 6, 3 and 11-month-old daughters. He claimed that he is working as a technical architect from last 3 years although he only finished a associate degree in criminal justice.**

**Alcohol**
Details: Previous treatment: None.
**Substance Abuse**
Details: Current, Marijuana

**Past Psychiatric History**
Reg HBIPS History of Violence to Others: No history of violence to others within the past 6 months

**Family History**
No Family History documented.



Exhibit 5.

*BH Treatment Plan*

(609) 267-7000

CLONAN, BRADLEY

**DOB:** 02/23/1989
**MRN:** HAM900000123
**Visit Date:** 03/25/2023

# Initial Nursing Treatment Plan

## Diagnoses and Problems

**Active:**
Unspecified psychosis not due to a substance or known physiological condition F29

**Chronic/Stable:**
No Results Found.

**Deferred:**
No Results Found.

## Treatment Plans

**Initial Nursing Treatment Plan**
**Related Diagnoses:** Unspecified psychosis not due to a substance or known physiological condition
**As Evidenced By:** Suzanne Sprouse, RN

| | Status | Target Date |
|---|---|---|
| **Long Term Goals:** CLONAN, BRADLEY will have no episodes of delusions/hallucinations | Initiated | 04/04/23 |
| **Short Term Goals:** CLONAN, BRADLEY will be able to complete ADLs without interference from delusions/hallucinations | Initiated | 03/28/23 |

| Intervention | Modality | Frequency | Discipline | Responsible Staff |
|---|---|---|---|---|
| Pt will be able to follow milleux schedule and attend groups. | Group Therapy | TID | Nursing | SPROUSE RN, SUZANNE |



**Exhibit 6.**

**03/24/2023 - ED in CS Emergency Department (continued)**

**ED Notes (continued)**

E. Patient's dangerousness due to mental illness. Check and describe only appropriate items:

( )Dangerous to self/suicidal
Describe the danger: Include history of recent and past attempts, whether there are current suicidal threats, plans or intent (quote statements made), availability and lethality of means, or recent actions and behaviors indicating serious psychiatric deterioration, that make it more likely than not that serious harm or death will result from this person's actions within the reasonably foreseeable future.

N/A

(✓) Dangerous to self/not suicidal
Describe the danger. Include history, self-injury threats, plans or intent (quote statements made), or recent actions and behaviors, that would make it more likely than not that substantial bodily injury, serious physical debilitation, death or serious psychiatric deterioration will result within the reasonably foreseeable future. If indicated, also describe how person has behaved so as to indicate that he/she is unable to satisfy his need for nourishment, essential medical care or shelter.

PATIENT PARANOID, BELIEVES HE AND HIS FAMILY ARE IN DANGER.

PATIENT IS OVERTAKING PRESCRIBED MEDICATIONS, NOT SLEEPING,

LOST A SIGNIFICANT AMOUNT OF WEIGHT OVER 1 MONTH

Based on what

Stomach problems

(✓) Dangerous to others
Describe the danger: Include history, threats, plans or intent (quote statements made) to hurt others, availability and lethality of means, or recent actions, behaviors or serious psychiatric deterioration indicating a substantial likelihood that this individual will inflict serious bodily harm on another person within the reasonably foreseeable future. If known, identify intended victim(s).

PATIENT DROVE WIFE AND 6 YEAR OLD DAUGHTER FROM MD TO NJ

BELIEVING HIS PREVIOUS EMPLOYER WAS GOING TO HARM HIS

FAMILY

untrue first drove to Pa and whole family

( ) Dangerous to property
Describe the danger: Include history, threats, plans or intent (quote statements made), availability of means, person's recent actions or behavior, or serious psychiatric deterioration indicating a substantial likelihood that this individual will cause serious property damage within the reasonably foreseeable future.

N/A.



**Exhibit 7**

Atlantic Health System

CS Emergency Department
901 West Main Street
Freehold NJ 07728

Clonan, Bradley
MRN: S05518040, DOB: 2/23/1989, Sex: M
Acct #: 700000192205
Adm: 3/24/2023, D/C: 3/25/2023

**03/24/2023 - ED in CS Emergency Department (continued)**

**ED Provider Note (continued)**

**COMPREHENSIVE METABOLIC PANEL - Abnormal**

| Result | Value | Ref Range | Status |
|---|---|---|---|
| Glucose | 80 | 65 - 99 mg/dL | Final |
| BUN | 9 | 8 - 26 mg/dL | Final |
| Creatinine | 0.8 (*) | 0.9 - 1.5 mg/dL | Final |
| Estimated GFR | 118 | >60 mL/min | Final |
| Sodium | 141 | 134 - 142 mEq/L | Final |
| Potassium | 4.0 | 3.3 - 4.9 mEq/L | Final |
| Chloride | 105 | 95 - 110 mEq/L | Final |
| Carbon Dioxide | 27 | 19 - 28 mEq/L | Final |
| Calcium | 9.4 | 8.5 - 10.5 mg/dL | Final |
| Protein, Total | 7.0 | 6.0 - 8.5 g/dL | Final |
| Albumin | 4.4 | 3.5 - 4.7 g/dL | Final |
| Total Bilirubin | 0.6 | 0.2 - 1.2 mg/dL | Final |
| AST/SGOT | 25 | 5 - 34 U/L | Final |
| ALT/SGPT | 20 | 0 - 55 U/L | Final |
| Alkaline Phosphatase | 71 | 40 - 150 U/L | Final |
| Anion Gap | 9 | 8 - 16 meq/L | Final |

**DRUG SCREEN,URINE - Abnormal**

| | | | |
|---|---|---|---|
| Benzodiazepines Urine | Negative | Negative | Final |
| Comment: Cut off level-Negative <=200 ng/ml | | | |
| Amphetamines, Urine | Positive (*) | Negative | Final |
| Comment: Positive result - may not meet forensic requirements. Cut off level- Negative<=500ng/ml | | | |
| Barbiturates, Urine | Negative | Negative | Final |
| Comment: Cut off level-Negative <=200 ng/ml | | | |
| Methadone, Urine | Negative | Negative | Final |
| Comment: Cut off level- Negative <=300 ng/ml | | | |
| Cannabinoids Quant, Urine | Positive (*) | Negative | Final |
| Comment: Positive result - may not meet forensic requirements. Cut off level- Negative <=50 ng/ml | | | |
| Cocaine, Urine | Negative | Negative | Final |
| Comment: Cut off level- Negative <=150 ng/ml | | | |
| Phencyclidine, Urine | Negative | Negative | Final |
| Comment: Cut off level- Negative <=25 ng/ml | | | |
| Opiates, Urine | Negative | Negative | Final |

**Exhibit 8.**

Adm: 3/24/2023, D/C: 3/25/2023

**03/24/2023 - ED in CS Emergency Department (continued)**

**Clinical Notes (continued)**

MHT intern Ashley called **Milstone PD** (State Police) at 609-584-5000 and spoke with Officer Demarco badge # 8578. He reported patient presented as frantic and "all over the place." He reported patient was just let go of his job, and was presenting as paranoid. He reported patient believes he is being tracked. He reported patient is unable to distinguish fact from fiction. He reported patient is a "medical marijuana" user. He reported patient denies SI-HI.

· **Education and Referrals Provided to Family:** Patient offered hospitalization but declined, as a result, he will be screened by Monmouth Medical Center for involuntary admission.

**Exhibit 10.**