UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN, ET AL., Plaintiff, v. CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL., Defendants. | Civil Case No. 3:24-CV-11399-RK-RLS<br><br>SUPPORT LETTER IN DECLARATION PLAINTIFFS IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

I, Bradley Clonan, declare under penalty of perjury:

1. I am the Plaintiff in this action. I submit this declaration in opposition to the Motion to Dismiss Hampton Behavioral Health Center. I have personal knowledge of the facts stated herein and could testify competently to them if called as a witness.

2. I am legally handicapped in the state of new jersey, and considered permanently disabled .

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 24, 2025, at Abingdon, Maryland.

Bradley Clonan