**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRADLEY CLONAN,<br><br>Plaintiff<br>v.<br><br>CentraState Healthcare System/Atlantic Health System; RWJBarnabas Health – Monmouth Medical Center; Hampton Behavioral Health Center, et al.<br><br>Defendants. | Civil Docket No.: 3:24-cv-11399-RK-RLS |

**AMENDED CERTIFICATE OF SERVICE[1] ON BEHALF OF DEFENDANT HAMPTON BEHAVIORAL HEALTH CENTER**

I, Michael W. Bootier, Esquire hereby certify that a true and correct copy of the foregoing Motion to Dismiss was served via this Court's electronic filing system upon the following on January 27, 2025:

Bradley Clonan
2604 Rhododendron Drive
Abingdon, MD 21009
***Plaintiff***

John M. Hockin, Jr.
RONAN, TUZZIO & GIANNONE, P.C.
4000 Route 66, Suite 231
One Hovchild Plaza
Tinton Falls, NJ 07753
***Attorneys for Defendants, Lauren Zalepka and Glenn Beveridge***

[1] Defendant hereby files this Amended Certificate of Service. On January 24, 2025, Defendant filed a Motion to Dismiss, which was served upon the above-listed parties via the electronic filing system on January 24, 2025 (Dkt. 15). Defendant's initial Certificate of Service inadvertently listed the incorrect parties. This Amended Certificate of Service corrects that error.

Respectfully submitted,

Date: January 27, 2025

By: */s/ Michael W. Bootier*

Michael W. Bootier, Esquire
Joshua T. Calo, Esquire
Caitlin L. Cardene, Esquire
Buchanan Ingersoll & Rooney
700 Alexander Park Drive, Ste. 300
Princeton, New Jersey 08540
Telephone: (609) 987-6800
Fax: (609) 520-0360
michael.bootier@bipc.com
joshua.calo@bipc.com
caitlin.cardene@bipc.com
*Attorneys for Defendant Hampton Behavioral Health Center*