UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN, ET AL., | |
| Plaintiff, | Civil Case No. 3:24-CV-11399-RK-RLS |
| v. | |
| CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL., | REPLY BRIEF DECLERATION IN OPPOSITION TO LAUREN ZALEPKA MOTION TO DISMISS |
| Defendants. | |

I, Bradley Clonan, declare under penalty of perjury:

I am the Plaintiff in this action. I submit this declaration in opposition to the Motion to Attorney/Defendants Lauren Zalepka and Glenn Beveridge, motion to dismiss. I have personal knowledge of the facts stated herein and could testify competently to them if called as a witness.

The New Jersey Department of Health is currently reviewing Bradley's case, including:

- His involuntary psychiatric commitment, which is being challenged as unjust
- The treatment he received during this commitment
- All related formal grievance procedures

This pending supervisory review is ongoing, and incomplete as of January 30, 2025.

**Brief Reply**

This case warrants continued legal consideration for the following reasons:

- Bradley's allegations regarding his unjust involuntary commitment and constitutional rights violations remain unaddressed and unattested
- Neither Bradley nor his family have received any legal or medical explanation for his commitment
- This situation raises important concerns that affect public interest, particularly regarding civil rights and mental health procedures
- The preemptive dismissal with prejudice, and without a chance to amend would block Bradley’s ability to seek an adequate remedy based on complete evidence.

**Legal Basis :**

**Before dismissing an action where joinder of an indispensable nonparty isn't feasible, a court is supposed to consider whether doing so will deprive the plaintiff of an adequate remedy. See Fed. R. Civ. P. 19(b)(4).**

Executed on January 30, 2025

Bradley Clonan
2604 W Rhododendron Drive
Abingdon, Maryland 21009
732-476-9555