UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRADLEY CLONAN, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| | ) | |
| v. | ) | |
| | ) | Reply |
| CENTRASTATE HEALTHCARE | ) | IN OPPOSITION |
| SYSTEM/ATLANTIC HEALTHCARE | ) | MOTION TO DISMISS |
| SYSTEM, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, Bradley Clonan, declare under penalty of perjury: I am the Plaintiff in this action. I submit this declaration in opposition to the motion to dismiss filed on behalf of the "MMC" defendants. I have personal knowledge of the facts stated herein and could testify competently to them if called as a witness.

This motion to dismiss was filed after the expiration date of the serving of the summons upon the clients attorneys represented by Ronan Tuzzio & Giannone.

Additionally, "Theo" is an employee of MMC/PCSS, Bradley has been granted limited access to his records.

The ongoing retaliation and lack of explanations guaranteed by formal grievance procedures and federal medical record access laws have caused extreme mental pain and suffering. This has significantly harmed my professional career and necessitated intermittent FMLA unpaid leave.

**MOTION REQUESTING ORAL ARGUMENT**

I Bradley Clonan respectfully requests that the Court schedule an oral argument on this motion. In support of this request, counsel submits that the issues presented are complex and involve significant questions of law that would benefit from clarification through in-person argument.

Furthermore, the parties believe that oral presentation will facilitate a more efficient and comprehensive resolution of the issues at hand.

A proposed order is annexed hereto for the Court's convenience.

Legal basis:
**28 U.S.C. § 1332 (Diversity Jurisdiction Statute):**
This federal statute allows a federal court to hear civil cases where the parties are citizens of different U.S. states (or between a citizen of a state and a citizen of a foreign country), provided that the amount in controversy exceeds a statutory threshold. This ensures that no state's bias unduly affects the proceedings.

Because Bradley is a constituent of Maryland and the events occurred in New Jersey, this venue is proper.

**42 CFR § 482.13 - Condition of participation: Patient's rights.**
"(2) The hospital must establish a process for prompt resolution of patient grievances and must inform each patient whom to contact to file a grievance. The hospital's governing body must approve and be responsible for the effective operation of the grievance process and must review and resolve grievances, unless it delegates the responsibility in writing to a grievance committee. The grievance process must include a mechanism for timely referral of patient concerns regarding quality of care or premature discharge to the appropriate Utilization and Quality Control Quality Improvement Organization. At a minimum:

(i) The hospital must establish a clearly explained procedure for the submission of a patient's written or verbal grievance to the hospital.

(ii) The grievance process must specify time frames for review of the grievance and the provision of a response.

(iii) In its resolution of the grievance, the hospital must provide the patient with written notice of its decision that contains the name of the hospital contact person, the steps taken on behalf of the patient to investigate the grievance, the results of the grievance process, and the date of completion."

Collectively "MMC" defendants disregarded state mandated formal grievance procedures and protocols while also making false statements such as the 'response' letter had been mailed, at which point it was not. Preventing access to bradleys medical records and an understanding in a language in which he can understand.

**N.J. Admin. Code § 8:43G-4.1**

“To receive from the patient's physician(s) or clinical practitioner(s) -- in terms that the patient understands -- an explanation of his or her complete medical condition, recommended treatment, risk(s) of the treatment, expected results and reasonable medical alternatives. If this information would be detrimental to the patient's health, or if the patient is not capable of understanding the information, the explanation shall be provided to his or her next of kin or guardian and documented in the patient's medical record”

To this date Bradley nor  or a designated caregiver have been given an explanation, in which we can understand, due to the severe number of discrepancies amongst healthcare providers, and charts.

**Patient Self-Determination Act : 42 U.S.C. § 1395cc(f)**

Requires healthcare providers to inform patients of their rights regarding medical care and advance directives. These rights “ Implicitly protects patients who exercise these rights from retaliation” yet MMC defendants and lawyers retaliated.

Exhibits :

1. “Theo” and doctor Fabian maintained and falsified the medical records that led to the involuntary commitment. This was done despite clinical evidence refuting their own statements such as “overusing prescribed medications”

Without the “MCC” screening and falsified reports bradley would not have been committed.

2. Ethics portal timeline,

3. Ongoing panic attacks as a result of mishandling and coordinated actions in bad faith.

4. FMLA Leave

901 West Main Street
Freehold NJ 07728

MRN: [illegible], DOB: [illegible], Sex: M
Acct #: 700000192205
Adm: 3/24/2023, D/C: 3/25/2023

**03/24/2023 - ED in CS Emergency Department (continued)**

**Clinical Notes (continued)**

4. Active Suicidal Ideation with Some Intent to Act, Without Specific Plan (Past Month): No
5. Active Suicidal Ideation with Specific Plan and Intent (Lifetime): No
5. Active Suicidal Ideation with Specific Plan and Intent (Past Month): No

**V-Risk**
See flowsheet

**10:15pm** Contacted Monmouth Medical Center 732-923-6999. Talked to Josh and requested screening evaluation.

**10:30pm** - talked to the patient who is constantly asking to leave stating that he can not be kept in the hospital. He asked this writer to go get his computer as all of the answers are in the computer, "you will see the timeline. You will see all the codes. If you would just go get the computer." States again that the FBI is involved.

**11:00pm** - patient requesting clozapan out of his bag and a nicotine patch. PA Healther Guzy informed of same.

**11:10pm** - Contacted Monmouth Medical Center 732-923-6999. Was informed that the patient is next to be seen however unsure of exact ETA.

Was given the patients fathers contact information by the patients nurse: Brian 732-979-8523. Talked to the patients father Brian. He states he is available any time if any information is needed. He was transferred to speak with the patient.

**1:00am** - Theo from Monmouth Medical Center screening called to evaluate the patient for involuntary admission.

**1:40am** - Monmouth Medical Center screening psychiatrist Dr. Fabian called via remote technology to evaluate the patient. States the patient meets criteria for involuntary admission.

**6:00am** - called Monmouth Medical Center 732-923-6999, talked to William and requested the patients commitment papers and PC to be sent.

**6:07am** - phone call to Access 800-300-0628, talked to Regina who states there are no beds but that chart can be faxed for wait list. Copy of chart faxed to Access at 732-557-7121.

Contacted Hampton Behavioral Health 800-603-6767, there was no response. Copy of chart faxed to Hampton at 609-518-2210.

Called Summit Oaks 908-522-7071, talked to Cindy who states there are no beds. Copy of chart faxed to Summit at 908-522-7077.

Called Carrier Clinic 800-933-3579, talked to Brittany who states three are no beds but that chart can be faxed for wait list. Copy of chart faxed to Carrier at 908-281-1395.

Called Northbrook 856-374-6797 talked to Sandra who states chart can be faxed for review. Chart faxed to 856-352-1101.

**7:00am** - End of shift. Verbal case hand off to incoming mental health therapist Adam Jacobs. Patient pending STCF bed placement.

2. Formal grievance procedure ethicspoint timeline

≡ EP ETHICSPOINT® Incident Management

- Questions and Comments
- Add Follow-Up Notes
- Upload Files
- Report Details
- Print My Report

ISSUE TYPE: REGULATORY, ACCREDITATION OR RISK MANAGEMENT

## REPORT DETAILS

**Report Submission Date**
7/31/2024

**Reported Company/Branch Information**
Location Monmouth Medical Center
300 Second Avenue
City/State/Zip: Longbranch, NJ, 07740, US )

**What is your relationship to RWJBarnabas Health?**
Patient

**Please identify the person(s) engaged in this concern:**
Chris Fabian - doctor

**Do you suspect or know that a supervisor or management is involved?**
No

**Is management aware of this concern?**
No

**Where did this happen?**
At the facility

**Please provide the specific or approximate date and time this concern occurred:**
March 25, 2023

**How long do you think this has been going on?**
More than a year

**How did you become aware of this?**
It happened to me

**Details**
On March 25, 2023, Chris did a mental psychiatric screening on Bradley. Chris screened Bradley for involuntary commitment. Bradley does not know why Chris screened him, but Chris was violating Bradley's rights. Some employees (names and job titles withheld) witnessed the incident and Bradley had not reported the incident to management before. Bradley filed formal grievances since the beginning of 2024 and the grievances were not answered. Bradley believed that the Hospital was violating his rights because of mental bias.

**Follow-Up Notes**
8/13/2024 3:15 PM
The report contains several errors, such as incorrectly stating that I have dentures and alleging that I overused prescribed medications, despite blood and urine tests showing otherwise. Additionally, the claim that I drove directly from Maryland to New Jersey is false; we first went to Philadelphia and then stayed overnight with family in New Jersey. There is no explanation for these inaccuracies, as there is no evidence to support them. There is however, digital and physical evidence for all of my claims. What occurred here, where did your doctors statements come from the medical evidence does not support it, the actual facts were not hallucinations, the doctor and medical staff had adequate time to review the evidence I asked them to I was resting calmly the entire time, and why am I being denied my right to hear an explanation from a physician?

**Follow-Up Questions/Comments**
**7/31/2024 6:53 PM posted by Organization**
Thank you for reporting a concern through NAVEX EthicsPoint. This message is to let you know that your report was received and is important to RWJBarnabas Health.

A qualified member of the RWJBarnabas Health Team will review your report. Please keep your report key and password to track your report, check for updates, or provide additional information.
**8/21/2024 10:03 AM posted by Reporter**
Further the hospital director refuses to allow me to talk to a Md to understand my prognosis, diagnoses and care/ treatment

track your report, check for updates, or provide additional information.

**8/21/2024 10:03 AM posted by Reporter**
Further the hospital director refuses to allow me to talk to a Md to understand my prognosis, diagnoses and care/ treatment performed on me. Additionally I have been informed there are no pre trial intervention intentions on behalf of rwj Atlantic healthcare system.

**8/13/2024 12:19 PM posted by Organization**
Thank you for your report. As you were made aware by the Monmouth Medical Center Director of Patient Experience, your concerns were thoroughly reviewed and addressed in a response letter sent to you via mail.

**8/13/2024 1:33 PM posted by Reporter**
My understanding is there are formal grievance procedures , deadlines and mail that should have been sent much earlier our grievance was opened on June 11th . We have not received any mail confirming the acceptance of the grievance or follow up addressing the concerns. My wife and I also have recordings of your doctor promising he would call back to explain what medically occurred as it is my right (diagnosis who partook in treatment etc) as far as I understand. And conversations with





Log Off

that same director denying that right. This is causing extreme mental anxiety and I have had to take off of work I can facilitate a letter from my provider if needed. I would appreciate a timely response.

**8/15/2024 10:06 AM posted by Organization**
Thank you for the information. As shared with you previously, a response letter from Monmouth Medical Center has been sent to you via mail. If you have concerns regarding the record of your care from a different Hospital System, the recommendation is for you to contact that Hospital System directly.

**8/15/2024 10:34 AM posted by Reporter**
Provide the date it was sent in the mail. The formal grievance procedure began on june 11th. There was no letter sent. This is mental abuse and direct lies.

---

**Chat Transcripts**
There are no chat transcripts for this incident.

**Glenn A. Beveridge** <gbeveridge@ronanlaw.com> Mon, Sep 9, 2024, 1:57 PM
to me

Good afternoon,

Please be advised that you need to respond and provide any contact in this matter via email. We will not be communicating over the phone. Thank you.

Best,

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Brad Clonan** <clonanxyz@gmail.com> Mon, Sep 9, 2024, 2:10 PM
to Glenn

That does not seem right to me . Again where is the police report being filed. So I know how to respond accordingly, and who to contact.

**Brad Clonan** <clonanxyz@gmail.com> Mon, Sep 9, 2024, 2:13 PM
to Glenn

Also, excuse me for being naive but why do I have to respond over email? Email is a more difficult form of communication.

**Brad Clonan** <clonanxyz@gmail.com> Mon, Sep 9, 2024, 3:41 PM
to Glenn

My kids have dance at 5pm . I'd rather not be having a panic attack due to your frivolous claim and untimely responses. Please tell me which police department and agency the report has been filed with. Including the complaints. Further please respond to my earlier email regarding my concerns regarding this matter.

## Unpaid leave

Mariner Medical PLOA

Leave without payment.

View time remaining details

Intermittent time away from work

Serious Health Condition - Employee

Approved

Approved between

Aug 19, 2024 - Oct 21, 2024

Frequency

For 1 day, up to 5 times, every 1 week

Fed FMLA

Leave without payment.

View time remaining details

Intermittent time away from work

Serious Health Condition - Employee

Approved

Approved between

Aug 19, 2024 - Oct 21, 2024

Frequency

For 1 day, up to 5 times, every 1 week

Executed on February 25, 2025

Bradley Clonan
2604 W Rhododendron Drive Abingdon, Maryland 21009
732-476-9555