UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRADLEY CLONAN, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| | ) | |
| v. | ) | |
| | ) | Reply Letter |
| CENTRASTATE HEALTHCARE | ) | IN OPPOSITION |
| SYSTEM/ATLANTIC HEALTHCARE | ) | MOTION TO DISMISS Exhibits |
| SYSTEM, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, Bradley Clonan, declare under penalty of perjury: I am the Plaintiff in this action. I have personal knowledge of the facts stated herein and could testify competently to them if called as a witness.

**BRIEF:**

First and foremost, I want to express my gratitude for your time and for taking the time to review our case. We deeply appreciate that our complaints are being heard. I firmly believe that the events that occurred are a matter of public concern and must be addressed, and go well beyond simple ‘medical malpractice’.

My wife, Gabriela Clonan, is a registered nurse who previously worked at Monmouth Medical Center as a mother-baby nurse. She has always loved her profession and held the hospital in high regard—she even delivered two of our daughters there. However, she is appalled by the way we have been treated by multiple hospitals throughout this ordeal. As a medical professional, she is deeply embarrassed by the unethical and deceitful actions of these institutions. The discrepancies in my medical records are staggering. We placed our trust in healthcare professionals, only to be repeatedly ignored and deceived by these multiple hospitals, including Hampton Behavioral Health Center, CentraState Medical Center, and Monmouth Medical Center.

The harm inflicted on my family has been profoundly traumatic. I am a devoted husband and father to our three daughters. Before these events, I was actively involved in their lives. Now, due to severe anxiety and panic attacks, even attending a simple children’s birthday party

requires a backup plan in case I have an episode. The long-term emotional toll on my family is immeasurable.

One of the most alarming aspects of this case is captured in the body camera footage from CentraState Medical Center. The hospital staff falsely claimed to the police that they could not speak to us because we had retained legal counsel—when in fact, we had not and still do not have a lawyer. In the same footage, an officer states that they receive multiple calls daily regarding unjust involuntary commitments. This raises serious concerns: how many of those cases involve misinformation or inaccuracies in medical charts?

The systemic bias against individuals experiencing mental health crises must change. Those responsible for these violations must be held accountable. My family deserves closure. We demand to know why these wrongful actions occurred and to ensure that others do not suffer the same injustice.

**Statement Regarding Rehim Moshsens MDs' Estate**

While Rehim Moshsenss' actions are directly linked to this complaint, and we will be submitting supporting evidence such as the generated audio transcript of our call, as well as during discovery and trial, including video and audio recordings, I, Bradley Clonan, respectfully request that his estate not be held financially liable for any monetary fines or penalties.

In light of his passing, we acknowledge the hardship his family may endure and believe they should not be burdened with the consequences of the actions/inactions committed by Dr. Reims. Furthermore, as Dr. Reims is unable to explain, defend, or represent himself in this matter, we seek accountability solely from the appropriate living responsible parties and institutions involved.

**Statement of Claim and Request for Relief**

The ongoing retaliatory actions and failure to provide legally required explanations under formal grievance procedures and federal medical record access laws have caused significant psychological distress to Bradley's family, as well as Bradley in his official capacity, as well as undue harm to his professional and personal well-being. Despite repeated requests, no medical or legal justification has been presented by any responsible party regarding his involuntary commitment and unjust detention, which occurred without due process, cause, or lawful condition. The lack of transparency and accountability in addressing these grievances has exacerbated their suffering and violated their fundamental rights.

To date, no medical or legal justification has been provided by any responsible party for Bradley's involuntary commitment and unlawful detention. His confinement occurred without due process, without a legitimate medical basis, and in direct violation of his constitutional

rights, including protections under the Fourth, Fifth, and Fourteenth Amendments of the United States Constitution.

**Relief Sought:**
**As** outlined in the original complaint. Bradley seeks immediate disclosure of all records related to his detention, a formal legal and medical justification for his involuntary commitment, and an independent review of the actions taken against him. Additionally, he demands compensation for the mental anguish and harm inflicted upon him and his family, along with assurances that such violations of due process will not recur.

Statement of Facts

1. Bradley arrived at Centrastate medical center on or about 3/24/2023. The false medical, used for Bradleys involuntary commitment and unjust detention; state that Bradley drove directly from "MD to NJ" which is simply not true. First Bradley and his family drove to Philadelphia in order to drop off Bradley's previous employer's laptop. They did not accept it, and planned a call to resolve all questions of data security breaches as well as other internal issues the next day, which did not occur. Several character witnesses can place Bradley and his family in Philadelphia the day before.

2. Bradley reported several data breaches to his previous employer as well as Valvoline, Bradley issued a responsible disclosure to Valvoline. There was also an internal data breach that allowed Bradley to discover his employer attributed all hours to other employees and were in the process of deleting his records of employment.Bradley also reported this to all of the relevant governing parties.

3. Bradley and his neighbors reported a suspicious person 3/22/23 dressed in all black. Gabriela his called the Bel Air, MD police department.

4. Bradley Expressed all concerns and questions with all defendants throughout this experience.
5. Bradley has not ever weighed anywhere near 300 lbs in his life despite Centra state medical transfer paperwork denoting him as 170 kg.
6. Bradley does not have dentures despite transfer paperwork from Centrastate Hospital to Hampton behavioral health center stating otherwise. There is no record of any medications being transferred with Bradley either.

   There is no indication on the charts that Bradley was
   a. A harm to himself or others
   b. Unable to take care of himself
   c. Lacking of a support network

   Or anything that would warrant a voluntary patient to be involuntarily committed.

**Legal Basis :**

**First Amendment:**

The First Amendment to the United States Constitution protects several fundamental rights. It guarantees freedom of speech, freedom of the press, freedom of religion, the right to peaceably assemble, and the right to petition the government for redress of grievances. This amendment was adopted on December 15, 1791, as a part of the Bill of Rights, and it forms a cornerstone of American democracy by ensuring that citizens can express their opinions and beliefs without fear of government censorship or retribution.

**Due Process Clauses (Fifth and Fourteenth Amendments):**

Both the Fifth Amendment (which applies to the federal government) and the Fourteenth Amendment (which applies to the states) include due process clauses. These clauses guarantee that no person shall be deprived of life, liberty, or property without due process of law. This means that any deprivation of liberty, including detention, must be carried out according to fair legal procedures.

**Exhibits :**

1. EZ Pass record that supports Bradleys drove the night before to New Jersey from Philadelphia. On March 23/2023."Attempted return of company property" as well as verified driving from Philadelphia to New Jersey, where we were with family in Philadelphia.

2. "Data Breach Incident" : Conversation with Valvoline Security representatives and previous employer

3. "Suspicious person" police report.

4. Automated Transcription of recorded conversation between Bradley, Gabriela, and Rehim Moshsens M.D.. Note audio recording available upon request to increase accuracy as well as label speakers., . We did not ever receive a call back even after speaking with his office.

5. 170kg weight

6. Dentures

Executed on March 4, 2025
Bradley Clonan & Gabriela Clonan
2604 W Rhododendron Drive Abingdon, Maryland 21009
732-476-9555

**EXHIBIT 1 : EZ Pass Record**

## DELAWARE DEPT OF TRANSPORTATION – ACCOUNT DETAIL

112710555

DEBTOR: BRADLEY MORGAN CLONAN VEHICLE LICENSE PLATE: 4FB4029 MD

| Violation ID | Trip Date | Plaza & Lane Location | Tolls | Admin. Fee* | Vol. Amb.* | Violent Crimes* | Civil Penalty* | Civ Pen Surg.* | Total Due |
|---|---|---|---|---|---|---|---|---|---|
| 13296676 | 09/10/22 | 010 041 | $4.00 | $25.00 | $10.00 | $15.00 | $25.00 | $12.50 | $91.50 |
| 13478976 | 10/09/22 | 010 041 | $4.00 | $25.00 | $10.00 | $15.00 | $25.00 | $12.50 | $91.50 |
| 14187617 | 01/16/23 | 010 041 | $4.00 | $25.00 | $10.00 | $15.00 | $25.00 | $12.50 | $91.50 |
| 14187616 | 01/15/23 | 010 040 | $4.00 | $25.00 | $10.00 | $15.00 | $25.00 | $12.50 | $91.50 |
| 14187619 | 02/05/23 | 010 041 | $4.00 | $25.00 | $10.00 | $15.00 | $25.00 | $12.50 | $91.50 |
| 14187621 | 02/11/23 | 010 041 | $4.00 | $25.00 | $10.00 | $15.00 | $25.00 | $12.50 | $91.50 |
| 14187620 | 02/10/23 | 010 040 | $4.00 | $25.00 | $10.00 | $15.00 | $25.00 | $12.50 | $91.50 |
| 14187618 | 02/05/23 | 010 040 | $4.00 | $25.00 | $10.00 | $15.00 | $25.00 | $12.50 | $91.50 |
| 14512365 | 04/07/23 | 010 040 | $4.00 | $25.00 | $10.00 | $15.00 | $25.00 | $12.50 | $91.50 |
| 14524008 | 04/09/23 | 010 041 | $4.00 | $25.00 | $10.00 | $15.00 | $25.00 | $12.50 | $91.50 |
| 14468295 | 03/26/23 | 010 041 | $4.00 | $25.00 | $10.00 | $15.00 | $25.00 | $12.50 | $91.50 |
| 14452024 | 03/23/23 | 010 040 | $4.00 | $25.00 | $10.00 | $15.00 | $25.00 | $12.50 | $91.50 |

**EXHIBIT 2 : Reported Data Breach**

valvoline SSNS Inbox ×

Waldon smith <cybersecval@gmail.com>
to me

Thank you for the call about valvoline SSNS being visible online.
Can you provide which app these were visible in ?




**EXHIBIT 3 : Suspicious person police report**

# Harford Co Sheriff's Office
## Calls For Service Report

**CFS :** 202300074121 **Print Date :** 03/04/2025

### Calls For Service Information

**CFS # :** 202300074121
**Type :** SUSPICIOUS PERSON
**Situation Found :** CHECK ON LOCATION
**Call Date :** 03/22/2023 20:46
**Call Date Day of week :** WED
**Date Received :** 03/22/2023 20:24
**Common Place Name :**
**Event Location :** 2613 RHODODENDRON DR E,,ABINGDON,21009
**Reported Event Location :**

***Dispatch Information***

**1st Unit Dispatched :** 03/22/2023 20:27
**1st Unit En Route :** 03/22/2023 20:27
**1st Unit Arrived :** 03/22/2023 20:31
**Cleared :** 03/22/2023 20:46

***Caller Info***

**Caller Name:** GABRIELLA CRONIN
**Caller Phone:** [redacted]

### Geo Information

**District :** 31_04 **Reporting Area :** CENTRAL

### Remarks

[2023-03-22T20:26:15] PROBLEM: 10-37 SUBJ OUTSIDE TAKING PICS OF HOUSE
[2023-03-22T20:26:15] DISPATCH CODE: 129C01 (SUSPICIOUS PERSON)
CAD RESPONSE: CHARLIE.
[2023-03-22T20:26:15] CC TEXT: SUSPICIOUS / WANTED (PERSON, CIRCUMSTANCES, VEHICLE)
[2023-03-22T20:26:15] --- IN PROGRESS.
[2023-03-22T20:26:15] --- NO KNOWN WPNS INVL.
[2023-03-22T20:26:15] --- SUSPICIOUS PERSON
[2023-03-22T20:26:15] --- CALLER ON SCENE.
[2023-03-22T20:26:15] --- VICT CALLER ON SCENE.
[2023-03-22T20:26:15] --- SUSPICIOUS BECAUSE: TAKING PICTURES FROM BEHIND A BUSH NEVER SEEN THEM BEFORE
[2023-03-22T20:27:38] PERSON 1 (SUSPECT) INFO:
RACE: WHI
SEX: UNK
AGE: 20-30
CLOTHING: ALL BLK CLOTHING
CHARACTERISTICS: USING PHONE TO TAKE PICS
[2023-03-22T20:27:44] --- SUSP IN AREA.
[2023-03-22T20:27:44] --- SUSP DESC:
[2023-03-22T20:27:44] --- NO ONE IN DANGER.

**Unit Information**

| | | | |
|---|---|---|---|
| **Unit :** | S1339 | **Group ID :** | HCSO |
| **Officer :** | VANHOY,BRANDON SCOTT (S1339) | **Location :** | POST-32L |
| **Disposition :** | | | |

***Unit Dispatch Information***

| | | | |
|---|---|---|---|
| **Dispatched :** | 03/22/2023 20:27 | **Arrival :** | 03/22/2023 20:35 |
| **En Route :** | 03/22/2023 20:27 | **Cleared :** | 03/22/2023 20:46 |

| | | | |
|---|---|---|---|
| **Unit :** | S1104 | **Group ID :** | HCSO |
| **Officer :** | DINAN,TYLER SCOTT (S1104) | **Location :** | POST-40L |
| **Disposition :** | | | |

***Unit Dispatch Information***

| | | | |
|---|---|---|---|
| **Dispatched :** | 03/22/2023 20:30 | **Arrival :** | 03/22/2023 20:34 |
| **En Route :** | 03/22/2023 20:34 | **Cleared :** | 03/22/2023 20:40 |

| | | | |
|---|---|---|---|
| **Unit :** | S979 | **Group ID :** | HCSO |
| **Officer :** | ELLIOTT,MATTHEW PAUL (S979) | **Location :** | POST-32L |
| **Disposition :** | | | |

***Unit Dispatch Information***

| | | | |
|---|---|---|---|
| **Dispatched :** | 03/22/2023 20:27 | **Arrival :** | 03/22/2023 20:35 |
| **En Route :** | 03/22/2023 20:35 | **Cleared :** | 03/22/2023 20:46 |

| | | | |
|---|---|---|---|
| **Unit :** | S1374 | **Group ID :** | HCSO |
| **Officer :** | WHITE,CRAIG STANFORD (S1374) | **Location :** | POST-31L |
| **Disposition :** | 07 - GONE ON ARRIVAL / UNABLE TO LOCATE | | |

***Unit Dispatch Information***

| | | | |
|---|---|---|---|
| **Dispatched :** | 03/22/2023 20:27 | **Arrival :** | 03/22/2023 20:31 |
| **En Route :** | 03/22/2023 20:31 | **Cleared :** | 03/22/2023 20:45 |

**EXHIBIT 4 : Audio Transcript Rehim Moshsens Bradley & Gabriela Clonan**

[0:00:01 - 0:00:08]Speaker: Alright, sorry, so again I just wanted to ask if we can record this just for our, you know,
[0:00:08 - 0:00:11]Speaker: records and understanding and everything.
[0:00:12 - 0:00:14]Speaker: And if you don't mind giving me your name again.
[0:00:15 - 0:00:18]Speaker: Dr Rahim, R-E-H-I-M.
[0:00:18 - 0:00:19]Speaker: Great, thank you.
[0:00:20 - 0:00:21]Speaker: Do you have to look at his chart?

[0:00:22 - 0:00:24]Speaker: So yeah, you have my charts in front of me.
[0:00:25 - 0:00:25]Speaker: In front of you.
[0:00:25 - 0:00:26]Speaker: In front of you.
[0:00:26 - 0:00:28]Speaker: I'm here to listen to your concern.
[0:00:28 - 0:00:29]Speaker: No, no, we want to...
[0:00:29 - 0:00:30]Speaker: Do you have my charts?
[0:00:30 - 0:00:34]Speaker: Yeah, because if you could pull up the chart in front of you as well, I think that you
[0:00:34 - 0:00:39]Speaker: can really see some of the concerns, like, boringly jump out.
[0:00:41 - 0:00:43]Speaker: We also listed...
[0:00:43 - 0:00:45]Speaker: He's telling me exactly what happened to you.
[0:00:45 - 0:00:46]Speaker: Yeah.
[0:00:46 - 0:00:49]Speaker: I'm here to listen to your side of the story.
[0:00:49 - 0:00:50]Speaker: Thank you.
[0:00:50 - 0:00:51]Speaker: Okay, so...
[0:00:51 - 0:00:55]Speaker: So, first of all, are you able to look at his charts or were you able to review his
[0:00:55 - 0:00:59]Speaker: charts at all so that way it won't be so confusing when we describe everything?
[0:00:59 - 0:01:01]Speaker: Yeah, because it's kind of a...
[0:01:01 - 0:01:04]Speaker: Yes, I have the ability to do that.
[0:01:04 - 0:01:07]Speaker: But like I said again, I'm repeating myself.
[0:01:07 - 0:01:10]Speaker: I'm here to listen to your side of the story and your concern.
[0:01:11 - 0:01:12]Speaker: I finally appreciate that.
[0:01:12 - 0:01:19]Speaker: So my major concern is, you know, I without medical justification or legal justification
[0:01:19 - 0:01:24]Speaker: had my 14th Amendment rights violated.
[0:01:24 - 0:01:31]Speaker: I was involuntarily committed based off of, you know, for no reason.
[0:01:33 - 0:01:42]Speaker: You know, some of your doctors, for instance, I guess we can begin with, you know, they
[0:01:42 - 0:01:46]Speaker: say that I overused prescribed medication and commitment paperwork, correct?
[0:01:47 - 0:01:52]Speaker: I would like to know where that... what that is based off of.
[0:01:55 - 0:01:57]Speaker: So you have a concern that...
[0:01:57 - 0:01:58]Speaker: That is an initial concern.
[0:01:58 - 0:01:59]Speaker: ...for making not accurate.
[0:02:00 - 0:02:01]Speaker: Is that what you're telling me?
[0:02:01 - 0:02:08]Speaker: Oh, no, I have a concern that this entire process is a result of, you know, mental biases
[0:02:08 - 0:02:13]Speaker: in the system and truthfully, nobody is listening at all.
[0:02:15 - 0:02:15]Speaker: Okay.
[0:02:15 - 0:02:17]Speaker: Except for you right now.
[0:02:17 - 0:02:18]Speaker: Thank you.

[0:02:20 - 0:02:30]Speaker: So, you know, my first concern again would be, you know, what was the doctor's words,
[0:02:30 - 0:02:33]Speaker: you know, overusing prescribed medications based off of?
[0:02:33 - 0:02:38]Speaker: Because that was as, you know, used as part of my involuntary commitment.
[0:02:42 - 0:02:43]Speaker: Because the blood...
[0:02:43 - 0:02:44]Speaker: Just let him answer that.
[0:02:44 - 0:02:45]Speaker: Just let him answer, please.
[0:02:45 - 0:02:48]Speaker: And urine results disagree.
[0:02:52 - 0:02:57]Speaker0: So if I hear you correctly and correct me if I'm wrong, you believe that the information
[0:02:58 - 0:03:02]Speaker0: was not accurate and he treated you based on that information?
[0:03:02 - 0:03:03]Speaker0: No, sir.
[0:03:03 - 0:03:09]Speaker0: I'm asking you to review the charts with me as a doctor and tell me, please, you know,
[0:03:09 - 0:03:10]Speaker0: this is one of my concerns.
[0:03:11 - 0:03:16]Speaker0: One of the statements that one of your doctors made, many of the statements that your doctors
[0:03:16 - 0:03:19]Speaker0: made, it got me involuntarily committed.
[0:03:20 - 0:03:25]Speaker0: These were baseless, you know, negligent, like not even...
[0:03:25 - 0:03:26]Speaker0: These, they don't make sense.
[0:03:26 - 0:03:35]Speaker0: So I'm asking for you to please explain medically, you know, what happened, why these diagnoses,
[0:03:36 - 0:03:38]Speaker0: what your doctor, you know, as a patient.
[0:03:40 - 0:03:47]Speaker1: Yeah, usually the law says that if someone is present dangerousness to self or others
[0:03:47 - 0:03:57]Speaker1: or, you know, not really able to function well due to, you know, mental illness, mental
[0:03:57 - 0:04:06]Speaker1: symptoms, psychiatric symptoms, and refused to be in the hospital voluntarily obligated
[0:04:06 - 0:04:10]Speaker1: to put them in the hospital and treat them.
[0:04:11 - 0:04:16]Speaker1: So, like I said, I'm aware of that law.
[0:04:16 - 0:04:18]Speaker1: Thank you for going over that.
[0:04:18 - 0:04:19]Speaker1: But, however...
[0:04:19 - 0:04:21]Speaker1: Can you review his charts and explain to us...
[0:04:21 - 0:04:29]Speaker1: Yeah, please, can we go over as patients the diagnosis, you know, why your doctor wrote
[0:04:29 - 0:04:33]Speaker1: these words, where it even came from?
[0:04:35 - 0:04:42]Speaker2: Because, you know, we filed formal grievances since June 11th now.
[0:04:43 - 0:04:49]Speaker2: And weeks before that, I was trying to contact the doctor, you know, leaving messages just
[0:04:50 - 0:04:51]Speaker2: before it even got to this point.

[0:04:52 - 0:05:00]Speaker2: So, again, you know, just concern number one, where does the overused, you know, overusing
[0:05:00 - 0:05:03]Speaker2: prescribed medication come from?
[0:05:05 - 0:05:08]Speaker3: When you say overused, you base that on what?
[0:05:09 - 0:05:12]Speaker3: One moment, I'll grab your doctor's words so that I can...
[0:05:12 - 0:05:12]Speaker3: Yeah.
[0:05:12 - 0:05:14]Speaker3: Since you have access to the charts as well.
[0:05:15 - 0:05:16]Speaker3: You know, the commitment papers?
[0:05:17 - 0:05:18]Speaker3: Uh-huh.
[0:05:22 - 0:05:22]Speaker4: Okay.
[0:05:24 - 0:05:26]Speaker5: Let me read here.
[0:05:37 - 0:05:37]Speaker6: Okay.
[0:05:38 - 0:05:40]Speaker6: Okay, so, the patient...
[0:05:40 - 0:05:46]Speaker6: So, again, I'm going to go over the ED in CS Emergency Department.
[0:05:46 - 0:05:47]Speaker6: These are the notes.
[0:05:48 - 0:05:49]Speaker6: These are your doctor's words.
[0:05:49 - 0:05:54]Speaker6: It says, patient paranoid, which, you know, I think we'll come back to a few of these,
[0:05:54 - 0:05:57]Speaker6: you know, believes he and his family are in danger.
[0:05:57 - 0:06:03]Speaker6: Patient is overtaking prescribed medications.
[0:06:05 - 0:06:06]Speaker6: Not sleeping.
[0:06:07 - 0:06:10]Speaker6: Lost a significant amount of weight over one month.
[0:06:11 - 0:06:21]Speaker6: So, one concern again is he stated, your doctor stated, and I'm asking as a patient even,
[0:06:22 - 0:06:25]Speaker6: patient is overtaking prescribed medications.
[0:06:25 - 0:06:27]Speaker6: Where is that coming from?
[0:06:36 - 0:06:38]Speaker7: There was no history pooled.
[0:06:44 - 0:06:45]Speaker8: There was a blood test.
[0:06:46 - 0:06:49]Speaker8: There was, in fact, a blood test taken and a urine test taken.
[0:06:50 - 0:06:54]Speaker8: And that blood and urine test disagreed with these statements.
[0:06:55 - 0:06:58]Speaker8: And I'm sure that you have those charts in front of you as well.
[0:07:01 - 0:07:03]Speaker9: All right. Keep going, please.
[0:07:04 - 0:07:04]Speaker9: Okay.
[0:07:04 - 0:07:06]Speaker9: Oh my God. Okay.
[0:07:07 - 0:07:11]Speaker9: So, Gabby, get me the charger. My laptop, please.
[0:07:11 - 0:07:11]Speaker9: I don't know where that charger is.
[0:07:11 - 0:07:13]Speaker9: Get me my laptop. My whole laptop.
[0:07:13 - 0:07:14]Speaker9: Thank you.
[0:07:14 - 0:07:18]Speaker9: So, the next one, which a...
[0:07:18 - 0:07:23]Speaker9: Lost a significant amount of weight over one month.
[0:07:23 - 0:07:31]Speaker9: So, I explained that I spent time in the hospital about a month beforehand.
[0:07:31 - 0:07:33]Speaker9: I had records of that.

[0:07:34 - 0:07:36]Speaker9: You know, I had gastrointestinal issues.
[0:07:36 - 0:07:38]Speaker9: I had follow-ups for endoscopies.
[0:07:40 - 0:07:44]Speaker0: Why is this a danger to self?
[0:07:45 - 0:07:48]Speaker0: Why is this considered dangerous to self but not suicidal?
[0:07:48 - 0:07:50]Speaker0: You know, these are...
[0:07:50 - 0:07:52]Speaker0: I can provide you guys all this.
[0:07:55 - 0:07:59]Speaker1: Why was this written when I explained this?
[0:08:04 - 0:08:07]Speaker2: Okay, so now I got the...
[0:08:07 - 0:08:08]Speaker2: My personal laptop.
[0:08:08 - 0:08:11]Speaker2: ...the preparation of being paranoid, the weight loss...
[0:08:11 - 0:08:13]Speaker2: My laptop with everything plugged in.
[0:08:13 - 0:08:14]Speaker2: ...and all the use of prescribed medication.
[0:08:14 - 0:08:15]Speaker2: My laptop.
[0:08:15 - 0:08:15]Speaker2: Okay!
[0:08:16 - 0:08:17]Speaker2: I think you're so...
[0:08:17 - 0:08:17]Speaker2: Has a little black book.
[0:08:17 - 0:08:19]Speaker2: Go downstairs and get it.
[0:08:19 - 0:08:20]Speaker2: Sorry.
[0:08:21 - 0:08:23]Speaker3: You mentioned three things.
[0:08:23 - 0:08:29]Speaker3: You mentioned that there was a claim that you are paranoid, worry about your family.
[0:08:29 - 0:08:29]Speaker3:
[0:08:30 - 0:08:30]Speaker3: There was a weight loss.
[0:08:30 - 0:08:32]Speaker3: So, the weight loss, not sleeping.
[0:08:32 - 0:08:34]Speaker3: And there was overuse of prescribed medication.
[0:08:34 - 0:08:35]Speaker3: No, these are not my claims.
[0:08:35 - 0:08:37]Speaker3: These are your doctor's claims.
[0:08:37 - 0:08:38]Speaker3: Right.
[0:08:38 - 0:08:41]Speaker3: You are disputing those claims.
[0:08:42 - 0:08:46]Speaker3: No, I'm asking you to explain where these claims came from, medically, and why.
[0:08:51 - 0:08:53]Speaker4: So, I can explain the par...
[0:08:53 - 0:08:58]Speaker4: So, you know, in terms of the patient paranoid.
[0:08:59 - 0:09:03]Speaker4: Let's talk about that one on the dangers to self-announcement, not suicide.
[0:09:03 - 0:09:05]Speaker4: You know, whatever your doctor wrote here.
[0:09:05 - 0:09:12]Speaker4: So, I repeatedly explained a scenario...
[0:09:13 - 0:09:22]Speaker5: ...that would make any reasonable person under the same circumstances act reasonably.
[0:09:23 - 0:09:25]Speaker5: This was not paranoia.
[0:09:26 - 0:09:32]Speaker5: I repeat, I explained some pretty severe, you know, scary situations.
[0:09:33 - 0:09:35]Speaker5: Somebody showed up to our house.
[0:09:35 - 0:09:38]Speaker5: You know, our neighborhood.

[0:09:38 - 0:09:39]Speaker5: We live in a nice neighborhood.
[0:09:41 - 0:09:46]Speaker6: Dressed in all black, and recorded us one night during this.
[0:09:47 - 0:09:52]Speaker6: We made a police report because our neighbor, who's a DC police officer, was there at the time too.
[0:09:52 - 0:09:55]Speaker6: Tried to chase this man who was trying to take a bit.
[0:09:55 - 0:09:57]Speaker6: So, there was events that leaded up to this.
[0:09:57 - 0:09:58]Speaker6: There were actual events.
[0:09:58 - 0:10:03]Speaker6: And everything was deemed a hallucination, or paranoia, or grandiose.
[0:10:03 - 0:10:19]Speaker6: And I'm wondering what fact check, or what domain expert, or what, you know, due diligence, if any, was done to verify that in fact my family was not in danger.
[0:10:19 - 0:10:26]Speaker6: And I was, in fact, telling, you know, hallucinating, or whatever your doctors were saying.
[0:10:28 - 0:10:44]Speaker7: Because I repeatedly asked both your doctors and, you know, Center State, if you would look at the laptop that was within all of your possession.
[0:10:46 - 0:10:52]Speaker8: If you, two minutes, you could have grabbed it, you could have seen all of these substantiated facts.
[0:10:52 - 0:10:54]Speaker8: Yeah, the serious of the event.
[0:10:55 - 0:10:59]Speaker8: So, right now, paranoia is gone.
[0:11:01 - 0:11:04]Speaker9: Believed he and his family are in danger.
[0:11:04 - 0:11:06]Speaker9: Well, that's explainable.
[0:11:06 - 0:11:09]Speaker9: Patient is overtaking prescribed medications.
[0:11:09 - 0:11:13]Speaker9: There's no explanation for that other than your doctor wrote that.
[0:11:14 - 0:11:20]Speaker9: And I'm trying to understand where it came from because the medical, like, the bloody nerve test disagree.
[0:11:22 - 0:11:23]Speaker0: Not sleeping.
[0:11:25 - 0:11:29]Speaker1: I, you know, lifelong, I hardly sleep.
[0:11:29 - 0:11:30]Speaker1: And nobody sleeps.
[0:11:30 - 0:11:31]Speaker1: It's common.
[0:11:31 - 0:11:34]Speaker1: But I sleep, you know, as much as anybody else.
[0:11:36 - 0:11:39]Speaker2: You know, lost a significant amount of weight over one month.
[0:11:39 - 0:11:44]Speaker2: Once again, I have medical records explaining why I lost that weight.
[0:11:45 - 0:11:54]Speaker2: You know, if we're going to check off the next box, if you're ready to continue, it says dangerous to others.
[0:11:56 - 0:12:08]Speaker3: So, the your doctor wrote in here, patient drove wife and six year old daughter from MD to NJ.
[0:12:08 - 0:12:18]Speaker3: Believing his previous employed was going to harm his family.
[0:12:19 - 0:12:19]Speaker3: False.
[0:12:19 - 0:12:23]Speaker3: So, this is literally a false statement.
[0:12:24 - 0:12:26]Speaker3: We did not go from New Jersey, Maryland to New Jersey.
[0:12:26 - 0:12:32]Speaker3: We went to Maryland to Pennsylvania, where my husband went to go return his employee laptop.
[0:12:32 - 0:12:33]Speaker3: Company property.

[0:12:33 - 0:12:36]Speaker3: Which they refused to take.
[0:12:36 - 0:12:41]Speaker3: Which they refused for me to even drop off with the police.
[0:12:42 - 0:12:45]Speaker3: Which they made me hold on to.
[0:12:46 - 0:12:51]Speaker3: Now, the reason that they did that is I strongly believe again.
[0:12:53 - 0:12:56]Speaker4: These were extraneous events.
[0:12:57 - 0:13:01]Speaker5: I said the FBI was involved.
[0:13:01 - 0:13:03]Speaker5: I said that I stated that.
[0:13:03 - 0:13:04]Speaker5: Well, that actually occurred.
[0:13:04 - 0:13:06]Speaker5: There was a severe data leak.
[0:13:06 - 0:13:10]Speaker5: And I've confirmed that with Valvoline and I can prove that to you as well.
[0:13:10 - 0:13:15]Speaker5: So, I'm wondering, please, like what happened here?
[0:13:16 - 0:13:25]Speaker6: Well, you know, I think, you know, I can probably, you know, go back and talk to the doctors and the screener.
[0:13:25 - 0:13:30]Speaker6: And find out about, you know, the issue with the weight loss and the paranoia.
[0:13:30 - 0:13:35]Speaker6: But I cannot really do anything about the FBI involvement.
[0:13:35 - 0:13:38]Speaker6: Oh, don't worry, because I filed a formal grievance.
[0:13:38 - 0:13:39]Speaker6: And again, so wait.
[0:13:40 - 0:13:44]Speaker6: No, because your doctor said that I could, you know, I was grandiose.
[0:13:45 - 0:13:47]Speaker6: I was believing all these things.
[0:13:47 - 0:13:48]Speaker6: Making this stuff up.
[0:13:48 - 0:13:50]Speaker6: Believing my family was in danger, correct?
[0:13:51 - 0:13:56]Speaker6: So what is believing he and his family are in danger based off of?
[0:13:57 - 0:13:59]Speaker6: The facts that I just mentioned.
[0:14:00 - 0:14:08]Speaker6: The circumstances that your doctor would have, you know, in good faith, verified before writing this, before committing somebody.
[0:14:09 - 0:14:10]Speaker6: Or what?
[0:14:11 - 0:14:12]Speaker6: Why would this be on the?
[0:14:12 - 0:14:14]Speaker6: What can you do about that?
[0:14:14 - 0:14:15]Speaker6: Like, sentence.
[0:14:16 - 0:14:17]Speaker6: Believe he and his family are in danger.
[0:14:17 - 0:14:19]Speaker6: Because again, I can show you everything.
[0:14:20 - 0:14:22]Speaker6: Someone who physically appeared and we have a police report.
[0:14:22 - 0:14:25]Speaker6: They continued to harass us after.
[0:14:31 - 0:14:35]Speaker7: You'll also see in the charts, it says I have dentures.
[0:14:36 - 0:14:41]Speaker7: You were concerned about your family, but you believe it was for a legitimate reason.
[0:14:41 - 0:14:44]Speaker7: No, I didn't believe this was a legitimate reason.
[0:14:44 - 0:14:45]Speaker7: Okay, all right.
[0:14:45 - 0:14:46]Speaker7: Are you a domain expert?
[0:14:47 - 0:14:48]Speaker7: Have you worked in technology?
[0:14:51 - 0:14:53]Speaker8: What type of technology?

[0:14:54 - 0:14:55]Speaker8: Every type of technology.
[0:14:57 - 0:14:58]Speaker9: Okay, tell me.
[0:14:58 - 0:14:59]Speaker9: I don't know.
[0:14:59 - 0:15:04]Speaker9: I mean, I worked at Deloitte, PwC, 160 over 90.
[0:15:05 - 0:15:07]Speaker9: I built custom projects for the government.
[0:15:08 - 0:15:09]Speaker9: A lot.
[0:15:09 - 0:15:14]Speaker9: Right now I'm a software architect, a financial personal lending company.
[0:15:14 - 0:15:20]Speaker9: So I have a wide array of domain exposure.
[0:15:21 - 0:15:31]Speaker9: The domain that I was in was advertising and we had projects that had substantial hundreds of millions of dollars worth of data security breaches.
[0:15:31 - 0:15:32]Speaker9: I reported this.
[0:15:33 - 0:15:40]Speaker9: If you worked in the domain and you listened to your patients, then you would understand that this is like not.
[0:15:42 - 0:15:43]Speaker9: I'm doing my job.
[0:15:44 - 0:15:45]Speaker9: Okay.
[0:15:46 - 0:15:50]Speaker9: This is not like some paranoid delusion.
[0:15:51 - 0:16:00]Speaker9: There was somebody in our development and I can show you the police report that we called Dressed in All Black.
[0:16:00 - 0:16:13]Speaker9: So please, again, if you see police, yeah, if any of your if there was due diligence done in any of this scenario, if you know anybody took a single second to look at the laptop,
[0:16:13 - 0:16:14]Speaker9: where all this evidence existed.
[0:16:15 - 0:16:18]Speaker9: Yeah, like this is wild.
[0:16:19 - 0:16:23]Speaker9: I'm also trying to understand, you know, why we have not got this.
[0:16:23 - 0:16:25]Speaker9: You're the first one calling us back.
[0:16:26 - 0:16:30]Speaker9: Please send a formal grievance.
[0:16:38 - 0:16:40]Speaker0: If you're still there.
[0:16:40 - 0:16:41]Speaker0: I'm here.
[0:16:41 - 0:16:42]Speaker0: I'm listening to you.
[0:16:42 - 0:16:43]Speaker0: No, no, again.
[0:16:44 - 0:16:44]Speaker0:
[0:16:44 - 0:16:46]Speaker0: So if I'm sorry, we've talked quite a bit.
[0:16:47 - 0:16:49]Speaker0: You know, do you have any answers for any of those?
[0:16:50 - 0:16:58]Speaker0: Well, I'm going to go back to, you know, all the records and the team and find out what I needed to hear from you first.
[0:16:59 - 0:16:59]Speaker0: Yeah.
[0:16:59 - 0:17:00]Speaker0: I mean, this is just the beginning.
[0:17:00 - 0:17:01]Speaker0: There's dentures.
[0:17:01 - 0:17:07]Speaker0: Yeah. In my medical report, it says there I was, you know, my valuables dentures.
[0:17:07 - 0:17:08]Speaker0: That was dentures.
[0:17:08 - 0:17:10]Speaker0: How often does this occur?
[0:17:14 - 0:17:17]Speaker1: Oh, also, if a child is involved, ask that one.

[0:17:17 - 0:17:30]Speaker1: Also, you know, it says, OK, so if a child is involved, aren't there a number of, you know, past medical records you're supposed to look into, you know, verification?
[0:17:30 - 0:17:34]Speaker1: Aren't I supposed to have counsel at that point in a proceeding?
[0:17:34 - 0:17:43]Speaker1: If your doctor writes that down, you know, that a child is involved as a region for dangers to others, because that did not occur.
[0:17:44 - 0:17:46]Speaker1: Why did that not occur in this scenario?
[0:17:48 - 0:17:51]Speaker2: Are you talking about, you know, in the civil commitment process?
[0:17:51 - 0:17:54]Speaker2: Are you talking about, you know, between your child from Maryland to Pennsylvania or something else?
[0:17:55 - 0:17:58]Speaker2: Well, yes, your doctor wrote down in part danger to others.
[0:17:58 - 0:17:58]Speaker2:
[0:17:59 - 0:18:01]Speaker2: Um, one moment.
[0:18:02 - 0:18:02]Speaker2: Throw.
[0:18:02 - 0:18:04]Speaker2: Gabby, I can read.
[0:18:08 - 0:18:17]Speaker3: It said, patient drove wife and six year old daughter from MD to NJ.
[0:18:17 - 0:18:24]Speaker3: Again, which is false, believing his previous employee was going to harm his family.
[0:18:25 - 0:18:27]Speaker3: And this is a checkbox next to dangerous to others.
[0:18:27 - 0:18:41]Speaker3: So if that is in fact the case and it mentions a six year old, aren't there other things that are supposed to occur in this involuntary commitment process?
[0:18:41 - 0:18:48]Speaker3: Because remember, I voluntarily went in for a medical assessment to center state.
[0:18:49 - 0:18:50]Speaker3: Willingly.
[0:18:50 - 0:18:51]Speaker3: Willingly.
[0:18:53 - 0:18:56]Speaker4: What was the reason that you went to center state?
[0:18:56 - 0:18:57]Speaker4: A medical assessment.
[0:18:58 - 0:18:59]Speaker4: Yeah, for what reason?
[0:19:00 - 0:19:01]Speaker4: Medical assessment.
[0:19:02 - 0:19:06]Speaker4: I thought he was going to use parrots. I thought he was going to get Xanax.
[0:19:07 - 0:19:08]Speaker4: I can hear you.
[0:19:10 - 0:19:13]Speaker5: I think your wife is also talking, right?
[0:19:14 - 0:19:17]Speaker5: Yeah, she's thinking that I was going to get a Xanax.
[0:19:17 - 0:19:18]Speaker5: And come home.
[0:19:18 - 0:19:19]Speaker5: And come home.
[0:19:19 - 0:19:21]Speaker5: I'm thinking I'm going to get a Xanax and come home.
[0:19:22 - 0:19:24]Speaker5: Because honestly, I just called the police.
[0:19:24 - 0:19:25]Speaker5: I made the report.
[0:19:27 - 0:19:33]Speaker5: And then, yeah, everybody thinks that these are hallucinations, grandiose, etc.
[0:19:34 - 0:19:35]Speaker5: Because of the mental bias in the system.
[0:19:36 - 0:19:39]Speaker5: But like again, these are not really what we call to talk about.
[0:19:39 - 0:19:41]Speaker5: I'm trying to figure out as a patient what occurred.
[0:19:43 - 0:19:45]Speaker5: Why these diagnoses were made.

[0:19:46 - 0:19:49]Speaker5: You know, what happened here?
[0:19:50 - 0:19:52]Speaker5: How can you say someone has labros?
[0:19:56 - 0:20:04]Speaker6: So, Dr. Fabian got involved based on the information that central state collected.
[0:20:05 - 0:20:14]Speaker6: And they made a request for the screening center to send a screener and then a psychiatrist.
[0:20:16 - 0:20:17]Speaker7: That's how it works.
[0:20:18 - 0:20:20]Speaker7: Okay, but still.
[0:20:20 - 0:20:24]Speaker7: The information was obtained by central state.
[0:20:24 - 0:20:26]Speaker7: So it was obtained by central state.
[0:20:26 - 0:20:32]Speaker7: Okay, so your doctor wrote this under his signature.
[0:20:33 - 0:20:42]Speaker7: It says, you know, I understand that I am, you know, what punishment occurs if they falsify this?
[0:20:42 - 0:20:47]Speaker7: Because again, before I sign anything in technology, I ensure that it's true.
[0:20:47 - 0:20:51]Speaker7: Your doctor made these, wrote these words.
[0:20:51 - 0:20:53]Speaker7: These are not center states words.
[0:20:53 - 0:20:55]Speaker7: These are his words.
[0:20:55 - 0:20:56]Speaker7: This was his screening.
[0:20:57 - 0:20:58]Speaker7: This was his diagnosis.
[0:20:59 - 0:21:01]Speaker7: And this is his signature.
[0:21:01 - 0:21:08]Speaker7: Stating that if these, you know, diagnosis is statements or anything are false, then he's subject to punishment.
[0:21:09 - 0:21:10]Speaker8: Please explain.
[0:21:12 - 0:21:14]Speaker9: No, there's like those are mutually beneficial.
[0:21:15 - 0:21:17]Speaker9: I mean, sorry, mutually exclusive.
[0:21:21 - 0:21:23]Speaker0: Your doctor wrote these things.
[0:21:24 - 0:21:27]Speaker0: Center state is a mutually exclusive story.
[0:21:30 - 0:21:30]Speaker1: Right?
[0:21:32 - 0:21:33]Speaker2: In the commitment paperwork?
[0:21:33 - 0:21:36]Speaker2: I'm going to take a look at all this.
[0:21:37 - 0:21:38]Speaker2: Do you have any other concern?
[0:21:38 - 0:21:42]Speaker2: I want to, you know, get everything that you need to know about.
[0:21:42 - 0:21:43]Speaker2: Yeah.
[0:21:43 - 0:21:52]Speaker2: So, you know, why does it take that, you know, again, why has it taken this long to speak to a doctor?
[0:21:54 - 0:21:55]Speaker3: For any of this?
[0:21:55 - 0:21:56]Speaker3: And in what time?
[0:21:57 - 0:22:06]Speaker3: And no, I understand there's many people, but like you all made this decision and took me away from my family without a drop, like without a second thought.
[0:22:08 - 0:22:09]Speaker3: There was no time span.
[0:22:09 - 0:22:10]Speaker3: There was no 45 days.
[0:22:10 - 0:22:14]Speaker3: There was no patient except for me being patient the entire time.
[0:22:14 - 0:22:18]Speaker3: And you'll see that, you know, it says oriented time.

[0:22:18 - 0:22:23]Speaker3: You know, I was alert oriented, intact, resting calmly.
[0:22:25 - 0:22:25]Speaker3: Everything.
[0:22:28 - 0:22:28]Speaker4: Yeah.
[0:22:30 - 0:22:33]Speaker4: So like when when can I expect like some answers?
[0:22:33 - 0:22:36]Speaker4: Because like this should be black and white to doctors, to me.
[0:22:37 - 0:22:40]Speaker4: No, I can tell you my I can.
[0:22:40 - 0:22:42]Speaker4: You know, tell you everything about my job.
[0:22:45 - 0:22:47]Speaker5: These are medical records you called to explain them.
[0:22:47 - 0:22:48]Speaker5: Please explain them.
[0:22:50 - 0:22:52]Speaker5: Somebody must be able to.
[0:22:54 - 0:22:58]Speaker6: So you want you want some answers of why those things and where they came from?
[0:22:59 - 0:22:59]Speaker6: Right?
[0:23:00 - 0:23:05]Speaker6: Yeah, the lies and what the punishment is going to be and repercussions and how we're going to fix this.
[0:23:05 - 0:23:10]Speaker6: Well, we're not going to do a punishment unless there is a mistake.
[0:23:10 - 0:23:10]Speaker6:
[0:23:11 - 0:23:14]Speaker6: But we have already outlined there are clear mistakes.
[0:23:14 - 0:23:16]Speaker6: I did not drive my.
[0:23:16 - 0:23:23]Speaker6: I understand that your perception and that's your opinion on it.
[0:23:23 - 0:23:24]Speaker6: Exactly.
[0:23:24 - 0:23:27]Speaker6: But we still have to do it from the medical point of view.
[0:23:27 - 0:23:30]Speaker6: OK, so I filed a formal grievance on June 11th.
[0:23:30 - 0:23:34]Speaker6: When will that grievance from the medical report, you know, be can finish?
[0:23:35 - 0:23:37]Speaker6: Because I understand that you have 45 business days.
[0:23:39 - 0:23:46]Speaker6: Generally, seven days to respond and we haven't responded seven within, you know, the response of the seven.
[0:23:46 - 0:23:48]Speaker6: And we haven't got a response within the 30.
[0:23:49 - 0:23:50]Speaker6: So I understand.
[0:23:54 - 0:23:57]Speaker7: I think people have communicated with you.
[0:23:57 - 0:24:00]Speaker7: We haven't gotten anyone has spoken to us at all.
[0:24:00 - 0:24:02]Speaker7: No one has reached out to us.
[0:24:02 - 0:24:05]Speaker7: We haven't. So we actually had a formal agreement with Sentra State.
[0:24:06 - 0:24:10]Speaker7: They already sent us a formal apology and they did respond within their appropriate time.
[0:24:10 - 0:24:13]Speaker7: They responded within seven days and then with 30.
[0:24:13 - 0:24:15]Speaker7: We haven't received anything from MAMA.
[0:24:15 - 0:24:18]Speaker7: The New Jersey State Police and the attorney general responded.
[0:24:19 - 0:24:22]Speaker7: We also got a response from the police.
[0:24:24 - 0:24:25]Speaker8: Oh, yes.
[0:24:25 - 0:24:25]Speaker8: Sorry.

[0:24:25 - 0:24:34]Speaker8: I was saying so we also filed one with, you know, a couple other parties and the New Jersey State Police and the attorney general have responded.
[0:24:36 - 0:24:40]Speaker9: I'm still trying to understand why you all haven't.
[0:24:41 - 0:24:45]Speaker9: OK, because, you know, you understand you're going to talk to people.
[0:24:45 - 0:24:46]Speaker9: There's a lot of people involved.
[0:24:46 - 0:24:49]Speaker9: But again, I'm the sole provider for my family.
[0:24:50 - 0:24:51]Speaker9: I'm permanently affected because of this.
[0:24:52 - 0:24:53]Speaker9: I'm calling you today.
[0:24:53 - 0:24:55]Speaker9: You're calling me to the door at work, which is fine.
[0:24:56 - 0:24:57]Speaker9: We need to have this conversation.
[0:24:58 - 0:25:01]Speaker9: But when a resolution is going, when are we going to hear back?
[0:25:02 - 0:25:14]Speaker9: OK, I'm going to start actually today communicating with other people and Dr. Fabian himself as well.
[0:25:14 - 0:25:15]Speaker9: Thank you.
[0:25:16 - 0:25:16]Speaker9: You're welcome.
[0:25:18 - 0:25:22]Speaker0: Should I expect a call back or any follow up with them?
[0:25:22 - 0:25:24]Speaker0: I don't want to bother you.
[0:25:25 - 0:25:26]Speaker0: No, I will.
[0:25:26 - 0:25:26]Speaker0: I will.
[0:25:26 - 0:25:27]Speaker0: I have your number.
[0:25:28 - 0:25:28]Speaker0: No, I know.
[0:25:28 - 0:25:36]Speaker0: So honestly, I've heard that every single, you know, even your hospitals told me they're going to call me back several times and nobody has.
[0:25:37 - 0:25:41]Speaker0: So I'm looking forward to your call back.
[0:25:41 - 0:25:44]Speaker0: But I don't think hopefully you do.
[0:25:44 - 0:25:47]Speaker0: Yeah, I will.
[0:25:47 - 0:25:56]Speaker0: I will, you know, definitely talk to, you know, several people who are involved in addition to administration and other people as well.
[0:25:56 - 0:26:00]Speaker0: And then we'll get back to you either a phone call.
[0:26:01 - 0:26:04]Speaker0: I think it depends on what I'm going to find out.
[0:26:04 - 0:26:05]Speaker0: OK, well, we appreciate it.
[0:26:05 - 0:26:08]Speaker0: We were just confused to why there was such a delay.
[0:26:08 - 0:26:09]Speaker0: On top of that.
[0:26:09 - 0:26:22]Speaker0: I think there was so many there was so many complaints and because, you know, the it wasn't really if you were at Marmot Medical, I would have everything all together at once.
[0:26:22 - 0:26:22]Speaker0: Yep.
[0:26:22 - 0:26:25]Speaker0: There's so many people involved in Central State.
[0:26:25 - 0:26:26]Speaker0: So many people involved.
[0:26:26 - 0:26:33]Speaker0: OK, well, I'm going to be involved on the Marmot Medical part of it.
[0:26:33 - 0:26:34]Speaker0: Yep. Thank you.
[0:26:34 - 0:26:37]Speaker0: I mean, if you guys could communicate with Central State, it might be helpful.

[0:26:39 - 0:26:47]Speaker1: Apparently, back then, you guys were able to in arranging, you know, I'll take a look at everything.
[0:26:47 - 0:26:50]Speaker1: Thank you. And again, sorry for any animosity.
[0:26:50 - 0:26:52]Speaker1: This is our first time speaking with each other.
[0:26:53 - 0:26:57]Speaker1: This is a very, you know, it's a very stressful experience.
[0:26:58 - 0:27:01]Speaker1: Like meant like this has really affected us.
[0:27:01 - 0:27:01]Speaker1: It still is.
[0:27:02 - 0:27:02]Speaker1:
[0:27:02 - 0:27:07]Speaker1: You know, when you get your freedoms taken away for seven days for no reason at all and nobody gives answers at all.
[0:27:08 - 0:27:08]Speaker1: Yeah.
[0:27:09 - 0:27:12]Speaker1: Not something that should happen in America, especially when.
[0:27:13 - 0:27:13]Speaker1: All right.
[0:27:13 - 0:27:14]Speaker1: Well, thank you so much.
[0:27:15 - 0:27:17]Speaker1: We look forward to hearing back from you.
[0:27:17 - 0:27:17]Speaker1: You're welcome.
[0:27:18 - 0:27:19]Speaker1: Have a good day.
[0:27:19 - 0:27:19]Speaker1: You too.
[0:27:20 - 0:27:20]Speaker1: Thank you.
[0:27:20 - 0:27:20]Speaker1: Bye.

**EXHIBIT 5 : 170 kg transfer paperwork centra state**

**Dest. GPS:** 40.236848,-74.310407

**Last Name:** Clonan **First:** Bradley
**Address:** 2604 W Rhododendron Drive
**City:** Abingdon **ST:** MD **Zip:** 21009
**County:** Harford
**Country:** United States
**Phone:** Home: [redacted]
**DOB:** [redacted] **SSN:** [redacted]
**Age:** 34y **Gender:** M **Weight:** 170 kg
**Height:**
**Subscriber:** No **Resident:** No
**Race:** White
**Barriers to Care:** State of Emotional Distress
**Billing Information:**
None Given

| Odometer | Times |
|---|---|
| **Ld Miles:** 10 | **Dispatch:** 17:37 |
| | **EnRoute:** 17:39 |
| | **At Ref:** 17:41 |
| | **At Patient:** 17:42 |
| | **Leave Ref:** 18:06 |
| | **At Rec:** 18:22 |
| | **Transfer Care Dest:** 18:25 |
| | **Available:** 18:46 |
| | **Call Completed:** 18:47 |

**Primary Method of Payment:** No Insurance Identified

**EXHIBIT 6 : Dentures**

Transfer Mode: Stretcher
Accompanied by: EMS personnel

**11:43** **Transfer Checklist** **LC**

Transfer Checklist
Reason for Transfer: Services not available
Accepting Hospital: Hampton Behavioral health
Accepting Physician: Dr. Houdart
Sending Physician: A Tabasko PA
Report to Receiving Facility: Yes
Receiving Facility Phone Number: 1-800-603-6767
Spoke with whom: Susan
EMTALA Transfer Form Signed by Patient/Representative: No (involuntary)
Copy of Records and Diagnostic Images Obtained: Yes
Faxed Records to Receiving Facility: No
Risks/Benefits/Alternatives to Transport Explained: No

Valuables
Dentures: (sent with pt)

**11:51:47** **Transfer Disposition Selected** **AT**

ED Disposition set to Transfer to Another Facility