UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRADLEY CLONAN, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| | ) | |
| v. | ) | |
| | ) | Certification of service |
| CENTRASTATE HEALTHCARE | ) | |
| SYSTEM/ATLANTIC HEALTHCARE | ) | |
| SYSTEM, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| ______________________________ | ) | |

I HEREBY CERTIFY that on February 25, 2025, I caused to be filed the Docket ID 21 motion to request an orgal argument as there has no dispute to the facts that have occurred,and the issues presented are complex and involve significant questions of law that would benefit from clarification through in-person argument. via electronic filing with the Clerk of the United States District Court, District of New Jersey, Trenton Vicinage, and all attorneys that have responded will be notified Docket updates.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Bradley Clonan
2604 W Rhododendron Drive
Abingdon, MD 21009
Phone : 732-476-9555
Email : clonanxyz@gmail.com

Executed March 4, 2025