UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN, ET AL., | ) |
| Plaintiff, | ) Civil Case No. 3:24-CV-11399-RK-RLS |
| v. | ) |
| | ) LETTER |
| CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL., | ) REQUEST FOR STATUS CONFERENCE |
| Defendants. | ) |

Dated : March 11th, 2025

The Honorable Judge Robert Kirsch United States District Court District of New Jersey

Dear Judge Robert Kirsch,

I am the plaintiff in the above-referenced matter, proceeding pro se. I respectfully request that the Court schedule a status conference at its earliest convenience to address:

## Clarification of Pending Motions and Case Progress

Multiple motions, including several motions to dismiss, have been filed and appear repetitive. We seek guidance on whether they are being reviewed collectively and what further action is required on our part. Furthermore, we believe that we have submitted a **sufficient statement of claims**, provided **sufficient pre discovery exhibits** that make our complaint beyond plausible and there has been no **dispute of material facts** that would warrant further delay. It is undisputed that, as a father and sole provider for three children, I was unjustly placed into a mental institution. It Is apparent that every defendant who has responded thus far, was aware there were issues with my commitment and has been coordinating in bad faith while simultaneously maintaining false medical records. Each involved party, along with their associated hospital or governing body, is responsible for a sequence of interconnected events. If even one party had acted correctly or refrained from wrongful participation, my commitment either would not have occurred or logically could not have happened.

## Impact of Delays on Plaintiff's Circumstances

The prolonged uncertainty caused by the defendants' actions and inactions over the past one year and eleven months has significantly impacted my employment and financial stability. These actions have severely disrupted my ability to carry out my normal life responsibilities and job duties. As a direct result, I did not receive my annual bonus, and I was placed on a 60-day Performance Improvement Plan (PIP), putting my employment at imminent risk.

Additionally, the emotional stress from this situation led to frequent panic attacks, forcing me to take intermittent unpaid leave under the Family and Medical Leave Act (FMLA). This unpaid leave has greatly reduced my income and earning potential, contributing to severe financial hardship, including foreclosure threats. The ongoing stress and mental health struggles resulting from this unresolved case have had a profound negative impact on both my personal well-being and my family's stability.

As of the date of this writing, we face the imminent risk of foreclosure. Without immediate action, and considering my role as the sole provider for my family, the unjust institutionalization I experienced places us at significant risk.

Before these events occurred, I was capable of successfully managing multiple jobs simultaneously while still dedicating quality time to my children. Unfortunately, the defendants' prolonged and unresolved actions have caused permanent damage to my mental health, career trajectory, and family life.

## Discussion of Discovery Deadlines and Scheduling

Establishing clear deadlines and expectations for discovery and any pretrial matters would greatly assist in ensuring compliance and fairness for both parties.

## Exploration of Alternative Dispute Resolution

If the Court deems it appropriate, we would like to discuss the potential for mediation or settlement discussions to resolve key issues without unnecessary delays.

## Matter of Public Concern

Additionally, this case is not only a matter of personal importance but also a **matter of public concern**. The issues at stake extend beyond my individual circumstances and involve broader implications related to procedural fairness, transparency, and accountability within the legal system.

Given the pressing personal and financial circumstances involved, as well as the broader significance of the case, I respectfully request that this matter be scheduled for a status conference at the Court's earliest availability.

Respectfully submitted,

Bradley Clonan Pro Se Plaintiff
2604 W Rhodoendron drive, Abingdon, MD 21009
clonanxyz@gmail.com
732-476-9555
Executed 3/11/2025