#43423.00110



*Attorneys of Record:*  Matthew J. Behr, Esq. – NJ Attorney I.D. #025841998
    Katherine Ellen Chrisman, Esq. – NJ Attorney I.D. # 332042022

15000 Midlantic Drive ⬥ Suite 200
P.O. Box 5429
Mount Laurel, NJ  08054
☎856-414-6000  ⬥  📠856-414-6077  ⬥  ✉ mjbehr@mdwcg.com; kechrisman@mdwcg.com

*Attorneys for:*  Defendant, CentraState Healthcare System/Atlantic Health System

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**
*(Trenton Vicinage)*

| | |
|---|---|
| BRADLEY CLONAN and GABRIELA CLONAN,<br><br>Plaintiffs<br><br>vs.<br><br>CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTH SYSTEM, RWJ BARNABAS HEALTH – MONMOUTH MEDICAL CENTER, HAMPTON BEHAVIORAL HEALTH CENTER, DR. STEVEN GUILLEN, MD,<br><br>Defendants. | C.A. NO.:  3:24-cv-11399-RK-RLS<br><br><br><br>*ENTRY OF APPEARANCE* |

   Kindly enter my appearance on behalf of Defendant, CentraState Healthcare System/Atlantic Health System, in the above-captioned matter.

                             *MARSHALL DENNEHEY, P.C.*

                          By:  */s/ Matthew J. Behr*
                             MATTHEW J. BEHR, ESQ.
                             *NJ Attorney I.D. # 025841998*

LEGAL/168109584.1

-2-

        Attorney for Defendant,
        CentraState Healthcare System/Atlantic Health System

        15000 Midlantic Dr., Suite 200
        P.O. Box 5429
        Mount Laurel, NJ  08054
        TEL:  856-414-6000
        FAX:  856-414-6077
        E-MAIL:  mjbehr@mdwcg.com

DATE:  <u>April 3, 2025</u>