#43423.00110

MARSHALL DENNEHEY

*Attorneys of Record:* *Matthew J. Behr, Esq. – NJ Attorney I.D. #025841998*
*Katherine Ellen Chrisman, Esq. – NJ Attorney I.D. #332042022*

15000 Midlantic Drive ♦ Suite 200
P.O. Box 5429
Mount Laurel, NJ 08054
☎856-414-6000 ♦ 856-414-6077 ♦ mjbehr@mdwcg.com; kechrisman@mdwcg.com

*Attorneys for:* Defendant, CentraState Healthcare System/Atlantic Health System

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
***(Trenton Vicinage)***

| | |
|---|---|
| BRADLEY CLONAN and GABRIELA CLONAN,<br><br>Plaintiffs<br><br>***vs.***<br><br>CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTH SYSTEM, RWJ BARNABAS HEALTH – MONMOUTH MEDICAL CENTER, HAMPTON BEHAVIORAL HEALTH CENTER, DR. STEVEN GUILLEN, MD,<br><br>Defendants. | C.A. NO.: 3:24-cv-11399-RK-RLS<br><br>***ENTRY OF APPEARANCE*** |

Kindly enter my appearance on behalf of Defendant, CentraState Healthcare System/Atlantic Health System, in the above-captioned matter.

***MARSHALL DENNEHEY, P.C.***

By: /s/ Katherine Ellen Chrisman
KATHERINE ELLEN CHRISMAN, ESQ.
*NJ Attorney I.D. #332042022*

Attorney for Defendant,
CentraState Healthcare System/Atlantic
Health System

15000 Midlantic Dr., Suite 200
P.O. Box 5429
Mount Laurel, NJ 08054
TEL: 856-414-6000
FAX: 856-414-6077
E-MAIL: kechrisman@mdwcg.com

DATE: April 3, 2025

LEGAL/168109955.1