UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRADLEY CLONAN, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| | ) | |
| v. | ) | |
| | ) | |
| CENTRASTATE HEALTHCARE | ) | Brief |
| SYSTEM/ATLANTIC HEALTHCARE | ) | |
| SYSTEM, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Dated : April 7th, 2025

Dear Honorable Judge Robert Kirsch,

**BRIEF:**

First and foremost, I want to express my gratitude for your time and for taking the time to review our case. We deeply appreciate that our complaints are being heard. I firmly believe that the events that occurred are a matter of public concern and must be addressed, and go well beyond simple 'medical malpractice'.

My wife, Gabriela Clonan, is a registered nurse who previously worked at Monmouth Medical Center as a mother-baby nurse. She has always loved her profession and held the hospital in high regard—she even delivered two of our daughters there. However, she is appalled by the way we have been treated by multiple hospitals throughout this ordeal. As a medical professional, she is deeply embarrassed by the unethical and deceitful actions of these institutions. The discrepancies in my medical records are staggering. We placed our trust in healthcare professionals, only to be repeatedly ignored and deceived by these multiple hospitals, including Hampton Behavioral Health Center, CentraState Medical Center, and Monmouth Medical Center.

The harm inflicted on my family has been profoundly traumatic. I am a devoted husband and father to our three daughters. Before these events, I was actively involved in their lives. Now, due to severe anxiety and panic attacks, even attending a simple children's birthday party requires a backup plan in case I have an episode. The long-term emotional toll on my family is immeasurable.

One of the most alarming aspects of this case is captured in the body camera footage from CentraState Medical Center. The hospital staff falsely claimed to the police that they could not speak to us because we had retained legal counsel—when in fact, we had not and still do not have a lawyer. In the same footage, an officer states that they receive multiple calls daily regarding unjust involuntary commitments. This raises serious concerns: how many of those cases involve misinformation or inaccuracies in medical charts?

The systemic bias against individuals experiencing mental health crises must change. Those responsible for these violations must be held accountable. My family deserves closure. We demand to know why these wrongful actions occurred and to ensure that others do not suffer the same injustice.

This case warrants continued legal consideration for the following reasons:

- Bradley's allegations regarding his unjust involuntary commitment and constitutional rights violations remain unaddressed and unattested
- Neither Bradley nor his family have received any legal or medical explanation for his commitment
- This situation raises important concerns that affect public interest, particularly regarding civil rights and mental health procedures

Respectfully submitted,

Bradley Clonan
Plaintiff, Pro Se

2604 W Rhododendron Drive

Abingdon, MD 21009

732-476-9555

Clonanxyz@gmail.com