UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN, ET AL., | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 3:24-CV-11399-RK-RLS |
| | ) |
| v. | ) |
| | ) Certification of service |
| CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL., | ) |
| | ) |
| Defendants. | ) |

I HEREBY CERTIFY that on April 7, 2025,
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Bradley Clonan
2604 W Rhododendron Drive
Abingdon, MD 21009
Phone : 732-476-9555
Email : clonanxyz@gmail.com

Executed April 7, 2025