UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN, ET AL., ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| ) | |
| v. ) | |
| ) | Exhibit |
| CENTRASTATE HEALTHCARE ) | |
| SYSTEM/ATLANTIC HEALTHCARE ) | |
| SYSTEM, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Robert Orro, letter regarding service.



**CentraState Healthcare System**
ATLANTIC HEALTH SYSTEM PARTNER

October 28, 2024

Bradley and Gabriella Clonan
2604 W. Rhododendron Drive
Abingdon, Maryland 21009

Dear Mr. and Ms. Clonan:

This letter is to inform you that you are prohibited from entering the CentraState campus except for active medical treatment. Additionally, do not contact CentraState team members in any capacity.

Your failure to comply will leave us with no alternative but to escalte this issue to the appropriate authorities.

Should you feel the need to communicate with anyone at CentraState regarding this matter, I request that your communication be in writing and directed to my attention.

Thank you in advance for your cooperation.

Sincerely,

Robert K Orro

Robert Orro, Manager, Security

Patient Protection and Security

Bradley Clonan
2604 W Rhododendron Drive
Abingdon, MD 21009
Phone : 732-476-9555
Email : clonanxyz@gmail.com

Executed April 8, 2025