Gmail                                                                                    Brad Clonan <clonanxyz@gmail.com>

# Distribution of Summons in a Civil Case - Bradley Clonan NJ District court
1 message

**Brad Clonan** <clonanxyz@gmail.com>                                                         Mon, Dec 23, 2024 at 10:47 PM
To: lzalepka@ronanlaw.com, CIrwin@ronanlaw.com

Hello Carol,

I wanted to bring this to your attention so that you can notify the appropriate parties.

Thank you, happy holidays!

---------- Forwarded message ---------
From: **Brad Clonan** <clonanxyz@gmail.com>
Date: Mon, Dec 23, 2024 at 10:39 PM
Subject: Re: Cease and Desist
To: Glenn A. Beveridge <gbeveridge@ronanlaw.com>


Subject: Distribution of Summons in a Civil Case -

Dear Glenn,

Good evening.

I am writing to inform you that I have recently received Summons in a Civil Case documents from the United States district court of New jersey. I have attached the summons along with the complaint. I kindly request that you distribute these documents to your clients , ensuring they are completed and addressed accurately and appropriately within a timely manner, along with screener theo.

As per your prior request, all communications related to this matter must be directed through your firm. I am committed to complying fully with this arrangement and appreciate your assistance in facilitating this process; I have included blanks, alternatively please proceed to direct me how to proceed while honoring our arrangement.

Thank you for your attention to this matter. If we do not receive a response, my wife and I will make arrangements to visit your office in person after the holidays, if necessary. Please note that this may be delayed slightly due to a few family activities we have planned.

Best regards,
Bradley Clonan
732-476-9555
clonanxyz@gmail.com
2604 W Rhododendron Dr,
Abingdon, MD 21009

**\*\*\*Confidentiality Note\*\*\***

**This transmission is intended only for the addressee and may contain privileged and/or confidential information from the Law Firm of Ronan, Tuzzio & Giannone.  If you are not the intended recipient, please do not use, disseminate or copy this material.  If you have received this transmission in error, please notify us immediately by telephone, return this transmission and delete or destroy any copies.  Thank you.**


On Mon, Sep 9, 2024 at 12:56 PM Glenn A. Beveridge <gbeveridge@ronanlaw.com> wrote:

> Good afternoon Mr. Clonan,

We are in receipt of your emails. Please see the attached letter. Thank you.

**Glenn A. Beveridge, Esq.**

Ronan, Tuzzio & Giannone

One Hovchild Plaza


4000 Route 66, Suite 231


Tinton Falls, NJ  07753-7308

(732) 922-3300

F (732) 918-8505

gbeveridge@ronanlaw.com


***Confidentiality Note***

**This transmission is intended only for the addressee and may contain privileged and/or confidential information from the Law Firm of Ronan, Tuzzio & Giannone.  If you are not the intended recipient, please do not use, disseminate or copy this material.  If you have received this transmission in error, please notify us immediately by telephone, return this transmission and delete or destroy any copies.  Thank you.**

---

**3 attachments**

- 📄 **12-23-24-summons-name-template.pdf**
  55K

- 📄 **12-23-24-summons-lauren-zalepka.pdf**
  55K

- 📄 **10-20-24-complaint.pdf**
  1550K