UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN, ET AL., ) | |
| ) | |
|     Plaintiff, ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| ) | |
|     v. ) | |
| ) | |
| CENTRASTATE HEALTHCARE ) | Letter |
| SYSTEM/ATLANTIC HEALTHCARE ) | |
| SYSTEM, ET AL., ) | |
| ) | |
|     Defendants. ) | |
| _____) | |

Dated : April 10th, 2025

Dear Honorable Judge Robert Kirsch,

I am writing to respectfully bring to your attention the ongoing and persistent refusal by multiple hospitals, including the defendant in this matter, to provide me with critical medical records and explanations concerning my admission, treatment, and discharge. After repeated requests spanning considerable time, I have only recently received a partial explanation, which underscores a troubling pattern of coordinated bad faith and willful neglect by these institutions.

Throughout this period, significant questions have remained unanswered about my diagnosis, treatment, accommodations requested due to my disability (such as appropriate footwear under the ADA), the withholding of medications, and inaccuracies documented in my medical records. Despite multiple formal requests clearly referencing my rights under both federal law (HIPAA, 45 CFR §164.524) and New Jersey regulations (N.J.A.C. 8:43G-15.3 and 8:43G-4.1(a)6), these rights have been continuously and systematically disregarded.

Specifically, the hospitals have repeatedly:

1. Refused to timely provide complete and accurate medical records.
2. Neglected to deliver explanations mandated by law, including clarifications of my diagnosis, treatment plans, risks, and alternative treatments in understandable terms.
3. Ignored specific requests for institutional policies related to involuntary commitment, restraint usage, ADA accommodations, and retention beyond the court-mandated 72-hour hold period.

The prolonged denial and delayed partial compliance recently received indicate deliberate obstruction, thereby denying me the basic patient rights guaranteed by law, separate and independent of any civil litigation proceedings.

I seek the Court's acknowledgment of this ongoing breach and respectfully request appropriate action or intervention to compel the immediate release of all requested information, clarifications, and institutional policies. Such intervention is critical to uphold patient rights and address what appears to be coordinated bad faith actions that directly impact my ability to manage my ongoing health needs and accurately present facts before this Court.

Thank you very much for your consideration.

Respectfully submitted,

_____

Bradley Clonan

Plaintiff, Pro Se

2604 W Rhododendron Drive

Abingdon, MD 21009

732-476-9555

Clonanxyz@gmail.com