UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRADLEY CLONAN, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| | ) | |
| v. | ) | |
| | ) | |
| CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL., | ) | Request for Issuance of Summons Status Update |
| | ) | |
| Defendants. | ) | |
| | ) | |

Dated : April 15th, 2025

Dear Honorable Judge Robert Kirsch,

I respectfully request a status update regarding the above-referenced matter, as considerable time has passed since the last action or communication from the court. Specifically, I seek clarification on the current procedural posture and any pending decisions or scheduled hearings.

Additionally, I request that the court issue summons for service upon the defendant(s) named in the complaint. Timely issuance of these summonses is necessary to move forward effectively and adhere to procedural deadlines.

Thank you for your attention to this matter. Please inform me if further documentation or action is required from my end.

Respectfully submitted,

Bradley Clonan
Plaintiff, Pro Se
2604 W Rhododendron Drive
Abingdon, MD 21009
732-476-9555
Clonanxyz@gmail.com