UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRADLEY CLONAN, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| | ) | |
| v. | ) | |
| | ) | |
| CENTRASTATE HEALTHCARE | ) | Letter |
| SYSTEM/ATLANTIC HEALTHCARE | ) | |
| SYSTEM, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Dated : April 25th, 2025

Dear Honorable Judge Robert Kirsch,

I respectfully submit this letter with the understanding that I am not an attorney and may not be fully versed in all civil or federal legal procedures. However, I write today from a place of deep sincerity, compelled by a need for truth, justice, and acknowledgment of the harm I have endured.

I respectfully submit this letter with the understanding that I am not an attorney and may not be fully versed in all civil or federal legal procedures. However, I write today with sincere urgency and a plea for fairness and truth. I have exhausted every appropriate channel over the past two years in an effort to find justice and clarity.

I was involuntarily committed without any clinical evidence or due medical justification. I am not a danger to myself or others, nor was I hallucinating or detached from reality. I work hard, support my family, and abide by the law. My commitment appeared to rest solely on superficial assumptions—not on facts, tests, or sound professional judgment.

Despite my full cooperation with civil procedures—filing grievances, contacting the state bar, reporting to the Department of Health and police internal affairs, and even disclosing a related data breach responsibly—I have received no meaningful explanation or accountability. My lawful requests to access complete medical records have been repeatedly denied, stripping me of any ability to defend myself or seek redress.

Multiple hospitals involved in my case have offered conflicting and troubling responses, it appears as if each had accepted or seen an entirely different patient:

- **Centrastate Medical Center** denied me access to my family, misidentified me as a 300-pound patient with dentures, and immediately transferred me to a secure isolation unit—followed by repeated retaliatory threats.

- **Monmouth Medical Center** my honest recounting of events was wrongfully labeled as 'hallucinations,' and they falsely recorded that I was overusing prescribed medications as fact—despite clinical blood and urine tests available to them clearly disproving such accusations. Rather than relying on objective medical evidence, video screeners and physicians ignored the truth, allowing bias and superficial judgments to dictate my diagnosis.

- **Hampton Behavioral Health Center**  wrote and assumed that I was brought in by the police, and not that I called the police to report an actual crime, they treated me as if I wasn't a voluntary walk into the centrastate at first. Then further diagnosed me with schizophrenia, which was later acknowledged as a misdiagnosis. However, the consequences of that error have not been reversed. I was kept there seemingly only because I continued to speak out about what had actually occurred.

What happened to me was not just a mistake—it was a violation of my fundamental rights. I believe this to be a textbook case of unjust involuntary commitment. Institutions that we are trained to trust have failed me at every level, choosing convenience and concealment over responsibility and law.

The defendants continue to call my experience "implausible" or "unbelievable," while simultaneously refusing to release the very medical evidence that could support or disprove my claims. This obstruction leaves me powerless to seek expungement or even fully understand what was said about me.

I still wake up from nightmares about what occurred. It is this ongoing trauma that compels me to write today.

Your Honor, I respectfully ask the Court to consider allowing verbal arguments in this matter. I further implore you to require a single, clear, evidence-based explanation—rooted in clinical documentation—for my commitment. After two years, no party has provided one.

Thank you for your time and consideration. I place my trust in the Court's commitment to justice, and I simply ask to be heard and to have the truth brought to light.I know I am not alone in this system and it's truly disheartening to hear these sorts of calls come all the time from the freehold police department. The mental bias in New Jersey has to end.

Respectfully,
Bradley Clonan
732-476-9555
04/25/2025