**John M. Hockin, Jr., Esq. - Attorney ID # 029882007**
**RONAN, TUZZIO & GIANNONE, P.C.**
**One Hovchild Plaza**
**4000 Route 66, Suite 231**
**Tinton Falls, New Jersey 07753**
**(732) 922-3300**
**Attorneys for Defendants, LAUREN ZALEPKA, MONMOUTH MEDICAL CENTER i/p/a "RWJBarnabas Health – Monmouth Medical Center," ESTATE OF MOHSEN REHIM, M.D.. CHRISTOPHER FABIAN, M.D. i/p/a "Dr. Chris Fabian," ERIC CARNEY, MARGARET NIELSEN, JOHANNA ROSARIO, VIRGINIA HEGGEN, and THEO KALOGRIDIS i/p/a "JOHN DOE 1" and "THEO"**
**Our File No. 34.15683 JMH**

| | |
|---|---|
| **BRADLEY CLONAN, ET AL.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL.,**<br><br>**Defendants.** | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>**Civil Case No. 3:24-CV-11399-RK-RLS**<br><br>**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>*Returnable: June 2, 2025* |

**TO:** Bradley Clonan
2604 W. Rhododendron Drive
Abington, MD 21009

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, the undersigned, attorneys for Defendants, Lauren Zalepka, Monmouth Medical Center i/p/a "RWJBarnabas Health – Monmouth Medical Center," Estate of Mohsen Rehim, M.D., Christopher Fabian, M.D. i/p/a "Dr. Chris Fabin," Eric Carney, Margaret Nielsen, Johanna Rosario, Virginia Heggen, and Theo Kalogridis i/p/a "Theo" and "John Doe 1," shall apply to the above-named Court for an Order dismissing the Amended Complaint, with prejudice, as to all such

Defendants, for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of the instant application, the undersigned shall rely upon the Brief annexed hereto and made a part hereof.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that a ruling on the papers pursuant to L. Civ. R. 7.1(b)(4) is respectfully requested.

**RONAN, TUZZIO & GIANNONE, P.C.**
Attorneys for Defendants, Lauren Zalepka, Monmouth Medical Center, Estate of Mohsen Rehim, M.D., Christopher Fabian, M.D., Eric Carney, Margaret Nielsen, Johanna Rosario, Virginia Heggen, and Theo Kalogridis

BY: /s/ John M. Hockin, Jr.
JOHN M. HOCKIN, JR.

Dated: April 28, 2025