**John M. Hockin, Jr., Esq. - Attorney ID # 029882007**
**RONAN, TUZZIO & GIANNONE, P.C.**
**One Hovchild Plaza**
**4000 Route 66, Suite 231**
**Tinton Falls, New Jersey 07753**
**(732) 922-3300**
**Attorneys for Defendants, LAUREN ZALEPKA, MONMOUTH MEDICAL CENTER i/p/a "RWJBarnabas Health – Monmouth Medical Center," ESTATE OF MOHSEN REHIM, M.D.. CHRISTOPHER FABIAN, M.D. i/p/a "Dr. Chris Fabian," ERIC CARNEY, MARGARET NIELSEN, JOHANNA ROSARIO, VIRGINIA HEGGEN, and THEO KALOGRIDIS i/p/a "JOHN DOE 1" and "THEO"**
**Our File No. 34.15683 JMH**

| | |
|---|---|
| **BRADLEY CLONAN, ET AL.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL.,**<br><br>**Defendants.** | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>**Civil Case No. 3:24-CV-11399-RK-RLS**<br><br>**PROOF OF SERVICE** |

**I HEREBY CERTIFY** that on April 28, 2025, I caused to be filed the within Motion to Dismiss the Amended Complaint, with prejudice, as to Defendants, Lauren Zalepka, Monmouth Medical Center i/p/a "RWJBarnabas Health – Monmouth Medical Center," Estate of Mohsen Rehim, M.D., Christopher Fabian, M.D. i/p/a "Dr. Chris Fabin," Eric Carney, Margaret Nielsen, Johanna Rosario, Virginia Heggen, and Theo Kalogridis i/p/a "Theo" and "John Doe 1," for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6), via electronic filing with the Clerk of the United States District Court, District of New Jersey, Trenton Vicinage, and all attorneys of record. Additionally, I mailed a courtesy copy of the moving papers by regular mail to:

Hon. Rukhsanah L. Singh, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**RONAN, TUZZIO & GIANNONE, P.C.**
Attorneys for Defendants, Lauren Zalepka, Monmouth Medical Center, Estate of Mohsen Rehim, M.D., Christopher Fabian, M.D., Eric Carney, Margaret Nielsen, Johanna Rosario, Virginia Heggen, and Theo Kalogridis

BY: /s/ John M. Hockin, Jr.
JOHN M. HOCKIN, JR.

Dated: April 28, 2025