**John M. Hockin, Jr., Esq. - Attorney ID # 029882007**
**RONAN, TUZZIO & GIANNONE, P.C.**
**One Hovchild Plaza**
**4000 Route 66, Suite 231**
**Tinton Falls, New Jersey 07753**
**(732) 922-3300**
**Attorneys for Defendants, LAUREN ZALEPKA, MONMOUTH MEDICAL CENTER i/p/a "RWJBarnabas Health – Monmouth Medical Center," ESTATE OF MOHSEN REHIM, M.D.. CHRISTOPHER FABIAN, M.D. i/p/a "Dr. Chris Fabian," ERIC CARNEY, MARGARET NIELSEN, JOHANNA ROSARIO, VIRGINIA HEGGEN, and THEO KALOGRIDIS i/p/a "JOHN DOE 1" and "THEO"**
**Our File No. 34.15683 JMH**

| | |
|---|---|
| **BRADLEY CLONAN, ET AL.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL.,**<br><br>**Defendants.** | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>**Civil Case No. 3:24-CV-11399-RK-RLS**<br><br>**ORDER DISMISSING THE AMENDED COMPLAINT, WITH PREJUDICE, AS TO SEVERAL DEFENDANTS** |

**THIS MATTER** having been brought before the Court on Motion of Ronan, Tuzzio & Giannone, P.C., counsel for Lauren Zalepka, Monmouth Medical Center i/p/a "RWJBarnabas Health – Monmouth Medical Center," Estate of Mohsen Rehim, M.D., Christopher Fabian, M.D. i/p/a "Dr. Chris Fabin," Eric Carney, Margaret Nielsen, Johanna Rosario, Virginia Heggen, and Theo Kalogridis i/p/a "Theo" and "John Doe 1," and upon notice to Bradley Clonan, Plaintiff *pro se*, and to all counsel of record, for an Order dismissing the Amended Compliant against such Defendants, with prejudice, and the Court having considered the papers submitted, the arguments of counsel, and good cause having been shown;

**IT IS** on this_____________day of______________________________, 2025;

**ORDERED** that the Amended Complaint is hereby dismissed as against Lauren Zalepka, Monmouth Medical Center i/p/a "RWJBarnabas Health – Monmouth Medical Center," Estate of Mohsen Rehim, M.D., Christopher Fabian, M.D. i/p/a "Dr. Chris Fabin," Eric Carney, Margaret Nielsen, Johanna Rosario, Virginia Heggen, and Theo Kalogridis i/p/a "Theo" and "John Doe 1," with prejudice, for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6); and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on all Counsel within seven (7) days of its receipt by Movant.

____________________________________
, U.S.D.J.

( ) Opposed
( ) Unopposed