UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRADLEY CLONAN, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| | ) | |
| v. | ) | |
| | ) | |
| CENTRASTATE HEALTHCARE | ) | Letter |
| SYSTEM/ATLANTIC HEALTHCARE | ) | |
| SYSTEM, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Dated : April 28th, 2025

Dear Honorable Judge Robert Kirsch,

I would like to introduce myself. My name is Gabriela Clonan. I am a registered nurse and used to work at Monmouth Medical Center. My husband and I have been together for 15 years and married for 9 years.

My husband is my best friend, soulmate, and rock. We have three daughters together and I am pregnant with our fourth child.

These hospitals have not identified why what they have done is not kidnapping and drugging my husband while kidnapping him. They have refused to have a physician explain to us a diagnosis, prognosis or any explanation to what happened. Upon reviewing the charts I am not able to discern any of these answers either.

My husband is a good man! My husband attends weekly mass with his family, reads the Bible daily, and prays with his family daily. He usually goes above and beyond for his girls and hasn't been able to do that with his panic attacks. No, he has never had panic attacks prior to these events.

He has never overtaken any medication and we do not know why they have that written in his chart. He is not, and was not a harm to himself or others and only shows kindness and compassion. Hampton behavioral health wrote in his chart no surgeries. My husband is handicapped and there is nothing in his chart that indicates that!

Centrastate informed us to call a number to get our answers. That person also could not explain what happened. Instead, we have been told to get a lawyer.

We have tried to obtain a lawyer for years now and we had lawyers laugh at us and others say our case is too complicated or it's not their specialty. We have contacted the NJ/MD Bar association on multiple occasions to no avail, as they cannot even provide us with a referral.

Please ask the hospitals to identify why my husband was a harm to himself and others! Please, this is ridiculous that we have to petition the highest court in the land  just to get clarification on what happened, and a full complete understanding of his treatment. The effects on these events while my husband was falsely involuntarily committed until now has placed a large burden on our family. My husband goes into episodes of panic attacks to the point I tell my girl's, "Daddy is sick please leave him alone." I am begging you. Please make them answer us, as outlined in the NJ Patient Bill of Rights admitted to a General hospital! We need closure.

Respectfully,    *Gabriela Clonan* BSN, RN, CBC
Gabriela Clonan BSN, RN, CBC
732-672-9602