UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRADLEY CLONAN, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| | ) | |
| v. | ) | |
| | ) | |
| CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL., | ) | Proposed Order : Motion to seal |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having considered Plaintiff's Motion to Seal Materials, and for good cause shown, IT IS HEREBY ORDERED that:

The Motion to Seal is GRANTED.

The Clerk of Court shall maintain under seal the following documents:

- Medical and psychiatric records of Bradley Clonan from Monmouth Medical Center
    - "B. Clonan medical record"
- Medical and psychiatric records of Bradley Clonan from CentraState Healthcare System
    - "Centrastate-scans-1-40"
    - "Centrascate-scans-40-80"
    - "centrascate-scans-80-160"
- Medical and psychiatric records of Bradley Clonan from Hampton Behavioral Health Center
    - "Hampton-scans-1-170"
    - "Hampton-scans-170-370"
    - "Hampton-scans-370-610"
- Correspondence from and with RWJ Barnabas Monmouth Medical Center Attorney's
    - "Service of Summons-confusion-MMC"
    - "emil1"
    - "emil2"
- Correspondence from and with CentraState Healthcare System Attorneys
    - "Serive of Summons-CentraState"
- Correspondence from and with Hampton Behavioral Health Center Attorneys
    - "Service of Summon-Hampton-Conversation"

Access to the sealed documents shall be limited to the Court, the parties to this action, and such other persons as the Court may specifically authorize.

SO ORDERED this ____ day of __________, 2025.

Respectfully,
Bradley Clonan
2604 W Rhododendron Drive, Abingdon MD 21009
732-476-9555