UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRADLEY CLONAN, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| | ) | |
| v. | ) | |
| | ) | Certification |
| CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

I, Bradley Clonan, declare under penalty of perjury:

I am the Plaintiff in this action. I submit this declaration in the Motion to Seal Materials. I have personal knowledge of the facts stated herein and could testify competently to them if called as a witness.

Executed on April 29, 2025

Bradley Clonan
2604 W Rhododendron Drive
Abingdon, Maryland 21009
732-476-9555