UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRADLEY CLONAN, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| | ) | |
| v. | ) | |
| | ) | |
| CENTRASTATE HEALTHCARE | ) | Exhibit |
| SYSTEM/ATLANTIC HEALTHCARE | ) | |
| SYSTEM, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, Bradley Clonan, recently learned—through communication with the New Jersey Office of the Public Defender, Division of Mental Health Advocacy—that the court-mandated order for my 72-hour involuntary hold was not completed until March 27, 2023. However, I had already been transferred from CentraState Hospital on March 25, 2023, and was held involuntarily at Hampton Behavioral Institute for two days following that transfer preemptively before any court order was established. Meaning, for a period from March 24th, 2023 until March 27th, 2023 even after being medically cleared, and asking to leave; I was held involuntarily without any legal justification after a voluntary medical assessment beginning at Centrastate hospital. The full length of my stay at Hampton Behavioral Health Center was extended as well based on the 'mistakes' made further.

I have sought clarification regarding this discrepancy, as I entered CentraState Hospital voluntarily and was subsequently denied the ability to leave after being medically cleared. During my time at Hampton, I was informed that a judge had ordered my commitment upon intake. To date, these critical questions remain unanswered.

Exhibit - Centrastate Emergency department discharge date



Exhibit - Court order March 27th, 2023

CLONAN, BRADLEY
2/23/1989

HAM900000123
HAM400000000443

* Auth (Verified) *

## STATE OF NEW JERSEY

### SUPERIOR COURT
### COUNTY OF BURLINGTON

IN RE THE MATTER OF: **BRADLEY CLONAN**

**TEMPORARY ORDER FOR INVOLUNTARY COMMITMENT TO TREATMENT OF AN ADULT (INPATIENT TREATMENT)**

[handwritten margin note: "what was I day was I screened and com wit"]

This matter having being brought before the Court on this 27TH day of **MARCH**, 2023 for a Temporary Order for Commitment to Treatment pursuant to N.J.S.A. 30:4-27.10(a), specifically seeking the involuntary commitment of **BRADLEY CLONAN** an adult (herein referred to as "patient") to inpatient treatment; and

The two necessary clinical/screening certificates having been presented to the court in the form required by N.J.S.A. 30:4-27(b) and R.4:74-7(b); and

The court, upon review of the documents received, finding there to be probable cause to believe that the above named patient is in need of involuntary commitment to treatment in accordance with the standard set forth in N.J.S.A. 30:4-27.2(m);

IT IS on this 27TH day of MARCH, 2023 ORDERED that:

1. The above named patient be involuntarily committed to treatment and admitted to **HAMPTON BEHAVIORAL HEALTH CENTER**, unless an alternative placement is provided pursuant to the authority of the Department of Health pending a court hearing with respect to the issue of continuing need for involuntary commitment to treatment, said hearing be conducted within 20 days from the initial commitment; and

2. The court hearing (referred to in paragraph 1, above) is hereby scheduled for **9:30 AM** am/pm on the **14TH** day of **APRIL** 2023 at **HAMPTON BEHAVIORAL HEALTH CENTER**; and
   (location)

3. County Counsel **James K. Grace, Esquire** is hereby assigned to present, at said hearing, the case for continuing involuntary commitment to treatment; and

4. The following attorney is hereby assigned to represent the patient:
**OFFICE OF THE PUBLIC DEFENDER**
**20 East Clementon Road, 3rd Floor, Gibbsboro, NJ 08026**
**(856) 346-8020**; and

Revised 10/2017. CN 11634, Temporary Order for Involuntary Commitment to Treatment of an Adult (Inpatient Treatment) page 1 of 2

CLONAN, BRADLEY
2/23/1989

HAM900000123
HAM400000000443

\* Auth (Verified) \*

5. Notice of the time, date and location of the above scheduled hearing shall be served, no less than 10 days prior to hearing date, upon the patient, patient's counsel, patient's guardian (if any), county counsel referred to herein, and patient's nearest relatives (include addresses):

Gabriella (wife) - 2604 W. Rhododendron Drive, Abingdon, MD 21009

Phone –

The county adjuster of the county in which the patient has legal settlement, the director, chief executive officer or other individual having custody of the patient and the following individuals (include addresses):

Monmouth County Adjuster's Office - Human Services Building

3000 Kozloski Road, Room 235

Freehold, NJ 07728; and

6. The notice (referred to in paragraph 5, above) shall be served upon the patient, patient's guardian (if any) and patient's counsel and shall include a copy of this Order, a statement of patient's rights at the court hearing (*N.J.S.A.* 30:4-27.14) and the screening and/or clinical certificates and any other documents submitted in support of patient's involuntary commitment; and

7. Service upon the patient shall be by personal service, all other persons specified herein to receive notice shall be served by _____US MAIL AND/OR FAX_____ with the following exceptions:

(mode of service)

_____
_____
_____; and

It is further ordered that _____

_____
_____

*Edward W. Hoffman, P.J.F.P.*

Judge Signature

**HON. EDWARD W. HOFFMAN, P.J.F.P.**

Revised 10/2017. CN 11634, Temporary Order for Involuntary Commitment to Treatment of an Adult (Inpatient Treatment) page 2 of 2

Hampton Behavioral Health Center

Page 94 of 361

Respectfully,
Bradley Clonan
732-476-9555