UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN, ET AL., ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| ) | |
| v. ) | |
| ) | Affidavit of Service |
| CENTRASTATE HEALTHCARE ) | |
| SYSTEM/ATLANTIC HEALTHCARE ) | |
| SYSTEM, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

I, Bradley Clonan, declare under penalty of perjury:

I am the Plaintiff in this action. I submit the following affidavits of service. I have personal knowledge of the facts stated herein and could testify competently to them if called as a witness.

I have served the amended complaint and court summons to each defendant as directed by their attorney's or employers. Upon arriving at CentraState Hospital I was also made aware the full and proper name of defendant 'David DeSimone' is actually 'David Clark' and will amend this in future documents. 'David DeSimone' will be removed from further filings, in place David Clark will remain.

Executed on May 5, 2025

Bradley Clonan
2604 W Rhododendron Drive
Abingdon, Maryland 21009
732-476-9555

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 5-5-25 |
|---|---|
| NAME OF SERVER (PRINT) Bradley Clonan | TITLE Prose Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Donna Rusinko Director at Hampton Behavioral Health Center

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5-5-25
                  Date

*Signature of Server*

2604 W Rhododendron Drive, Abingdon MD
*Address of Server*

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 5-5-2025 |
|---|---|
| NAME OF SERVER *(PRINT)* Bradley Clonan | TITLE Prose Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Kim P. receptionist for Attorney John M. Hockin, Jr, Esq.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/5/25
             Date

*Signature of Server*

2604 W Rhododendron Drive, Abingdon MD
*Address of Server*

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  5/5/2025 |
| NAME OF SERVER *(PRINT)*  Bradley Clonan | TITLE  Prose Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: David Clark - Risk management at Centrastate

☐ Returned unexecuted: _____

☐ Other (specify) : _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/5/2025
             Date                    *Signature of Server*

2604 W Rhododendron Drive, Abingdon MD 21009
*Address of Server*