UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN, ET AL., ) | |
| Plaintiff(s), ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| v. ) | |
| ) | RE:PLAINTIFF'S CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS (ECF Nos. 33, 35) |
| CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL., ) | |
| Defendants. ) | |

**Dated:** May 19, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a true and correct copy of the foregoing Consolidated Opposition to Defendants' Motions to Dismiss was served upon all counsel of record via the Court's electronic filing system.

Respectfully,
Bradley Clonan, Pro Se
2604 W Rhododendron Drive
Abingdon, Maryland 21009
732-476-9555