**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRADLEY CLONAN,<br><br>Plaintiff<br>v.<br><br>CentraState Healthcare System/Atlantic Health System; RWJBarnabas Health – Monmouth Medical Center; Hampton Behavioral Health Center, et al.<br><br>Defendants. | Civil Docket No.: 3:24-cv-11399-RK-RLS |

**MOTION OF DEFENDANTS DR. MICHAEL HOUDART, DR. ATTA-UR REHMAN, ANITA GIUNTA, AND JODI SGOUROS TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(5), FED. R. CIV. P. 12(b)(6), AND FED. R. CIV. P. 12(b)(1)**

**PLEASE TAKE NOTICE THAT** on July 7, 2025 at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendants Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros ("Defendants") will move before the Honorable Robert Kirsch, U.S.D.J., of the United States District Court for the District of New Jersey, for an Order, pursuant to Fed. R. Civ. P. 12(b)(5), 12(b)(6), and 12(b)(1), dismissing Plaintiff's Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants rely upon the Memorandum of Law, which is incorporated herein by reference. For all of the reasons set forth in the accompanying Memorandum of Law, Defendants Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros request that this Court dismiss Plaintiff's Amended Complaint against them, in its entirety, without leave to amend.

**PLEASE TAKE FURTHER NOTICE** that this motion will be decided on the papers unless otherwise notified by the Court.

A proposed form of Order accompanies this motion.

Respectfully submitted,

Date: May 27, 2025

By: */s/ Michael W. Bootier*

Michael W. Bootier, Esquire
Joshua T. Calo, Esquire
Caitlin L. Cardene, Esquire
700 Alexander Park Drive, Ste. 300
Princeton, New Jersey 08540
Telephone: (609) 987-6800
Fax: (609) 520-0360
michael.bootier@bipc.com
joshua.calo@bipc.com
caitlin.cardene@bipc.com
*Attorneys for Defendants Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros*

**CERTIFICATE OF SERVICE**

I, Michael W. Bootier, Esquire hereby certifies that a true and correct copy of the foregoing Motion to Dismiss was served via US mail, electronic mail, and/or this Court's electronic filing system upon the following on May 27, 2025:

Bradley Clonan
2604 Rhododendron Drive
Abingdon, MD 21009
***Plaintiff***

John M. Hockin, Jr.
RONAN, TUZZIO & GIANNONE, P.C.
4000 Route 66, Suite 231
One Hovchild Plaza
Tinton Falls, NJ 07753
***Attorneys for Defendants, RWJ Barnabas Health – Monmouth Medical Center, Eric Carney, CEO, The Estate of Dr. Mohsen Rehim, Dr. Chris Fabian, Virginia Heggen, Margaret Neilsen, Johanna Rosario, and Lauren Zalepka***

Katherine Ellen Chrisman
Matthew J. Behr
MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
15000 Midlantic Drive, Suite 200
P.O. Box 5429
Mount Laurel, NJ 08054
***Attorneys for Defendants, Centrastate Healthcare System/ Atlantic Healthcare System***

Respectfully submitted,

Date: May 27, 2025 By: /s/ Michael W. Bootier

Michael W. Bootier, Esquire
Joshua T. Calo, Esquire
Caitlin L. Cardene, Esquire
Buchanan Ingersoll & Rooney
700 Alexander Park Drive, Ste. 300
Princeton, New Jersey 08540
Telephone: (609) 987-6800
Fax: (609) 520-0360
michael.bootier@bipc.com
joshua.calo@bipc.com
caitlin.cardene@bipc.com

*Attorneys for Defendants Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros*