**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
***(Trenton Vicinage)***

| | |
|---|---|
| BRADLEY CLONAN,<br>Plaintiff<br>*vs.*<br><br>CENTRASTATE HEALTHCARE SYSTEM/ ATLANTIC HEALTH SYSTEM, RWJ BARNABAS HEALTH – MONMOUTH MEDICAL CENTER, HAMPTON BEHAVIORAL HEALTH CENTER, DR. STEVEN GUILLEN, MD,<br>Defendants. | C.A. NO.: 3:24-cv-11399-RK-RLS<br><br>**ENTRY OF APPEARANCE OF TRACY L. BURNLEY, ESQUIRE AS CO-COUNSEL FOR DEFENDANTS, CENTRA STATE HEALTHCARE SYSTEM/ATLANTIC HEALTH SYSTEM, MARIE LEVASSEUR, TRACEY DEANER, MARIE CARMEL, CARREE-LEE, CHERYL CRAIG, ROBERT ORRO, LYNDA McDONALD, LAUREN RICHARD, JORDAN WHITE and LORI CONRAD** |

PLEASE ENTER the appearance of Tracy L. Burnley, Esquire of Marshall Dennehey, P.C., as co-counsel for Defendants, CentraState Healthcare System/Atlantic Health System, Marie Levasseur, Tracey Deaner, Marie Carmel, Carree-Lee, Cheryl Craig, Robert Orro, Lynda McDonald, Lauren Richard, Jordan White and Lori Conrad, in the above-referenced action. This entry of appearance does not constitute a waiver of any defenses, including but not limited to, lack of personal jurisdiction and lack of service of process.

MARSHALL, DENNEHEY, P.C.
Attorneys for Defendants, CentraState Healthcare System/Atlantic Health System, Marie Levasseur, Tracey Deaner, Marie Carmel, Carree-Lee, Cheryl Craig, Robert Orro, Lynda McDonald, Lauren Richard, Jordan White and Lori Conrad

By: *Tracy L. Burnley*
TRACY L. BURNLEY
NJ ATTORNEY ID 024521993
15000 Midlantic Drive, Suite 200
Mt. Laurel, NJ 08054
856-414-6033
Email: TLBurnley@mdwcg.com

Dated: May 27, 2025