## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### *(Trenton Vicinage)*

| | |
|---|---|
| BRADLEY CLONAN,<br><br>Plaintiff<br><br>*vs.*<br><br>CENTRASTATE HEALTHCARE SYSTEM/ ATLANTIC HEALTH SYSTEM, RWJ BARNABAS HEALTH – MONMOUTH MEDICAL CENTER, HAMPTON BEHAVIORAL HEALTH CENTER, DR. STEVEN GUILLEN, MD,<br><br>Defendants. | C.A. NO.: 3:24-cv-11399-RK-RLS |

### DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

**PLEASE TAKE NOTICE** that on July 7, 2025 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendants CentraState Healthcare System/Atlantic Health System, Marie Levasseur, Tracey Deaner, Marie Carmel Carree-Lee, Cheryl Craig, Robert Orro, Lauren Richard, Lynda McDonald, Jordan White and Lori Conrad shall move before the above-mentioned court at the U.S. District Court of New Jersey, in Trenton, New Jersey, seeking an Order to Dismiss Plaintiff's claims against moving defendants pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1).

Movants will rely upon the attached Certification, Brief, and Exhibits in support of this Motion.

Movants have annexed a proposed form of Order.

-2-

                                          Respectfully submitted,

                                          *Tracy L. Burnley*

|  |  |
|---|---|
| Of Counsel and on the Brief:<br>Tracy L. Burnley (NJ #024521993) | _____<br>MARSHALL DENNEHEY, P.C.<br>15000 Midlantic Drive<br>Suite 200<br>P.O. Box 5429<br>Mt. Laurel, New Jersey 08054<br>(856)-414-6000<br>Fax: 856-414-6077<br>tlburnley@mdwcg.com<br>Mjbehr@mdwcg.com |
| Dated:  May 27, 2025 | Attorneys for Defendants CentraState Healthcare System/Atlantic Health System Marie Levasseur, Tracey Deaner, Marie Carmel Carree-Lee, Cheryl Craig, Robert Orro, Lauren Richard, Lynda McDonald, Jordan White and Lori Conrad |