**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
***(Trenton Vicinage)***

| | |
|---|---|
| BRADLEY CLONAN,<br><br>Plaintiff<br><br>***vs.***<br><br>CENTRASTATE HEALTHCARE SYSTEM/ ATLANTIC HEALTH SYSTEM, RWJ BARNABAS HEALTH – MONMOUTH MEDICAL CENTER, HAMPTON BEHAVIORAL HEALTH CENTER, DR. STEVEN GUILLEN, MD,<br><br>Defendants. | C.A. NO.: 3:24-cv-11399-RK-RLS<br><br>**ORDER DISMISSING COMPLAINT AS TO DEFENDANTS CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTH SYSTEM, MARIE LEVASSEUR, TRACEY DEANER, MARIE CARMEL CARREE-LEE, CHERYL CRAIG, ROBERT ORRO, LAUREN RICHARD, LYNDA MCDONALD, JORDAN WHITE AND LORI CONRAD** |

THIS MATTER having been opened to the court by Tracy L. Burnley , Esquire of the law firm Marshall Dennehey, P.C., counsel for defendants CentraState Healthcare System/Atlantic Health System, Marie Levasseur, Tracey Deaner, Marie Carmel Carree-Lee, Cheryl Craig, Robert Orro, Laren Richard, Lynda McDonald, Jordan White and Lori Conrad and the Court having considered the moving papers and any opposition filed thereto, and for other and further good cause shown;

IT IS on this _______ day of _______________________________, 2025,

ORDERED that Defendants' Motion to Dismiss Plaintiff's Amended Complaint is GRANTED; and it is

ORDERED that Plaintiff's Amended Complaint is dismissed with prejudice as to Defendants CentraState Healthcare System/Atlantic Health System Marie Levasseur, Tracey

Deaner, Marie Carmel Carree-Lee, Cheryl Craig, Robert Orro, Lauren Richard, Lynda McDonald, Jordan White and Lori Conrad; and it is

ORDERED that any and all cross-claims against Defendants CentraState Healthcare System/Atlantic Health System Marie Levasseur, Tracey Deaner, Marie Carmel Carree-Lee, Cheryl Craig, Robert Orro, Lauren Richard, Lynda McDonald, Jordan White and Lori Conrad are dismissed with prejudice.

________________________