## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### *(Trenton Vicinage)*

| | |
|---|---|
| BRADLEY CLONAN,<br>　　　　Plaintiff<br><br>*vs.*<br><br>CENTRASTATE HEALTHCARE SYSTEM/ ATLANTIC HEALTH SYSTEM, RWJ BARNABAS HEALTH – MONMOUTH MEDICAL CENTER, HAMPTON BEHAVIORAL HEALTH CENTER, DR. STEVEN GUILLEN, MD,<br>　　　　Defendants. | C.A. NO.:  3:24-cv-11399-RK-RLS<br><br>**ENTRY OF APPEARANCE OF TRACY L. BURNLEY, ESQUIRE AS CO-COUNSEL FOR DEFENDANTS, CENTRA STATE HEALTHCARE SYSTEM/ATLANTIC HEALTH SYSTEM, MARIE LEVASSEUR, TRACEY DEANER, MARIE CARMEL, CARREE-LEE, CHERYL CRAIG, ROBERT ORRO, LYNDA McDONALD, LAUREN RICHARD, JORDAN WHITE and LORI CONRAD** |

　　　　PLEASE ENTER the appearance of Tracy L. Burnley, Esquire of Marshall Dennehey, P.C., as co-counsel for Defendants, CentraState Healthcare System/Atlantic Health System, Marie Levasseur, Tracey Deaner, Marie Carmel, Carree-Lee, Cheryl Craig, Robert Orro, Lynda McDonald, Lauren Richard, Jordan White and Lori Conrad, in the above-referenced action.  This entry of appearance does not constitute a waiver of any defenses, including but not limited to, lack of personal jurisdiction and lack of service of process.

　　　　　　　　　　　　　　　　　　　　MARSHALL, DENNEHEY, P.C.
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants, CentraState Healthcare System/Atlantic Health System, Marie Levasseur, Tracey Deaner, Marie Carmel, Carree-Lee, Cheryl Craig, Robert Orro, Lynda McDonald, Lauren Richard, Jordan White and Lori Conrad

　　　　　　　　　　　　　　　　　　　　By: */s/ Tracy L. Burnley*
　　　　　　　　　　　　　　　　　　　　TRACY L. BURNLEY
　　　　　　　　　　　　　　　　　　　　NJ ATTORNEY ID 024521993
　　　　　　　　　　　　　　　　　　　　15000 Midlantic Drive, Suite 200
　　　　　　　　　　　　　　　　　　　　Mt. Laurel, NJ  08054
　　　　　　　　　　　　　　　　　　　　856-414-6033
　　　　　　　　　　　　　　　　　　　　Email: TLBurnley@mdwcg.com

Dated: May 27, 2025

LEGAL/169280237.1