UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRADLEY CLONAN, ET AL., | ) | |
| | ) | |
| Plaintiff(s), | ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**Dated: May 28, 2025**

I hereby certify that on this date, a true and correct copy of the foregoing Motion to Compel Brief, Certificate of Service, and Proposed Order was served upon all counsel of record via the Court's electronic filing system (ECF) and their corresponding employee defendants to Plaintiff's knowledge:

- Counsel for CentraState Healthcare System / Atlantic Healthcare System
- Counsel for Monmouth Medical Center / Psychiatric Emergency Screening Services (MMC/PESS)
- Counsel for Hampton Behavioral Health Center

Further, Plaintiff has made all good-faith efforts described herein to resolve the matter prior to Filing.

Respectfully submitted,
/s/ Bradley Clonan

Bradley Clonan
2604 W Rhododendron Drive
Abingdon, Maryland 21009
732-476-9555
clonanxyz@gmail.com