UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN, ET AL., ) | |
| ) | |
|     Plaintiff(s), ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| ) | |
|   v. ) | |
| ) | PROPOSED ORDER |
| ) | |
| CENTRASTATE HEALTHCARE ) | |
| SYSTEM/ATLANTIC HEALTHCARE ) | |
| SYSTEM, ET AL., ) | |
| ) | |
|     Defendants. ) | |
| _____ ) | |

**ORDER GRANTING MOTION TO COMPEL**

THIS MATTER having been brought before the Court by Bradley Clonan, pro se Plaintiff, for an Order compelling Defendants CentraState Healthcare System/Atlantic Healthcare System, Monmouth Medical Center, Hampton Behavioral Health Center, and Psychiatric Emergency Screening Services (MMC/PESS), and all co-defendant hospitals, to comply with federal and state law as set forth in Plaintiff's Motion to Compel, and the Court having considered the papers submitted, the arguments of the parties, and for good cause shown;

IT IS on this ___ day of _____, 2025;

ORDERED that the Motion to Compel is hereby GRANTED as to all named Defendants; and it is further

ORDERED that:

1. Defendants shall, within ten (10) days of this Order, produce a sworn affidavit by a competent officer of each hospital, affirming:

  a. That the hospital has reviewed Plaintiff's entire medical record for the relevant admissions;

  b. That all entries are in compliance with applicable law;

  c. That any inaccuracies, late entries, or amendments are explained in detail.

2. Defendants shall, within ten (10) days, immediately release to Plaintiffs (or, if necessary, to their next of kin/guardian/spouse as designated caregiver) all medical records, psychiatric records, clinical notes, screening certificates, transfer records, grievance documents, patient rights forms, and all institutional policies relating to Plaintiff's involuntary commitment, restraint, ADA accommodations, and retention.

3. Defendants shall provide to Plaintiffs a physician's explanation, in plain English, of all diagnoses, treatment decisions, risks, and alternatives, as required by law, either in writing or, if Plaintiff elects, via a recorded phone call with the relevant physician.

4. Defendants shall provide copies of all institutional policies referenced or relied upon in Plaintiff's admission, treatment, discharge, or retention.

5. Defendants shall certify compliance with this Order by affidavit filed with the Court and served upon Plaintiffs within ten (10) days.

6. Failure to comply with any aspect of this Order may result in the imposition of sanctions and such further relief as the Court deems just and proper.

IT IS FURTHER ORDERED that a copy of this Order shall be served on all counsel of record, the Defendants themselves within seven (7) days of its entry.

 

_____

Hon. Robert Kirsch, U.S.D.J.

( ) Opposed  ( ) Unopposed