UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN, ET AL., | ) |
| | ) |
| Plaintiff(s), | ) Civil Case No. 3:24-CV-11399-RK-RLS |
| | ) |
| v. | ) |
| | ) CERTIFICATE OF SERVICE |
| | ) |
| CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2025, I caused a true and correct copy of the foregoing Opposition to Defendants' Motions to Dismiss Plaintiff's Amended Complaint to be served upon all counsel of record via the Court's ECF system.

Respectfully,
/s Bradley Clonan
Bradley Clonan
2604 W Rhododendron Drive
Abingdon, Maryland 21009
732-476-9555