#43423.00110

MARSHALL DENNEHEY

*Attorney of Record:* *Matthew J. Behr, Esq. – NJ Attorney I.D. #025841998*

15000 Midlantic Drive ♦ Suite 200
P.O. Box 5429
Mount Laurel, NJ 08054
☎856-414-6000 ♦ 🖷856-414-6077 ♦ mjbehr@mdwcg.com

*Attorney for:* Defendants, CentraState Healthcare System/Atlantic Health System, Marie Levasseur, Tracey Deaner, Marie Carmel, Carree-Lee, Cheryl Craig, Robert Orro, Lynda McDonald, Lauren Richard, Jordan White, and Lori Conrad

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
***(Trenton Vicinage)***

| | |
|---|---|
| BRADLEY CLONAN and GABRIELA CLONAN,<br><br>Plaintiffs<br><br>***vs.***<br><br>CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTH SYSTEM, RWJ BARNABAS HEALTH – MONMOUTH MEDICAL CENTER, HAMPTON BEHAVIORAL HEALTH CENTER, DR. STEVEN GUILLEN, MD, et al.<br><br>Defendants. | C.A. NO.: 3:24-cv-11399-RK-RLS<br><br>***PROOF OF FILING AND SERVICE*** |

The original of the within document has been filed this date with the Clerk of the Court *via electronic filing*:

***BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DOCUMENTS***

MARSHALL DENNEHEY

By: /s/ Matthew J. Behr
MATTHEW J. BEHR, ESQ.
Attorney for Defendants,
CentraState Healthcare System/Atlantic Health System, Marie Levasseur, Tracey Deaner, Marie Carmel, Carree-Lee, Cheryl Craig, Robert Orro, Lynda McDonald, Lauren Richard, Jordan White, and Lori Conrad

15000 Midlantic Dr., Suite 200
P.O. Box 429
Mount Laurel, NJ 08054
TEL: 856-414-6000
FAX: 856-414-6077
E-MAIL: mjbehr@mdwcg.com

DATED: June 19, 2025

***PROOF OF SERVICE***

On, June 19, 2025, I, the undersigned, served the within document:

***BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DOCUMENTS***

via electronic filing to the following parties:

Bradley Clonan, pro se
2604 W. Rhododendron Drive
Abingdon, MD 21009
*Plaintiff pro se*

Michael W. Bootier, Esq.
BUCHANAN INGERSOL & ROONEY PC
700 Alexander Park Drive, Suite 300
Princeton, NJ 08540
*Attorney for Defendants, Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros*

John M. Hockin, Jr., Esq.
RONAN, TUZZIO & GIANNONE, P.C.
One Hovchild Plaza
4000 Route 66, Suite 231
Tinton Fallls, NJ 07753
*Attorney for Defendants, Lauren Zalepka, Monmouth Medical Center, Estate of Mohsen Rehim, M.D., Christopher Fabian, M.D., Eric Carney, Margaret Nielsen, Johanna Rosario, Virginia Heggen, and Theo Kalogridis*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Matthew J. Behr
MATTHEW J. BEHR, ESQ.

DATED: June 19, 2025

LEGAL/169719814.1