IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN and GABRIELA CLONAN,<br><br>Plaintiff,<br><br>v.<br><br>CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTH SYSTEM, RWJ BARNABAS HEALTH – MONMOUTH MEDICAL CENTER, HAMPTON BEHAVIORAL HEALTH CENTER, DR. STEVEN GUILLEN, MD, et al.,<br><br>Defendants. | Case No.: 3:24-cv-11399-RK-RLS<br><br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL** |

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws her appearance as counsel for Defendant CentraState Healthcare System/Atlantic Healthcare System ("Defendant") in the above-captioned matter.

I respectfully request to be terminated as attorney-of-record for the Defendant, and to be removed from the list of recipients of notices of electronic filing.

Dated: June 19, 2025

**SAUL EWING LLP**

*/s/ Katherine E. Chrisman*
Katherine E. Chrisman, Esq.
650 College Road East, Suite 4000
Princeton, New Jersey 08540
(609) 452-3129
Katherine.Chrisman@saul.com
*Withdrawing Attorney for Defendant*

52203592.1