# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN,<br><br>　　　　　Plaintiff<br>　v.<br><br>CentraState Healthcare System/Atlantic Health System; RWJBarnabas Health – Monmouth Medical Center; Hampton Behavioral Health Center, et al.<br><br>　　　　　Defendants. | Civil Docket No.: 3:24-cv-11399-RK-RLS |

## CROSS-MOTION TO STAY DISCOVERY ON BEHALF OF DEFENDANT HAMPTON BEHAVIORAL HEALTH CENTER

**PLEASE TAKE NOTICE THAT** on July 7, 2025 at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant Hampton Behavioral Health Center ("Defendant") will move before the Honorable Robert Kirsch, U.S.D.J., of the United States District Court for the District of New Jersey, for an Order, pursuant to L.Civ.R. 7.1(h) and Fed.R.Civ.P. 26(c)(1), staying discovery in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant relies upon the Memorandum of Law, which is incorporated herein by reference. For all of the reasons set forth in the accompanying Memorandum of Law, Defendant requests that this Court grant the Cross-Motion to stay discovery.

**PLEASE TAKE FURTHER NOTICE** that this motion will be decided on the papers unless otherwise notified by the Court.

　A proposed form of Order accompanies this motion.

                                        Respectfully submitted,

Date: June 23, 2025                By:  */s/ Michael W. Bootier*
                                                      Michael W. Bootier, Esquire
                                                      Joshua T. Calo, Esquire
                                                      Caitlin L. Cardene, Esquire
                                                      700 Alexander Park Drive, Ste. 300
                                                      Princeton, New Jersey 08540
                                                      Telephone: (609) 987-6800
                                                      Fax: (609) 520-0360
                                                      michael.bootier@bipc.com
                                                      joshua.calo@bipc.com
                                                      caitlin.cardene@bipc.com
                                                      *Attorneys for Defendants, Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros*

## CERTIFICATE OF SERVICE

I, Michael W. Bootier, Esquire hereby certifies that a true and correct copy of the foregoing Cross-Motion to Stay Discovery and Opposition to Plaintiff's Motion to Compel Discovery was served via this Court's electronic filing system upon the following on June 23, 2025:

Bradley Clonan
2604 Rhododendron Drive
Abingdon, MD 21009
***Plaintiff***

John M. Hockin, Jr.
RONAN, TUZZIO & GIANNONE, P.C.
4000 Route 66, Suite 231
One Hovchild Plaza
Tinton Falls, NJ 07753
***Attorneys for Defendants, RWJ Barnabas Health – Monmouth Medical Center, Eric Carney, CEO, The Estate of Dr. Mohsen Rehim, Dr. Chris Fabian, Virginia Heggen, Margaret Neilsen, Johanna Rosario, and Lauren Zalepka***

Matthew J. Behr
MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
15000 Midlantic Drive, Suite 200
P.O. Box 5429
Mount Laurel, NJ 08054
***Attorneys for Defendants, Centrastate Healthcare System/
Atlantic Healthcare System***

Respectfully submitted,

Date: June 23, 2025        By:   */s/ Michael W. Bootier*
                                  Michael W. Bootier, Esquire
                                  Joshua T. Calo, Esquire
                                  Caitlin L. Cardene, Esquire
                                  Buchanan Ingersoll & Rooney
                                  700 Alexander Park Drive, Ste. 300
                                  Princeton, New Jersey 08540
                                  Telephone: (609) 987-6800
                                  Fax: (609) 520-0360
                                  michael.bootier@bipc.com
                                  joshua.calo@bipc.com
                                  caitlin.cardene@bipc.com

*Attorneys for Defendants, Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros*