**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
***(Trenton Vicinage)***

| | |
|---|---|
| BRADLEY CLONAN,<br><br>Plaintiff<br>***vs.***<br><br>CENTRASTATE HEALTHCARE SYSTEM/ ATLANTIC HEALTH SYSTEM, RWJ BARNABAS HEALTH – MONMOUTH MEDICAL CENTER, HAMPTON BEHAVIORAL HEALTH CENTER, DR. STEVEN GUILLEN, MD,<br><br>Defendants. | C.A. NO.: 3:24-cv-11399-RK-RLS<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on **June 27, 2025**, I filed the within Brief in Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint on behalf of defendants CentraState Healthcare System/Atlantic Health System, Marie Levasseur, Tracey Deaner, Marie Carmel Carree-Lee, Cheryl Craig, Robert Orro, Lauren Richard, Lynda McDonald, Jordan White and Lori Conrad (CentraState) via electronic filing with the Clerk of the United States District Court, District of New Jersey, Trenton Vicinage, and all attorneys of record. Additionally, I mailed a copy of the moving papers, via regular mail to:

Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court
402 E. State Street, Room 2020
Trenton, N.J. 08608

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

MARSHALL DENNEHEY, P.C.

Tracy L. Burnley