# Exhibit A

**From:** Brad Clonan
**To:** Michael W. Bootier
**Subject:** Re: Service of Summons - CLONAN et al v. CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM et al, Civil Action No. 3:24-cv-11399-RK-RLS
**Date:** Tuesday, April 22, 2025 8:29:17 AM

---

Good morning Mr Bootier,

I was notified of your motion to dismiss. However, never received clarification on service. I still intend on issuing the summons properly as direct ed by the court in accordance with all federal laws in good faith. Was the motion to dismiss an act of waiving service? If so can you provide a written approval waiving it for the record. This is in regards to the aforementioned Hampton clients, and the listed employees.

Thank you for your timely response.

On Wed, Apr 16, 2025 at 6:06 PM Brad Clonan <clonanxyz@gmail.com> wrote:

> Anita Giunta
>
> On Wed, Apr 16, 2025 at 5:10 PM Michael W. Bootier <michael.bootier@bipc.com> wrote:
>
>> Mr. Clonan,
>>
>> Are you making a specific request, and if so, to which Defendant(s) is your request directed?
>>
>> Thanks,
>>
>> Mike
>>
>> **Michael W. Bootier**
>>
>> **Shareholder**
>>
>> Two Liberty Place
>>
>> 50 S. 16th Street, Suite 3200
>>
>> Philadelphia, PA 19102-2555

700 Alexander Park Suite 300

Princeton, NJ 08540-6347

215 665 3833 (o)

215 287 0823 (c)

michael.bootier@bipc.com

**Buchanan**

BIPC.com | Twitter | LinkedIn

---

**From:** Brad Clonan <clonanxyz@gmail.com>
**Sent:** Tuesday, April 15, 2025 12:27 PM
**To:** Michael W. Bootier <michael.bootier@bipc.com>
**Subject:** Service of Summons - CLONAN et al v. CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM et al, Civil Action No. 3:24-cv-11399-RK-RLS

Dear Mr. Bootier,

This correspondence is sent on behalf of the Plaintiff(s), Bradley clonan, proceeding pro se in the above-referenced civil action.

Please be advised that on 4/15/2025, the United States District Court for the District of New Jersey issued a Summons in a Civil Action directed to your client(s). The Original Complaint initiating this action was filed with the Court on 12/23/2024. The amended Complaint initiating this action was filed with the Court on 04/08/2025. We are now in receipt of the issued Summons, which must be served upon your client(s) along with a copy of the Complaint pursuant to Rule(s) 4 and 5(b) of the Federal Rules of Civil Procedure.

In accordance with your prior instruction that all communications concerning this matter must be directed exclusively through your firm as well as FRCP rule 5(b), we hereby request your guidance regarding the preferred method for effecting service of the Summons and Complaint upon your client(s).

Please advise how your firm wishes to proceed to ensure timely and proper service in compliance with FRCP Rule 4 and 5(b). We await your instructions to facilitate this process.

Very truly yours,

Bradley Clonan
Pro Se Plaintiff
2604 W Rhododendron Drive
Abingdon, MD 21009
732-476-9555
clonanxyz@gmail.com

---

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

**From:** Michael W. Bootier
**To:** Brad Clonan
**Subject:** RE: Summons
**Date:** Monday, May 5, 2025 5:47:33 PM

---

I am not authorized to waive or accept service of a summons.

---

**From:** Brad Clonan <clonanxyz@gmail.com>
**Sent:** Monday, May 05, 2025 11:42 AM
**To:** Michael W. Bootier <michael.bootier@bipc.com>
**Subject:** Re: Summons

As you've stated, you also have the right of waiving service.

On Mon, May 5, 2025 at 11:39 AM Brad Clonan <clonanxyz@gmail.com> wrote:

> I have resent the formal request email chain. Currently in plain English. Will you be accepting the summons today, or should I proceed as originally directed by Hampton behavioral health center employees and deliver the summons directly to Hampton behavioral health center again?
>
> On Mon, May 5, 2025 at 10:55 AM Michael W. Bootier <michael.bootier@bipc.com> wrote:
>
>> I have made no such representation and object to the mischaracterization of my email.
>>
>> To clarify your question below, are you asking me to waive service of the summons, and if so, on behalf of what individuals or entities? I have not received a formal request.
>>
>> ---
>>
>> **From:** Brad Clonan <clonanxyz@gmail.com>
>> **Sent:** Monday, May 05, 2025 10:43 AM
>> **To:** Michael W. Bootier <michael.bootier@bipc.com>
>> **Subject:** Re: Summons
>>
>> Furthermore, I find your original response very troubling. Are you stating that your client intentionally misled my wife and I in regards to the original service, in an attempt to obstruct proper service?
>>
>> On Mon, May 5, 2025 at 9:04 AM Brad Clonan <clonanxyz@gmail.com> wrote:
>>
>>> Mr. Bootier,
>>>
>>> Thank you for your email.
>>>
>>> As I previously informed the Court, my wife and I were instructed by your client to deliver the summons to Hampton Behavioral Health Center, which we did in good faith. For your reference, I've attached the affidavit of service.

To clarify my earlier message: Will you or your client be accepting service of the summons? While I understand you have entered an appearance on behalf of Hampton Behavioral Health Center, you have not done so for its individual employees. As such, I am inclined to proceed with delivering the summons again, consistent with your client's original direction.

Please advise so that we can avoid any further unnecessary delay on your client's behalf. Today I will be dropping off the summons, and need to know if I will be dropping them off at your office or as originally instructed.

Best regards,
Bradley Clonan
732-476-9555

On Mon, May 5, 2025 at 8:52 AM Michael W. Bootier <michael.bootier@bipc.com> wrote:

> Mr. Clonan,
>
> I received your message this morning regarding a summons. Hampton Behavioral Health Center received the initial summons.
>
> As for any individual, the Court set forth in its March 25, 2025 Memorandum Order, attached here, that any amended complaint against these individuals will be dismissed unless Plaintiff can establish that they were properly served within 90 days of the initial Complaint or by showing good cause for the failure of service.
>
> Thank you.
>
> **Michael W. Bootier**
> **Shareholder**
>
> Two Liberty Place
> 50 S. 16th Street, Suite 3200
> Philadelphia, PA 19102-2555
>
> 700 Alexander Park Suite 300
> Princeton, NJ 08540-6347
>
> 215 665 3833 (o)
> 215 287 0823 (c)
> michael.bootier@bipc.com
>
> **Buchanan**
> BIPC.com | Twitter | LinkedIn
>
> ---
>
> CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use,

> > > dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

---

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.