# UNITED STATES DISTRICT COURT

for the
District of New Jersey

| | | |
|---|---|---|
| **Bradley Clonan, Gabriela Clonan**<br>*Plaintiff*<br>v.<br>**CentraState Healthcare System/Atlantic Health System, et al**<br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 3:24-cv-11399-RK-RLS |

## AFFIDAVIT OF SERVICE

I, Nicole  Perry , state:

At the time of service, I was a competent adult not having a direct interest in the litigation.

I served the following documents to Centrastate healthcare system/Atlantic healthcare in Monmouth County, NJ on January 3, 2025 at 5:22 pm at 901 West Main Street, Freehold Township, NJ 07728 by leaving the following documents with Kareem Aldep who as Security Officer Authorized to Accept is authorized by appointment or by law to receive service of process for Centrastate healthcare system/Atlantic healthcare.

Complaint
Summons

Additional Description:
Kareem excepted documents per his manager Mr. Orro. He was instructed to put it in the secretary draw of Mr. Clark.

Middle Eastern Male, est. age 35-44, glasses: N, Black hair, 200 lbs to 220 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.2383380277,-74.3109772187

Total Cost: $0.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Monmouth County,

NJ on 1/6/2025.

/s/ Nicole Perry

Signature
Nicole Perry
+1 (732) 218-2736