## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 01/02/2025 |
| NAME OF SERVER *(PRINT)* Julia Thompson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

Served personally upon the defendant. Place where served: ____________________; or

Left the summons at the individual's residence or usual place of abode with (name): ____________ a person of suitable age and discretion who resides there, on (date):__________ and mailed a copy to the individual's last known address; or

✓ Name of person with whom the summons and complaint were left: Kim Pindar, Co-worker/ Receptionist; or

Returned unexecuted: ____________________; or

Other (specify): ____________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01/02/2025
Date

*Signature of Server*

P.O. Box 25066
Newark, NJ 07102
800-637-1805
*Address of Server*

Service on: Glenn A. Beveridge, Esq.
Ronan, Tuzzio & Giannone, One Hovchild Plaza, 4000 Route 66, Suite 231, Tinton Falls, NJ 07753

Served to: Kim Pindar, Co-worker/ Receptionist
(White, Female, Blonde hair, 5'3"-5'5", 150-180 lbs, 50-60)
01/02/2025 at 9:32 AM

Documents served: SUMMONS IN A CIVIL CASE, COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (Non-Prisoner Complaint), LETTER Re: Cease and Desist Contact, Basis for Jurisdiction, Pro se (Non Prisoner) Consent & Registration Form to Receive Documents Electronically, CIVIL COVER SHEET

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 01/02/2025 |
| NAME OF SERVER (*PRINT*) Julia Thompson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

Served personally upon the defendant. Place where served: ______________________________; or

Left the summons at the individual's residence or usual place of abode with (name): ______________________ a person of suitable age and discretion who resides there, on (date):__________ and mailed a copy to the individual's last known address; or

✓ Name of person with whom the summons and complaint were left: Kim Pindar, Co-worker/ Receptionist; or

Returned unexecuted: ______________________________; or

Other (specify): ______________________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01/02/2025
Date

*Signature of Server*

P.O. Box 25066
Newark, NJ 07102
800-637-1805
*Address of Server*

Service on: LAUREN ZALEPKA
Ronan, Tuzzio & Giannone, One Hovchild Plaza, 4000 Route 66, Suite 231, Tinton Falls, NJ 07753

Served to: Kim Pindar, Co-worker/ Receptionist
(White, Female, Blonde hair, 5'3"-5'5", 150-180 lbs, 50-60)
01/02/2025 at 9:32 AM

Documents served: SUMMONS IN A CIVIL CASE, COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (Non-Prisoner Complaint), LETTER Re: Cease and Desist Contact, Basis for Jurisdiction, Pro se (Non Prisoner) Consent & Registration Form to Receive Documents Electronically, CIVIL COVER SHEET