# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| **BRADLEY CLONAN, ET AL.,** <br><br> *Plaintiff* <br><br> v. <br><br> **CENTRASTATE HEALTHCARE SYSTEM/ ATLANTIC HEALTHCARE SYSTEM, ET AL.,** <br><br> *Defendant* | Civil Action No. 3:24-cv-11399-RK-RLS |

## AFFIDAVIT OF SERVICE

I, Amy Dalessio, state:

At the time of service, I was a competent adult not having a direct interest in the litigation.

I served the following documents to Monmouth Medical Center - RWJBarnabas Health in Monmouth County, NJ on January 14, 2025 at 6:00 pm at 300 2nd Avenue, Long Branch, NJ 07740 by leaving the following documents with Cindy P. who as Front Desk Secretary is authorized by appointment or by law to receive service of process for Monmouth Medical Center - RWJBarnabas Health. Proof Colorado, LLC also mailed these documents by first class mail to Monmouth Medical Center - RWJBarnabas Health on January 15, 2025 to their last known address at 300 2nd Avenue, Long Branch, NJ 07740.

Complaint
Summons

White Female, est. age 65+, glasses: N, Gray hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.0715018,-74.1293286
Photograph: See Exhibit 1

Total Cost: $0.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Atlantic County   ,

  NJ   on   1/31/2025  .

/s/ *Amy Dalessio*

Signature
Amy Dalessio
+1 (732) 552-6882



**Exhibit 1b)**

EDEXISPOS-FCM

ATTORNEY OR PARTY OF CASE SERVING THESE DOCUMENTS:
Bradley Clonan
Bradley Clonan
Telephone: (732) 476-9555
Email: ryan@proofserve.com

FOR COURT USE ONLY

## PROOF OF SERVICE BY FIRST-CLASS MAIL

1. I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:

   EDEXIS Document Services
   255 New York Ranch Road, Suite # F
   Jackson, CA 95642

   CASE NUMBER/S:
   324-cv-11399-RK-RLS

3. On (date) 01/15/2025   the following documents were served from (city & state):   Jackson, California

   1. Complaint
   2. Summons

   ☐ Continued on the Attachment of Served Documents (form EDEXISPOS_D)

4. The documents listed above were enclosed in a sealed envelope or package addressed to the persons listed in 5 (below). The sealed envelope or package was then placed for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The names and addresses of each person to whom I mailed the documents:

   1. Monmouth Medical Center - RWJBarnabas Health
      300 2nd Avenue Long Branch, NJ 07740-6303