UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN, ET AL., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>)<br>CENTRASTATE HEALTHCARE )<br>SYSTEM/ATLANTIC HEALTHCARE )<br>SYSTEM, ET AL., )<br>)<br>    Defendants. )<br>_____) | Civil Case No. 3:24-CV-11399-RK-RLS<br><br><br>NOTICE OF MOTION IN OPPOSITION TO<br>DEFENDANTS CROSS-MOTION TO<br>STAY DISCOVERY |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' CROSS-MOTION TO STAY DISCOVERY**

PLEASE TAKE NOTICE that on _____, 2025, or as soon thereafter as counsel may be heard, Plaintiff Bradley Clonan, pro se, will move before the Honorable Robert Kirsch, U.S.D.J., at the United States District Court, Clarkson S. Fisher Federal Building and United States Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order:

1. Denying Defendants' Cross-Motion to Stay Discovery;
2. Granting Plaintiff's Motion to Compel as set forth in ECF 52;
3. Ordering immediate production of all medical records, explanations of treatment, and relevant institutional policies; and
4. Awarding such other relief as the Court deems just and proper.

In support of this motion, Plaintiff relies upon the accompanying **Memorandum of Law in Opposition to Defendants' Cross-Motion to Stay Discovery and Incorporated Motion to Compel,** the prior filings in this matter, and all other papers of record.

Respectfully submitted,
Respectfully,
Bradley Clonan
/s/ Bradley Clonan
2604 W Rhododendron Drive,
Abingdon, Maryland 21009
732-476-9555