UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN, ET AL., Plaintiff(s), v. CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL., Defendants. | Civil Case No. 3:24-CV-11399-RK-RLS<br>PROPOSED ORDER |

**This matter having been opened to the Court by Plaintiff, Bradley Clonan, pro se, upon a Motion opposing Defendants' Cross-Motion to Stay Discovery and incorporating Plaintiff's Motion to Compel; and the Court having considered the submissions and arguments of the parties, and for good cause shown;**

IT IS on this ___ day of ____________, 2025, ORDERED that:

1. Defendants' Cross-Motion to Stay Discovery is DENIED; Plaintiff's Motion to Compel (ECF 52) is GRANTED;
2. Defendants shall immediately produce to Plaintiff all medical records, explanations of treatment, and relevant institutional policies responsive to Plaintiff's requests; and
3. Such other relief as the Court deems just and proper is hereby awarded.

SO ORDERED.

______________________________

Hon. Robert Kirsch, U.S.D.J.

( ) Opposed ( ) Unopposed