UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN, ET AL., | |
| Plaintiff, | Civil Case No. 3:24-CV-11399-RK-RLS |
| v. | |
| | CERTIFICATE OF SERVICE |
| CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL., | |
| Defendants. | |

I, Bradley Clonan, hereby certify that on August 11th, 2025, I caused a true and correct copy of the foregoing **Notice of Motion**, **Memorandum of Law in Opposition to Defendants' Cross-Motion to Stay Discovery and Incorporated Motion to Compel**, **Proposed Order**, and this **Certificate of Service** to be served via the Court's electric filing system upon all counsel of record.

Dated: August 11th, 2025

Respectfully submitted,

/s/ Bradley Clonan
Bradley Clonan
2604 W Rhododendron Drive
Abingdon, Maryland 21009
732-476-9555