UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BRADLEY CLONAN, *et al.*,

    Plaintiffs,

    v.

CENTRASTATE HEALTHCARE
SYSTEM/ATLANTIC HEALTHCARE
SYSTEM, *et al.*,

    Defendants.

Civil Action No. 24-11399 (RK) (RLS)

**ORDER**

    **THIS MATTER** comes before the Court upon four Motions to Dismiss filed by the majority of Defendants in this action seeking to dismiss *pro se* Plaintiff Bradley Clonan's ("Plaintiff") First Amended Complaint (ECF No. 29). (ECF Nos. 33, 35, 47, 50.) For the reasons set forth in the Opinion filed on this date, and for other good cause shown,

    **IT IS** on this 15th day of August, 2025,

    **ORDERED** that Defendants' Motions to Dismiss (ECF Nos. 33, 35, 47, 50) are **GRANTED** in part and **DENIED** in part;

    **ORDERED** that Counts I, II, III, IV, V, VII, and VIII (Plaintiff's federal law claims) of the FAC (ECF No. 29) are **DISMISSED** with prejudice;

    **ORDERED** that Counts VI, IX, X, and XI (Plaintiff's state law claims) of the FAC are **DISMISSED** without prejudice for lack of subject matter jurisdiction;

    **ORDERED** that the Clerk of the Court **TERMINATE** the Motions pending at ECF Nos. 33, 35, 47, and 50;

    **ORDERED** that the Clerk of the Court **CLOSE** this case;

**ORDERED** that Plaintiff may have this case reopened by filing a Second Amended Complaint that properly alleges diversity jurisdiction over his remaining state law claims within thirty (30) days of the issuance of this Order;

**ORDERED** that should Plaintiff choose to file a Second Amended Complaint, Plaintiff must also file proper proof of service of the following Defendants within forty-five (45) days of the issuance of this Order: Dr. Houdart, Dr. Rehman, Ms. Giunta, Ms. Sgouros, Dr. Guillen, Dr. Van Pelt, Ms. Spishock, Ms. Guzy, Ms. Tabasko, Ms. Salony, Ms. Perez, and Mr. Clark; and it is further

**ORDERED** that the Clerk of the Court mail a copy of this Order and associated Opinion to Plaintiff's address of record by regular U.S. mail.

                                                                              _____
                                                                              **ROBERT KIRSCH**
                                                                              **UNITED STATES DISTRICT JUDGE**