UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BRADLEY CLONAN,
Plaintiff,

v.

CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL.,
Defendants.

Civil Action No. 3:24-CV-11399-RK-RLS

**LETTER MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**

To the Honorable Judge Robert Kirsch and Magistrate Judge Rukhsanah L. Singh:

Plaintiff, proceeding pro se, respectfully requests a 60-day extension of time to file a Second Amended Complaint. If appropriate, Plaintiff will also move formally for leave to amend pursuant to Federal Rule of Civil Procedure 15.

This request is made with full respect for the Court's prior orders and opinions. Plaintiff understands that the Court previously noted concerns regarding Rule 8 and Rule 10 compliance, conclusory allegations, futility, and service of process. Plaintiff is prepared to address those concerns in good faith as follows:

**Narrowing and Clarifying Claims.** Plaintiff will refine and streamline the pleadings. Diversity jurisdiction will be clearly alleged under 28 U.S.C. § 1332, supported by facts establishing Maryland domicile, including ownership of the family's primary residence in Maryland, continuous residence since relocation, no present intent to return to New Jersey, and Plaintiff's spouse's status as a registered nurse previously licensed in New Jersey but not practicing there, who has not been employed in New Jersey in any capacity since the family's move more than three years ago. Plaintiff will also limit the complaint to claims properly preserved, including, as appropriate, EMTALA-based allegations and viable state-law causes of action. The list of defendants will be substantially reduced and organized to include only those parties against whom specific, non-conclusory allegations of liability can be asserted.

**Compliance with Pleading Standards.** Plaintiff will ensure the amended pleading complies with the plausibility requirements of Bell Atl. Corp. v. Twombly and Ashcroft v. Iqbal. Conclusory statements will be avoided, and claims will not be repackaged or mischaracterized.

**Service of Process.** Plaintiff will ensure proper service under Rule 4. Depending on

resources and the Court's approval, Plaintiff may request service by U.S. Marshals under 28 U.S.C. § 1915, petition for sheriff's service, or retain process servers directly.

**Clarification of EMTALA Issues.** Plaintiff has identified specific concerns regarding EMTALA compliance, including transfer certifications lacking physician signatures, record inaccuracies, and failure to correct documentation once errors were discovered. Efforts have been made in good faith to clarify these issues with defense counsel before burdening the Court or parties with unnecessary discovery disputes.

**Public Concern and Good Faith.** This matter raises important questions of public concern regarding involuntary commitment procedures. Plaintiff is committed to proceeding only in good faith, narrowing claims to those supported by fact and law, and conserving judicial and party resources.

**Hardship and Respect.** Plaintiff respectfully notes ongoing hardships, including the challenges of drafting technical and legal pleadings while recovering from injuries, recent job loss, and the immediate need to find new employment. Plaintiff's wife is currently expecting the family's fourth child in approximately eleven weeks. These circumstances underscore the need for additional time to prepare a compliant amended pleading.

**Preservation of Rights.** Plaintiff reserves the right to appeal certain rulings, including dismissal of § 1983 claims, to the Court of Appeals for the Third Circuit. Plaintiff's immediate intent, however, is to cure deficiencies, establish diversity jurisdiction, and comply fully with the Court's guidance.

**Future Proceedings.** Plaintiff intends to continue legal research, consult with counsel as resources allow, and pursue any appropriate complaints with governing bodies in good faith, separate from this action.

For the foregoing reasons, Plaintiff respectfully requests a 60-day extension of time to file the Second Amended Complaint. Plaintiff is grateful for the Court's patience and remains committed to full compliance with all deadlines, rules, and standards.

Respectfully submitted,
  Bradley Clonan
/s/ Bradley Clonan
Bradley Clonan, Plaintiff Pro Se
2604 W. Rhododendron Dr.
Abingdon, MD 21009
Tel: (732) 476-9555
Date: 09/03/2025