UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BRADLEY CLONAN,
Plaintiff,

v.

CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL.,
Defendants.

Civil Action No. 3:24-CV-11399-RK-RLS

**[PROPOSED] ORDER**

THIS MATTER having been brought before the Court by Plaintiff Bradley Clonan, pro se, through a Letter Motion requesting a 60-day extension of time to file a Second Amended Complaint, and the Court having considered the submission and good cause having been shown;

IT IS on this ___ day of _____, 2025,

ORDERED that Plaintiff's request is GRANTED; and it is further

ORDERED that Plaintiff shall file his Second Amended Complaint no later than _____, 2025.

_____
Hon. Robert Kirsch, U.S.D.J.