

Brad Clonan <clonanxyz@gmail.com>

# EMTALA Compliance and Preservation Notice — Monmouth Medical Center/PESS
1 message

**Brad Clonan** <clonanxyz@gmail.com>	Sun, Aug 31, 2025 at 3:15 PM
To: "John Hockin, Jr." <jhockin@ronanlaw.com>

### Dear Counsel,

This correspondence is provided in good faith to notify Monmouth Medical Center/Psychiatric Emergency Screening Services (PESS) of potential violations of the Emergency Medical Treatment and Active Labor Act (EMTALA), 42 U.S.C. § 1395dd, as well as related state obligations, arising from my involuntary detention and transfer beginning on March 24–25, 2023.

### EMTALA Failures Attributed to Monmouth Medical/PESS

1. Inconsistent and Defective Screening Certificates.

    Records show that Monmouth PESS issued conflicting clinical certificates: one checked "dangerous to self," another omitted this finding. EMTALA requires a uniform, appropriate medical screening examination (MSE). Such discrepancies suggest the screening was not performed consistently or appropriately.

2. Telepsychiatry Without Consent.

    The March 24–25 screening was performed remotely by telepsychiatry, without my informed consent. EMTALA requires an appropriate MSE — yet no effort was made to confirm that such a remote evaluation complied with federal standards.

3. Failure to Review History or Clinical Records.

    The screening omitted a review of my medical history and clinical records. I was already prescribed psychiatric medication and was compliant at the time, yet this fact was disregarded. An appropriate EMTALA MSE must consider clinical history, prescription compliance, and lab data before concluding dangerousness.

4. Baseless or Unsupported Allegations.

    The certificate alleged symptoms (including hallucinations) that are contradicted by contemporaneous records and forensic evidence (blood and urine toxicology reports from CentraState showed no misuse or overuse of medication). This reliance on baseless claims rather than medical fact violates EMTALA's requirement for an accurate, objective screening.

5. False and Misleading Documentation.

    The transfer paperwork contained false entries — dentures noted where none existed, inaccurate weight, and age misstated (35 instead of 37). EMTALA requires accurate and contemporaneous physician certification, not fabricated or inconsistent records.

6. Failure to Enforce EMTALA Compliance.

    By transmitting defective and inaccurate certificates, PESS facilitated an improper transfer in violation of EMTALA stabilization and transfer provisions (42 U.S.C. § 1395dd(c)).

### Evidence Preservation Demand

Please ensure preservation of all documents and data relating to:

- The March 24–25, 2023 PESS screening (telepsychiatry notes, call records, metadata);
- All clinical certificates (including conflicting versions with "dangerous to self" checked vs. unchecked);
- Internal policies regarding EMTALA screenings, telepsychiatry use, and transfer;
- Drafts, revisions, or metadata tied to inaccurate entries (dentures, age, weight);
- Any lab reports, prescription logs, or history review (or the lack thereof) considered during the screening.

## Good Faith Request for Clarification

Within 14 days, please confirm in writing:

1. The identity of the psychiatrist or physician who authored and signed the March 24–25, 2023 certificate(s);
2. Whether multiple versions exist and why "dangerous to self" appears inconsistently;
3. Whether any review of my medical history, prescriptions, or toxicology reports occurred prior to certification;
4. The policies governing EMTALA-compliant screenings by PESS in March 2023;
5. An explanation for false entries (dentures, age, weight) in the transfer paperwork.

## Reservation of Rights

This notice is provided in good faith to resolve factual disputes without immediate court intervention. If these issues remain unaddressed, I will amend my pleadings to include explicit EMTALA claims and notify CMS and HHS-OIG for enforcement review when and if applicable .

All rights and remedies are expressly reserved.

Respectfully,

Bradley Clonan

Plaintiff, Pro Se

2604 W. Rhododendron Dr.

Abingdon, MD 21009

Tel: (732)-476-9555

Email: clonanxyz@gmail.com