UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRADLEY CLONAN, | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Case No. 3:24-CV-11399-RK-RLS** |
| | ) | |
| v. | ) | |
| | ) | |
| CENTRASTATE HEALTHCARE | ) | Notice Regarding Representation Status |
| SYSTEM/ATLANTIC HEALTHCARE | ) | |
| SYSTEM, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE REGARDING REPRESENTATION STATUS**

Plaintiff respectfully requests clarification regarding representation of certain defendants.

On September 29, 2025, defense counsel Matthew J. Behr stated via email: "I have already filed papers that shows that I represent CentraState Healthcare System/ Atlantic Health System, Marie Levasseur, Tracey Deaner, Marie Carmel Carree-Lee, Cheryl Craig, Robert Orro, Lynda McDonald, Jordan White and Lori Conrad.  I also represent Guillen, Van Pelt, Tabasko, Salony and Perez since they were CentraState employees at the time of your allegations in the amended complaint.  Thus, they are all my clients."

However, the Court's docket does not reflect Notices of Appearance for:

- Dr. Steven Guillen
- Dr. Stephen Van Pelt
- Aradla Tabasko, PA-C
- Antonella Salony, R.N.
- Nichole Perez, R.N.

Plaintiff seeks clarification to ensure compliance with rules prohibiting direct contact with represented parties and requests that defense counsel file Notices of Appearance for all represented parties.

Respectfully submitted,
Bradley Clonan
/s/ Bradley Clonan
732-476-9555
clonanxyz@gmail.com
2604 W Rhododendron Drive,
Abingdon, Maryland 21009

**Exhibit A: September 29, 2025 Email from Defense Counsel Regarding Representation attached.**