UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN, ET AL., ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| CENTRASTATE HEALTHCARE ) | |
| SYSTEM/ATLANTIC HEALTHCARE ) | |
| SYSTEM, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

I, Bradley Clonan, hereby certify that on September 30, 2025, I served a true and correct copy of the foregoing Notice Regarding Representation Status upon all counsel of record via the Court's electric filing system ADS upon all counsel of record.

Respectfully submitted,

/s/ Bradley Clonan
Bradley Clonan
2604 W Rhododendron Drive
Abingdon, Maryland 21009
732-476-9555
clonanxyz@gmail.com