9/30/25, 1:40 PM Gmail - Request for Clarification – EMTALA Transfer Documentation (Clonan v. CentraState, 3:24-cv-11399)

Case 3:24-cv-11399-RK-RLS    3:24-cv-11399-RK-RLS    Filed 09/30/25    Page 1 of 1 PageID: 2603



Brad Clonan <clonanxyz@gmail.com>

# Request for Clarification – EMTALA Transfer Documentation (Clonan v. CentraState, 3:24-cv-11399)

**Behr, Matthew J.** <MJBehr@mdwcg.com>  Mon, Sep 29, 2025 at 11:58 AM
To: Brad Clonan <clonanxyz@gmail.com>

Mr. Clonan – I represent any and all employees you named and/or intend to name in your amended complaint as to relates to Atlantic Health/Centrastate. I have already filed papers that shows that I represent CentraState Healthcare System/ Atlantic Health System, Marie Levasseur, Tracey Deaner, Marie Carmel Carree-Lee, Cheryl Craig, Robert Orro, Lynda McDonald, Jordan White and Lori Conrad. I also represent Guillen, Van Pelt, Tabasko, Salony and Perez since they were CentraState employees at the time of your allegations in the amended complaint. Thus, they are all my clients.

Mr. Carney is not an employee of Atlantic Health and I do not represent him – he is a Monmouth Medical Center employee and therefore you should contact the attorney representing Monmouth Medical Center. As a result, you cannot contact any of the people you have listed below but for Mr. Carney and I cannot speak on his behalf or Monmouth Medical Center.

[Quoted text hidden]