UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY CLONAN, ET AL., Plaintiff, v. CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL., Defendants. | Civil Case No. 3:24-CV-11399-RK-RLS<br><br>CERTIFICATE OF SERVICE |

I, Bradley Clonan, hereby certify that on November 1, 2025, I served a true and correct copy of the foregoing Notice Regarding Representation Status, Application to Proceed Without Prepayment of Fees (AO-239), and Motion for Appointment of Pro Bono Counsel upon all counsel of record via the Court's electronic filing system (ADS).

Respectfully submitted,

/s/ Bradley Clonan
Bradley Clonan
2604 W Rhododendron Drive
Abingdon, Maryland 21009
732-476-9555
clonanxyz@gmail.com