Gmail **Brad Clonan <clonanxyz@gmail.com>**

# Clonan v. Atlantic Health - clarification as to who represent

6 messages

**Behr, Matthew J.** <MJBehr@mdwcg.com> Wed, Oct 8, 2025 at 1:28 PM
To: Brad Clonan <clonanxyz@gmail.com>

Mr. Clonan – I have spoke to my client for further clarification who I am representing in this matter. I have now confirmed that I DO NOT represent Guillen, Van Pelt, Tabasko, Salony and Perez. Sorry about the previous email.

Thank you.

MARSHALL DENNEHEY

**Matthew J. Behr**
*Attorney at Law*
15000 Midlantic Drive, Suite 200, P.O. Box 5429, Mount Laurel, NJ 08054
Direct: (856) 414-6048 | Main: (856) 414-6000 | Fax: (856) 414-6077
bio | e-mail | website

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to MJBehr@MDWCG.com, or by telephone at (856) 414-6048 and then delete the message and its attachments from your computer.

**Brad Clonan** <clonanxyz@gmail.com> Wed, Oct 8, 2025 at 1:44 PM
To: "Behr, Matthew J." <MJBehr@mdwcg.com>

Mr. Behr,

Thank you truly for the apology and clarification. I appreciate you confirming who you represent in this matter. If possible; and for judicial clarity could you reflect this in the docket in some form?

Sincerely,

Bradley Clonan
732-476-9555
[Quoted text hidden]

**Behr, Matthew J.** <MJBehr@mdwcg.com> Wed, Oct 8, 2025 at 1:51 PM
To: Brad Clonan <clonanxyz@gmail.com>

Mr. Clonan – the matter is currently dismissed so there is nothing that can be put on the docket – my previous motion sets forth who I represent. When you file your amended complaint we will either file an answer or a motion to dismiss that will set forth who I represent.

MARSHALL DENNEHEY

**Matthew J. Behr**
*Attorney at Law*
15000 Midlantic Drive, Suite 200, P.O. Box 5429, Mount Laurel, NJ 08054
Direct: (856) 414-6048 | Main: (856) 414-6000 | Fax: (856) 414-6077
bio | e-mail | website

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to MJBehr@MDWCG.com, or by telephone at (856) 414-6048 and then delete the message and its attachments from your computer.

---

**From:** Brad Clonan <clonanxyz@gmail.com>
**Sent:** Wednesday, October 8, 2025 1:44 PM
**To:** Behr, Matthew J. <MJBehr@MDWCG.com>
**Subject:** Re: Clonan v. Atlantic Health - clarification as to who represent

**WARNING: This email originated outside Marshall Dennehey. BE CAUTIOUS before clicking any link or attachment.**

[Quoted text hidden]

---

**Brad Clonan** <clonanxyz@gmail.com> Wed, Oct 8, 2025 at 2:01 PM
To: "Behr, Matthew J." <MJBehr@mdwcg.com>

Mr. Behr,

Understood, again I value your time and quick response. Sorry for asking I wasn't sure who had to answer.

Thank you for the clarification. I will notify the clerk and judge to clear up any confusion and put my active question (latest docket) to rest. As soon as I can; or if necessary.

Sincerely,
Bradley Clonan
732-476-9555
[Quoted text hidden]

---

**Brad Clonan** <clonanxyz@gmail.com> Wed, Oct 8, 2025 at 2:03 PM
To: "Behr, Matthew J." <MJBehr@mdwcg.com>

This certainly hurts judicial scheduling and tort deadlines. As far as I knew; they all were represented for some time now and still employed.
[Quoted text hidden]

---

**Brad Clonan** <clonanxyz@gmail.com> Sat, Nov 1, 2025 at 8:22 PM
Draft To: "Behr, Matthew J." <MJBehr@mdwcg.com>