**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| BRADLEY CLONAN, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| | ) | |
| v. | ) | |
| | ) | REQUEST FOR STATUS UPDATE |
| CENTRASTATE HEALTHCARE | ) | |
| SYSTEM/ATLANTIC HEALTHCARE | ) | |
| SYSTEM, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| ________________________________ | ) | |

**To the Honorable Judge Robert Kirsch and Magistrate Judge Rukhsanah L. Singh:**

I write respectfully, and with deference to the Court, to request a brief status update in the above-captioned matter and guidance as to the anticipated next procedural steps.

This case has now been pending for a significant period, during which multiple motions to dismiss and related procedural filings have been submitted by various defendants. To date, the defenses asserted have been technical and procedural in nature. I respectfully note that no defendant has substantively addressed the core merits of my claims arising from my involuntary psychiatric commitment, including whether the statutory prerequisites under New Jersey law were satisfied.

As alleged in the Complaint, New Jersey law requires that an individual be mentally ill and pose a danger to self or others, or be unable to care for themselves, before involuntary commitment may lawfully occur. I continue to maintain that these criteria were not met in my case, and that the record reflects significant factual inconsistencies, documentation gaps, and ambiguity surrounding the transfer and commitment process.

Proceeding pro se has been particularly challenging given the number of defendants, the withdrawal and substitution of counsel, and uncertainty regarding which attorneys represent which parties at various stages. I raise this only to explain the difficulty I have had navigating the procedural posture of the case, not as a criticism of counsel or the Court.

I further note—without argument—that the events underlying this action have resulted in serious and lasting personal harm. As alleged, I was forcibly administered antipsychotic medication, including haloperidol, and I continue to experience ongoing neurological and psychological effects. These injuries have materially impacted my ability to work and function at the level I

previously did. I mention this solely to underscore the importance of clarity and forward progress in this matter, not to seek sympathy or special consideration. This matter does not only reflect the treatment I received but is a matter of grave public concern through what I encountered, and witnessed.

For the Court's awareness, I am and remain a domiciliary and resident of the State of Maryland. I include this information only for completeness of the record and to avoid any ambiguity as proceedings continue.

I wish to emphasize my respect for the Court's time and discretion. I am not seeking substantive relief through this letter, nor attempting to relitigate pending motions. I respectfully request only an update as to the status of the case and any guidance the Court deems appropriate regarding next steps.

Thank you for your consideration.

Respectfully submitted,

**/s/ Bradley Clonan**
Bradley Clonan, pro se
2604 W Rhododendron Drive, Abingdon, MD 21009

Dated: ___01/13/2026________