UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRADLEY CLONAN, ET AL., | ) | |
| | ) | |
| Plaintiff(s), | ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| CENTRASTATE HEALTHCARE | ) | |
| SYSTEM/ATLANTIC HEALTHCARE | ) | |
| SYSTEM, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Dated:** June 11, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a true and correct copy of the foregoing Consolidated Opposition to Defendants' Motions to Dismiss was served upon all counsel of record via the Court's electronic filing system.

“Defendant certifies that prior to filing this motion he conferred in good faith with counsel for the plaintiff in order to resolve this matter by agreement, but the parties have been unable to do so. Specifically, counsel for the defendant

Respectfully,
/s Bradley Clonan
Bradley Clonan
2604 W Rhododendron Drive
Abingdon, Maryland 21009
732-476-9555