**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Malinda A. Miller, Esq. – NJ Attorney ID No. 020691996
Robert E. Spitzer, Esq. – NJ Attorney ID No. 032782006
Michael A. Vespa, Esq. – NJ Attorney ID No. 437182023
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 577-6260
Fax: (973) 577-6261
*Attorneys for Defendant Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros*

| | |
|---|---|
| BRADLEY CLONAN,<br><br>Plaintiff,<br><br>v.<br><br>CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIORAL HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; and “INTERN ASHLEY” (John/Jane Doe),<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.<br>3:24-cv-11399-RK-RLS<br><br>**SUBSTITUTION OF ATTORNEY** |

**PLEASE TAKE NOTICE** that the undersigned hereby consents to the substitution of Lewis Brisbois Bisgaard & Smith LLP in place of Buchanan Ingersoll & Rooney PC as attorneys for Defendants Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros.

**BUCHANAN INGERSOLL & ROONEY PC**
*Attorneys for Defendants Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros*

By: /s/ Michael Bootier, Esq.
MICHAEL W. BOOTIER, ESQ.

Dated: 6/23/2026

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Attorneys for Defendants Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros*

By: /s/Robert E. Spitzer, Esq.
ROBERT E. SPITZER, ESQ.

Dated: 6/23/2026