**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Malinda A. Miller, Esq. (Malinda.Miller@lewisbrisbois.com)
Robert E. Spitzer, Esq. (Robert.Spitzer@lewisbrisbois.com)
Michael A. Vespa, Esq. (Michael.Vespa@lewisbrisbois.com)
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 577-6260
Fax: (973) 577-6261
*Attorneys for Defendants, Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros*

| | |
|---|---|
| BRADLEY CLONAN,<br><br>Plaintiff,<br><br>v.<br><br>CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIORAL HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; and “INTERN ASHLEY” (John/Jane Doe),<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No. 3:24-cv-11399-RK-RLS<br><br>**DEFENDANTS, HAMPTON BEHAVIORAL HEALTH CENTER, DR. MICHAEL HOUDART, DR. ATTA-UR REHMAN, ANITA GIUNTA, AND JODI SGOUROS’ MOTION TO DISMISS PLAINTIFF’S SECOND AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(B)(5) AND 12(B)(6)** |

TO: Bradley Clonan
2604 Rhododendron Drive
Abingdon, MD 21009
*Plaintiff Pro Se*

**PLEASE TAKE NOTICE**, that on July 20, 2026 at nine o'clock in the morning or as soon thereafter as counsel may be heard, the undersigned, attorneys for Defendants, Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros, (hereinafter collectively "Defendants") shall move before the United States District Court for the District of New jersey, for an Order dismissing Plaintiff's Second Amended Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within application, reliance will be placed upon the Certification of Counsel and Legal Brief incorporated herein by reference.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order accompanies this motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby waived unless a timely opposition is filed and served, pursuant to L. Civ. R. 78.1(a).

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Attorneys for Defendants, Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros*

BY: ***_/s/ Robert E. Spitzer***
Robert E. Spitzer, Esq.

DATED: June 25, 2026