**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Malinda A. Miller, Esq. – NJ Attorney ID No. 020691996
Robert E. Spitzer, Esq. – NJ Attorney ID No. 032782006
Michael A. Vespa, Esq. – NJ Attorney ID No. 437182023
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 577-6260
Fax: (973) 577-6261
*Attorneys for Defendant Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros*

| | |
|---|---|
| BRADLEY CLONAN,<br><br>Plaintiff,<br><br>v.<br><br>CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIORAL HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; and “INTERN ASHLEY” (John/Jane Doe),<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.<br>3:24-cv-11399-RK-RLS<br><br>**CERTIFICATION OF COUNSEL IN SUPPORT OF DEFENDANTS’ MOTION TO DISMISS PLAINTIFF’S SECOND AMENDED COMPLAINT** |

I, Michael A. Vespa, Esq., being of full age, certify to the following:

1. I am an attorney at law in the State of New Jersey with the law firm of Lewis Brisbois Bisgaard & Smith, LLP, attorneys for Defendants, Hampton Behavioral Health Center, Dr. Michael

Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros and in such capacity am fully familiar with the facts stated herein.

2. I make this Certification in support of the within motion for an Order dismissing Plaintiff's Second Amended Complaint in its entirety as to Defendants, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros and dismissing all Counts as to Defendant Hampton Behavioral Health Center.

3. Plaintiff initiated this matter upon the filing of a Complaint in the District of New Jersey on December 20, 2024 alleging a series of federal claims against the moving Defendants.

4. The Court dismissed Plaintiff's Complaint against the moving Defendants *sua sponte* for Plaintiff's failure to comply with the Federal Rules of Civil Procedure. See Exhibit A.

5. The Court expressly stated that "[u]nless Plaintiff can establish that these Defendants were properly served within 90 days of the filing of the initial Complaint, by filing proof of service…or showing good cause for the failure of service, see Fed. R. Civ. P. 4(m), any Amended Complaint will be dismissed as to the above Defendants for failure to effect service of the Summons and Complaint." Id.

6. On April 8, 2025, Plaintiff filed his First Amended Complaint against 33 named Defendants, including Defendants Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Guinta, and Jodi Sgouros. See Exhibit B.

7. In an Opinion dated August 15, 2025, the Court acknowledged that Defendants Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Guinta, and Jodi Sgouros had not been properly served within 90 days of when Plaintiff filed their initial Complaint as required under Rule 4(m). See Exhibit C.

8. The Court also recognized that Plaintiff's attempt at service to the aforementioned employee Defendants, via leaving the summons and First Amended Complaint with a receptionist at Hampton Behavioral Health Center, did not constitute proper service. Id.

9. The Court, in their Opinion dated August 15, 2025, provided Plaintiff "one final opportunity to properly serve [Defendants Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Guinta, and Jodi Sgouros] within forty-five days of this Opinion being issued." Id.

10. A corresponding Order was also filed on August 15, 2025, directing Plaintiff to properly serve Defendants Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Guinta, and Jodi Sgouros. See Exhibit D.

11. Plaintiff did not properly serve Defendants Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Guinta, and Jodi Sgouros within 45 days of the Court's August 15, 2025, Opinion and Corresponding Order.

12. Thereafter, Plaintiff filed his Second Amended Complaint on June 11, 2026. See Exhibit E.

13. Plaintiff's Second Amended Complaint alleges claims against Defendants Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Guinta, and Jodi Sgouros despite Plaintiff failing to properly serve these Defendants pursuant to the Court's prior Order.

14. Plaintiff's Second Amended Complaint alleges, as to Defendant Hampton Behavioral Health Center, alleges battery and "Vicarious liability for nonconsensual medication" (Count 11), "Institutional Negligence/Professional Negligence in Hampton Evaluation, Treatment, and Continued Confinement" (Count 15), and False Imprisonment (Count 17).

15. A true and accurate copy of Plaintiff's initial Complaint is attached hereto as **Exhibit A**.

16. A true and accurate copy of the Court's Memorandum Order dated March 25, 2025, is attached hereto as **Exhibit B**.

17. A true and accurate copy of Plaintiff's Plaintiff First Amended Complaint dated April 8, 2025, is attached hereto as **Exhibit C**.

18. A true and accurate copy of the Court's Opinion dismissing Plaintiff's First Amended Complaint dated August 15, 2025, is attached hereto as **Exhibit D**.

19. A true and accurate copy of the Court's Order dismissing Plaintiff's First Amended Complaint dated August 15, 2025, is attached hereto as **Exhibit E**.

20. A true and accurate copy of Plaintiff's Affidavit of Service dated January 6, 2025 is attached hereto as **Exhibit F**.

21. A true and accurate copy of Plaintiff's Second Amended Complaint dated June 11, 2026, is attached hereto as **Exhibit G**.

**I HEREBY CERTIFY** that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Attorneys for Defendants, Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros*

BY: ***_/s/ Michael Vespa***
Michael Vespa, Esq.

DATED: June 25, 2026