**CERTIFICATE OF SERVICE**

I, Katherine Anello, hereby certify that on this date an original and one copy of the within Moton to Dismiss and supporting materials with Exhibits were served via First Class Mail, electronic mail (clonanxyz@gmail.com), and this Honorable Court's electronic filing system upon the following on June 25, 2026:

Bradley Clonan
2604 Rhododendron Drive
Abingdon, MD 21009
*Plaintiff Pro Se*

In addition, a copy of the within Moton to Dismiss and supporting materials with Exhibits were served via this Honorable Court's electronic filing system upon the following on June 25, 2026:

John M. Hockin, Jr.
RONAN, TUZZIO & GIANNONE, P.C.
4000 Route 66, Suite 231
One Hovchild Plaza Tinton Falls, NJ 07753
*Attorneys for Defendants, RWJ Barnabas Health – Monmouth Medical Center, Eric Carney, CEO, The Estate of Dr. Mohsen Rehim, Dr. Chris Fabian, Virginia Heggen, Margaret Neilsen, Johanna Rosario, and Lauren Zalepka*

Katherine Ellen Chrisman
Matthew J. Behr
MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
15000 Midlantic Drive, Suite 200
P.O. Box 5429
Mount Laurel, NJ 08054
*Attorneys for Defendants, Centrastate Healthcare System/ Atlantic Healthcare System*

In addition, a courtesy copy of these materials was forwarded via Federal Express to the following:

The Honorable Robert Kirsch, U.S.D.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

By: */s/ Katherine Anello*
Katherine Anello

Dated: June 25, 2026