# EXHIBIT F

# UNITED STATES DISTRICT COURT

for the
District of New Jersey

| | | |
|---|---|---|
| **Bradley Clonan; Gabriela Clonan**<br>*Plaintiff*<br>v.<br>**CentraState Healthcare System/Atlantic Health System, et al**<br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 3:24-cv-11399-RK-RLS |

## AFFIDAVIT OF SERVICE

I, Glenn DePretis, state:

At the time of service, I was a competent adult not having a direct interest in the litigation.

I served the following documents to Hampton Behavioral Health Center in Burlington County, NJ on January 3, 2025 at 3:37 pm at 650 Rancocas Road, Westampton Township, NJ 08060 by leaving the following documents with Maryanne S. (refused last name) who as Receptionist is authorized by appointment or by law to receive service of process for Hampton Behavioral Health Center.

Complaint
Summons

White Female, est. age 55-64, glasses: Y, Multi hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.0031841052,-74.8580608627
Photograph: See Exhibit 1

Total Cost: $0.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Montgomery County,

PA on 1/6/2025.

/s/ *Glenn DePretis*

Signature
Glenn DePretis
+1 (267) 417-7080


Exhibit 1a)


Exhibit lb)