

Michael A. Vespa
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Michael.Vespa@lewisbrisbois.com
Direct: 973.494.5325

July 1, 2026

**VIA PACER**
The Honorable Robert Kirsch, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street – Courtroom: 4E
Trenton, NJ 08608

> Re:   Clonan v. Hampton Behavioral Health Center, et al.
>        Docket No.: 3:24-cv-11399-RK-RLS

Dear Judge Kirsch:

This office represents Defendants, Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros(hereinafter "Defendants"), in the above-captioned matter. Defendants are in receipt of Plaintiff's "Application" to Proceed In Forma Pauperis filed via PACER on June 30, 2026.

At this time, the Defendants feel compelled to draw the Court's attention to the procedural deficiencies of Plaintiff's Application. A movant is required submit an affidavit that shall "state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S. Code § 1915(a)(1).

Plaintiff's application does not state the nature of his action, Plaintiff's alleged defenses or appeals, or Plaintiff's belief that they are legally entitled to redress. Therefore, Plaintiff's application is procedurally deficient and should be denied.

Defendants' correspondence is to address the procedural component of Plaintiff's application and Defendants reserve the right to submit a more formal opposition if Plaintiff proceeds to file a formal motion and/or supplemented application.

We thank Your Honor for this Honorable Court's time and consideration to this matter.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND •MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
179154670.1

Page 2

Respectfully submitted,

*/s/ Michael A. Vespa*

Michael A. Vespa of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

MAV
cc:  Bradley Clonan, Plaintiff, *pro se* - via First Class Mail and email
(clonanxyz@gmail.com)

179154670.1