Bradley Clonan
2604 W Rhododendron Drive
Abingdon, Maryland 21009
(732) 476-9555
clonanxyz@gmail.com
Plaintiff Pro Se

July 02, 2026

VIA CM/ECF
Clerk of the Court
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: Clonan v. CentraState Healthcare System, et al.
Civil Action No. 3:24-cv-11399-RK-RLS
**Letter Invoking L. Civ. R. 7.1(d)(5) — Automatic Adjournment of the Return Date of Defendants' Motion to Dismiss (ECF No. 85)**

Dear Sir or Madam:

I am the Plaintiff, appearing pro se, in the above-captioned matter.

On June 25, 2026, Defendants Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros filed a Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 85). The Motion is noticed for a return date of July 20, 2026, which makes Plaintiff's opposition papers due on July 6, 2026 pursuant to Local Civil Rule 7.1(d)(2).

Pursuant to Local Civil Rule 7.1(d)(5), Plaintiff, as the party opposing the Motion, respectfully invokes the one automatic adjournment of the Motion's return date. In accordance with the Rule: (1) this letter is being filed with the Clerk, before the date on which Plaintiff's opposition papers would otherwise be due under Local Civil Rule 7.1(d)(2); (2) the return date of this Motion has not previously been adjourned, and this is Plaintiff's one and only invocation of the automatic adjournment as to this Motion; and (3) the new motion day shall be August 3, 2026, which is the next available motion day following the originally noticed date. See L. Civ. R. 78.1(a) (regular motion days are the first and third Monday of each month).

In accordance with Local Civil Rule 7.1(d)(5), Plaintiff will file his opposition papers at least fourteen (14) days prior to the new motion day, and understands that the moving Defendants' reply papers, if any, are due at least seven (7) days prior to the new motion day.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Bradley Clonan
Bradley Clonan
Bradley Clonan, Plaintiff Pro Se