Bradley Clonan
2604 W Rhododendron Drive
Abingdon, Maryland 21009
(732) 476-9555
clonanxyz@gmail.com
Plaintiff Pro Se

| | |
|---|---|
| BRADLEY CLONAN,<br><br>Plaintiff,<br><br>v.<br><br>CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIORAL HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; and "INTERN ASHLEY" (John/Jane Doe),<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No. 3:24-cv-11399-RK-RLS<br><br>**PLAINTIFF'S NOTICE OF CROSS-MOTION FOR AN EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(m) AND 6(b)(1)(B), NUNC PRO TUNC**<br><br>**ORAL ARGUMENT REQUESTED** |

TO: Malinda A. Miller, Esq.; Robert E. Spitzer, Esq.; Michael A. Vespa, Esq.
Lewis Brisbois Bisgaard & Smith LLP
One Riverfront Plaza, Newark, New Jersey 07102
Attorneys for Defendants Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros

PLEASE TAKE NOTICE that on August 3, 2026, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Bradley Clonan, appearing pro se, shall cross-move before the Honorable Robert Kirsch, U.S.D.J., at the Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, pursuant to Federal Rules of Civil Procedure 4(m) and 6(b)(1)(B) and Local Civil Rule 7.1(h), for an Order extending, nunc pro tunc, Plaintiff's time to complete service of the summons and complaint upon Defendants Dr.

Michael Houdart, D.O., Dr. Atta-Ur Rehman, M.D., and Anita Giunta, L.S.W., and deeming timely any service completed on those Defendants prior to the Court's ruling on this cross-motion. In addition or in the alternative, in the event Plaintiff is granted leave to proceed in forma pauperis (see ECF Nos. 86, 87), Plaintiff will seek an Order directing that service of process be made by the United States Marshal pursuant to Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 1915(d).

PLEASE TAKE FURTHER NOTICE that this cross-motion is returnable on the same date as the pending Motion to Dismiss of Defendants Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros (ECF No. 85), pursuant to Local Civil Rule 7.1(h).

PLEASE TAKE FURTHER NOTICE that, in support of this cross-motion, Plaintiff shall rely upon Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss and in Support of Plaintiff's Cross-Motion, and the Certification of Bradley Clonan with exhibits, submitted herewith. A proposed form of Order is also submitted.

PLEASE TAKE FURTHER NOTICE that Plaintiff respectfully requests oral argument if opposition to the cross-motion is filed.

Dated: July 7th, 2026

Respectfully submitted,

/s/ Bradley Clonan
Bradley Clonan, Plaintiff Pro Se
2604 W Rhododendron Drive
Abingdon, Maryland 21009
(732) 476-9555
clonanxyz@gmail.com