Bradley Clonan
2604 W Rhododendron Drive
Abingdon, Maryland 21009
(732) 476-9555
clonanxyz@gmail.com
Plaintiff Pro Se

BRADLEY CLONAN,

Plaintiff,

v.

CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIORAL HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; and “INTERN ASHLEY” (John/Jane Doe),

Defendants.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Civil Action No. 3:24-cv-11399-RK-RLS

**INDEX OF EXHIBITS TO THE CERTIFICATION OF BRADLEY CLONAN**

**Exhibit A:** July 7th cover letter Burlington County Sheriff's Department

**Exhibit B:** July 7th postal package containing Summons & SAC

**Exhibit C:** July 7th Tracking number – service - sent to Burlington County Sherrif’s department

**Exhibit D:** July 7th Money order addressed to Burlington County Sherrif for Service

# EXHIBIT A

July 7th cover letter Burlington County Sheriff's Department

Bradley Clonan
2604 W Rhododendron Drive
Abingdon, Maryland 21009
(732) 476-9555
clonanxyz@gmail.com

July 7, 2026

VIA FIRST-CLASS MAIL
Burlington County Sheriff's Office
Civil Process Unit
49 Rancocas Road, Ground Floor
Mount Holly, New Jersey 08060

**Re:** *Clonan v. CentraState Healthcare System, et al., Civil Action No. 3:24-cv-11399-RK-RLS (United States District Court, District of New Jersey — Trenton)*

**Request for Personal Service of Federal Summons and Complaint**

Dear Sir or Madam:

I am the pro se plaintiff in the above-captioned federal civil action. I respectfully request that your office personally serve a federal summons and complaint on each of the following three (3) defendants. All three work at Hampton Behavioral Health Center, 650 Rancocas Road, Westampton, New Jersey 08060, which is the primary place of service:

1. **Dr. Michael Houdart, D.O.**
   Attending Psychiatrist, Hampton Behavioral Health Center
   Serve at: Hampton Behavioral Health Center, 650 Rancocas Road, Westampton, NJ 08060
   Last known residential address (for identification/reference only — located in Cape May County, outside your jurisdiction): 1731 Route 9, Ocean View, NJ 08230
2. **Dr. Atta-Ur Rehman, M.D.**
   Evaluating Psychiatrist, Hampton Behavioral Health Center
   Serve at: Hampton Behavioral Health Center, 650 Rancocas Road, Westampton, NJ 08060
   Residential address: unknown
3. **Anita Giunta, L.S.W.**
   Licensed Clinical Social Worker, Hampton Behavioral Health Center
   Serve at: Hampton Behavioral Health Center, 650 Rancocas Road, Westampton, NJ 08060
   Residential address: unknown

Enclosed for each defendant listed above please find: (1) the summons issued by the Clerk of the United States District Court for the District of New Jersey; and (2) a copy of the operative

# EXHIBIT B

July 7th postal package containing Summons & SAC


UNITED STATES POSTAL SERVICE®
PRIORITY MAIL®
■ Expected delivery date specified for domestic use.
■ Domestic shipments include $100 of insurance (restrictions apply).*
■ USPS Tracking® service included for domestic and many international destinations.
■ Limited international insurance.**
■ When used internationally, a customs declaration form is required.
*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT
To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP
TRACKED ■ INSURED
PS00001000014
EP14F October 2023
OD: 12 1/2 x 9 1/2
PAPER POUCH
how2recycle.info
FROM: Bradley Cloonan
2604 W Rhododendron drive
Abingdon, Maryland 21009
TO: Burlington county Sheriff
49 Rancocas Rd
Mount holly, New Jersey
08060

# EXHIBIT C

July 7th Tracking number – service - sent to Burlington County Sherrif's department


UNITED STATES POSTAL SERVICE.

ABINGDON
2945 EMMORTON RD
ABINGDON, MD 21009-9998
www.usps.com

07/07/2026 04:[illegible]5 PM

TRACKING NUMBERS
9505 5107 0152 6188 5004 64

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |
| Priority Mail® Flat Rate Env | 1 | | $12.90 |
| Mount Holly, NJ 08060 | | | |
| Flat Rate | | | |
| Expected Delivery Date Sat 07/11/2026 | | | |
| Tracking #: 9505 5107 0152 6188 5004 64 | | | |
| Insurance | | | $0.00 |

# EXHIBIT D

July 7th Money order addressed to Burlington County Sherrif for Service


CUSTOMER'S RECEIPT
UNITED STATES POSTAL SERVICE
SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE
Pay to Burlington County Sheriff
Address 49 Rancocas Road, Mount Holly
New Jersey 08060
KEEP THIS RECEIPT FOR YOUR RECORDS
Serial Number 55275680049
Year, Month, Day 2026-07-07
Post Office 210090
Amount $95.68
Clerk 77