Bradley Clonan
2604 W Rhododendron Drive
Abingdon, Maryland 21009
(732) 476-9555
clonanxyz@gmail.com
Plaintiff Pro Se

| | |
|---|---|
| BRADLEY CLONAN,<br><br>Plaintiff,<br><br>v.<br><br>CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIORAL HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; and "INTERN ASHLEY" (John/Jane Doe),<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No. 3:24-cv-11399-RK-RLS<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS AND GRANTING PLAINTIFF'S CROSS-MOTION FOR AN EXTENSION OF TIME TO COMPLETE SERVICE** |

THIS MATTER having been opened to the Court by Defendants Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros, by their attorneys, Lewis Brisbois Bisgaard & Smith LLP, on a Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12(b)(6) (ECF No. 85); and Plaintiff Bradley Clonan, pro se, having opposed the Motion and having cross-moved pursuant to Federal Rules of Civil Procedure 4(m) and 6(b)(1)(B) for an extension of time, nunc pro tunc, to complete service of process on Defendants Dr. Michael Houdart, Dr. Atta-Ur Rehman, and Anita Giunta; and the Court having considered the parties' submissions; and for good cause shown;

IT IS on this 7th day of July, 2026, hereby:

ORDERED that Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 85) is DENIED; and it is further

ORDERED that the Motion is DENIED AS MOOT as to Jodi Sgouros, who is not named as a defendant in the Second Amended Complaint; and it is further

ORDERED that Plaintiff's Cross-Motion is GRANTED, and Plaintiff's time to complete service of the summons and Second Amended Complaint upon Defendants Dr. Michael Houdart, Dr. Atta-Ur Rehman, and Anita Giunta is EXTENDED, nunc pro tunc, through and including the date thirty (30) days after the entry of this Order; and it is further

ORDERED that any service of process completed upon Defendants Dr. Michael Houdart, Dr. Atta-Ur Rehman, or Anita Giunta on or before that date is deemed timely under Federal Rule of Civil Procedure 4(m); and it is further

ORDERED that, in the event Plaintiff is granted leave to proceed in forma pauperis, the United States Marshal shall effect service of the summons and Second Amended Complaint upon Defendants Dr. Michael Houdart, Dr. Atta-Ur Rehman, and Anita Giunta pursuant to Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 1915(d); and it is further

ORDERED that Defendants shall answer or otherwise respond to the Second Amended Complaint within the time provided by Federal Rule of Civil Procedure 12(a); and it is further

ORDERED that a copy of this Order shall be served upon all parties of record within seven (7) days of the date of this Order.

________________________________

HON. ROBERT KIRSCH, U.S.D.J.