Bradley Clonan
2604 W Rhododendron Drive
Abingdon, Maryland 21009
(732) 476-9555
clonanxyz@gmail.com
Plaintiff Pro Se

BRADLEY CLONAN,

Plaintiff,

v.

CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIORAL HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; and “INTERN ASHLEY” (John/Jane Doe),

Defendants.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Civil Action No. 3:24-cv-11399-RK-RLS

**CERTIFICATE OF SERVICE**

I, Bradley Clonan, Plaintiff pro se, hereby certify that on this date I caused true and correct copies of the following documents: (1) Plaintiff’s Memorandum of Law in Opposition to Defendants’ Motion to Dismiss the Second Amended Complaint and in Support of Plaintiff’s Cross-Motion; (2) Plaintiff’s Notice of Cross-Motion for an Extension of Time to Complete Service; (3) the Certification of Bradley Clonan with exhibits; (4) the proposed form of Order; and (5) this Certificate of Service, to be filed with the Clerk of the Court via the Court’s ADS system, and served upon all counsel of record by means of the Notice of Electronic Filing automatically generated by CM/ECF and, additionally, by electronic mail, addressed to the following:

Malinda A. Miller, Esq.; Robert E. Spitzer, Esq.; Michael A. Vespa, Esq.
Lewis Brisbois Bisgaard & Smith LLP
One Riverfront Plaza, Newark, New Jersey 07102
Attorneys for Defendants Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros

I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated: July 7th, 2026

Respectfully submitted,

/s/ Bradley Clonan
Bradley Clonan, Plaintiff Pro Se
2604 W Rhododendron Drive
Abingdon, Maryland 21009
(732) 476-9555
clonanxyz@gmail.com