**John M. Hockin, Jr. (ID # 029882007)**
**RONAN, TUZZIO & GIANNONE, P.C.**
**One Hovchild Plaza**
**4000 Route 66, Suite 231**
**Tinton Falls, New Jersey 07753**
**(732) 922-3300**
**Attorneys for Defendants, MONMOUTH MEDICAL CENTER, CHRISTOPHER FABIAN, M.D. i/p/a "Dr. Chris Fabian, M.D.," and THEO F. KALOGRIDIS, R.N.**
**Our File No. 34.15683 JMH**

| | |
|---|---|
| **BRADLEY CLONAN,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIORAL HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABSKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; and "INTERN ASHLEY" (John/Jane Doe),**<br><br>**Defendants.** | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>**Civil Case No. 3:24-CV-11399-RK-RLS**<br><br>**NOTICE OF CROSS-MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

**TO:** Bradley Clonan
2604 W. Rhododendron Drive
Abington, MD 21009

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, the undersigned, attorneys for defendants, Monmouth Medical Center, Christopher Fabian, M.D. i/p/a "Dr. Chris Fabian, M.D.," and Theo F. Kalogridis, R.N., shall apply to the above-named Court for an Order dismissing the Second Amended Complaint, with prejudice, as to all such

defendants, for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of the instant application, the undersigned shall rely upon the Brief annexed hereto and made a part hereof.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that a ruling on the papers pursuant to L. Civ. R. 7.1(b)(4) is respectfully requested.

**RONAN, TUZZIO & GIANNONE, P.C.**
Attorneys for Defendants,
Monmouth Medical Center, Christopher Fabian, M.D., and Theo F. Kalogridis, R.N.

BY: /s/ John M. Hockin, Jr.
JOHN M. HOCKIN, JR.

Dated: July 10, 2026