**John M. Hockin, Jr. (ID # 029882007)**
**RONAN, TUZZIO & GIANNONE, P.C.**
**One Hovchild Plaza**
**4000 Route 66, Suite 231**
**Tinton Falls, New Jersey 07753**
**(732) 922-3300**
**Attorneys for Defendants, MONMOUTH MEDICAL CENTER, CHRISTOPHER FABIAN, M.D. i/p/a "Dr. Chris Fabian, M.D.," and THEO F. KALOGRIDIS, R.N.**
**Our File No. 34.15683 JMH**

| | |
|---|---|
| **BRADLEY CLONAN,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIORAL HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABSKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; and "INTERN ASHLEY" (John/Jane Doe),**<br><br>**Defendants.** | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>**Civil Case No. 3:24-CV-11399-RK-RLS**<br><br>**PROOF OF SERVICE** |

**I HEREBY CERTIFY** that on July 10, 2026, I caused to be filed the within Cross-Motion to dismiss the Second Amended Complaint, with prejudice, as to defendants, Monmouth Medical Center, Christopher Fabian, M.D. i/p/a "Dr. Chris Fabian, M.D.," and Theo F. Kalogridis, R.N., for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6), via electronic filing with the Clerk of the United States District Court, District of New Jersey, Trenton Vicinage, and all attorneys of record. Additionally, I mailed a courtesy copy of the moving papers by regular mail to:

Hon. Rukhsanah L. Singh, U.S.D.J.

United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**RONAN, TUZZIO & GIANNONE, P.C.**
Attorneys for Defendants,
Monmouth Medical Center, Christopher Fabian, M.D., and Theo F. Kalogridis, R.N.

BY: /s/ John M. Hockin, Jr.
JOHN M. HOCKIN, JR.

Dated: July 10, 2026