**John M. Hockin, Jr. (ID # 029882007)**
**RONAN, TUZZIO & GIANNONE, P.C.**
**One Hovchild Plaza**
**4000 Route 66, Suite 231**
**Tinton Falls, New Jersey 07753**
**(732) 922-3300**
**Attorneys for Defendants, MONMOUTH MEDICAL CENTER, CHRISTOPHER FABIAN, M.D. i/p/a "Dr. Chris Fabian, M.D.," and THEO F. KALOGRIDIS, R.N.**
**Our File No. 34.15683 JMH**

| | |
|---|---|
| **BRADLEY CLONAN,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIORAL HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABSKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; and "INTERN ASHLEY" (John/Jane Doe),**<br><br>**Defendants.** | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>**Civil Case No. 3:24-CV-11399-RK-RLS**<br><br>**ORDER DISMISSING THE SECOND AMENDED COMPLAINT, WITH PREJUDICE, AS TO MONMOUTH MEDICAL CENTER, CHRISTOPHER FABIAN, M.D., AND THEO F. KALOGRIDIS, R.N.** |

**THIS MATTER** having been brought before the Court on Cross Motion of Ronan, Tuzzio & Giannone, P.C., counsel for defendants, Monmouth Medical Center, Christopher Fabian, M.D. i/p/a "Dr. Chris Fabian, M.D.," and Theo F. Kalogridis, R.N., and upon notice to Bradley Clonan, Plaintiff *pro se*, and to all counsel of record, for an Order dismissing the Second Amended Complaint against such defendants, with prejudice, and the Court having considered the papers submitted, the arguments of counsel, and good cause having been shown;

**IT IS** on this ___________ day of______________________________, 2026;

**ORDERED** that the Second Amended Complaint is hereby dismissed as against defendants, Monmouth Medical Center, Christopher Fabian, M.D. i/p/a "Dr. Chris Fabian, M.D.," and Theo F. Kalogridis, R.N., with prejudice, for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6); and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on all Counsel within seven (7) days of its receipt by Movant.

______________________________, U.S.D.J.

( ) Opposed
( ) Unopposed