| | |
|---|---|
| **BRADLEY CLONAN,**<br>Plaintiff,<br>v.<br>CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIORAL HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; and "INTERN ASHLEY" (John/Jane Doe),<br>Defendants. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Civil Action No. 3:24-cv-11399-RK-RLS**<br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Bradley Clonan, certify that on July 10, 2026, I am submitting Plaintiff's Brief in Opposition to the Monmouth Defendants' Motion to Dismiss the Second Amended Complaint, Plaintiff's Proposed Order, and this Certificate of Service through the United States District Court for the District of New Jersey's Alternate Document Submission system ("ADS") for entry on CM/ECF.

When the Clerk enters the submission on CM/ECF, the Court's electronic filing system will automatically generate and transmit a Notice of Electronic Filing ("NEF") to all registered ECF Filing Users associated with this action. Under Local Civil Rule 5.2 and paragraph 14(b)(1) of the District of New Jersey's Electronic Case Filing Policies and Procedures, transmission of the NEF constitutes electronic service of the filed documents on those registered users.

Accordingly, service of these opposition papers is being made electronically through CM/ECF upon docketing, and this Certificate does not represent that copies were served by United States mail. After docketing, I will review the NEF recipient list. If the NEF was not transmitted successfully to any person entitled to service, I will promptly serve that person by a method authorized by Federal Rule of Civil Procedure 5(b) and file a supplemental certificate if necessary.

I certify that the foregoing statements are true and correct.

Bradley Clonan, Plaintiff Pro Se
2604 W. Rhododendron Drive
Abingdon, Maryland 21009
(732) 476-9555
clonanxyz@gmail.com
/S/ Bradley Clonan
Dated: July 10, 2026