BRADLEY CLONAN, Plaintiff Pro Se
2604 W. Rhododendron Drive
Abingdon, Maryland 21009
(732) 476-9555
clonanxyz@gmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**BRADLEY CLONAN,**

Plaintiff,

v.

CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIORAL HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; and "INTERN ASHLEY" (John/Jane Doe),

Defendants.

**Civil Action No. 3:24-cv-11399-RK-RLS**

**[PROPOSED] ORDER DENYING THE MONMOUTH DEFENDANTS' MOTION TO DISMISS (ECF NO. 94)**

THIS MATTER having come before the Court on the motion of Defendants Monmouth Medical Center, Christopher Fabian, M.D., and Theo F. Kalogridis, R.N., to dismiss Counts One through Three of the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), ECF No. 94; and Plaintiff having opposed the motion; and the Court having considered the parties' submissions; and for good cause shown;

IT IS on this _____ day of ___________________, 2026,

ORDERED that the Monmouth Defendants' Motion to Dismiss the Second Amended Complaint, ECF No. 94, is DENIED.

______________________________________
HON. ROBERT KIRSCH, U.S.D.J.