**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**BRADLEY CLONAN,**

Plaintiff,

v.

**CENTRASTATE HEALTHCARE SYSTEM, et al.,**

Defendants.

Civil Action No.
**3:24-cv-11399-RK-RLS**

**NOTICE REGARDING GOOD-FAITH EFFORTS TO COMPLETE SERVICE OF THE SECOND AMENDED COMPLAINT**

## NOTICE

Plaintiff Bradley Clonan, appearing pro se, respectfully submits this Notice to advise the Court of his ongoing good-faith efforts to complete service of the summonses and operative Second Amended Complaint upon the remaining defendants.

1. On July 8, 2026, before mailing the packets to the Sheriff, Plaintiff emailed courtesy copies of the operative Second Amended Complaint and the respective issued summonses to counsel of record for the Monmouth Medical Center/PESS defendants and to counsel of record for the CentraState defendants. Plaintiff also asked whether counsel were authorized to accept formal service for their respective clients.

2. Counsel for Monmouth Medical Center confirmed that he was authorized to accept service on behalf of Monmouth Medical Center, but authority to accept service for the individual Monmouth Medical Center/PESS defendants was not confirmed. Plaintiff therefore directed the Sheriff to deliver Monmouth Medical Center's papers to its authorized counsel and to attempt personal service upon the individual defendants separately. Plaintiff did not receive confirmation that CentraState counsel was authorized to accept formal service for the CentraState defendants and therefore arranged service through the Sheriff.

3. On July 13, 2026, Plaintiff mailed to the Monmouth County Sheriff's Office, Civil Process Division, service packets containing the summons issued for each remaining defendant and a copy of the operative Second Amended Complaint, together with the Sheriff cover letter and payment for service fees.

4. The service packets requested service upon the following nine defendants:

   CentraState Healthcare System, to be served at CentraState Medical Center;

   Steven Guillen, M.D.;

   Stephen Van Pelt, M.D.;

   A. Tabasko, PA-C (Aradia Tabasko);

Antonella Salony, R.N.;

Jordan White, R.N.;

Monmouth Medical Center, through attorney John Hockin Jr., who advised that he is authorized to accept service for the corporate entity;

Christopher Fabian, M.D.; and

Theo F. Kalogridis, R.N.

5. A copy of Plaintiff's cover letter to the Monmouth County Sheriff's Office is attached as Exhibit A. A photograph of the United States Postal Service receipt dated July 13, 2026, reflecting mailing to the Monmouth County Sheriff's Office at 2500 Kozloski Road, Freehold, New Jersey 07728, is attached as Exhibit B.

6. Plaintiff recognizes that emailing counsel and transmitting the service packets to the Sheriff do not, standing alone, establish completed formal service upon any defendant. Plaintiff submits this Notice only to document his timely and good-faith efforts to provide notice and arrange formal service and to remove any uncertainty concerning the steps taken to complete service.

7. Upon receipt of the Sheriff's affidavits, returns, or other proofs of service or non-service, Plaintiff will promptly submit them to the Clerk for filing on the docket.

Plaintiff respectfully requests no substantive relief through this Notice.

I declare under penalty of perjury that the foregoing factual statements are true and correct to the best of my knowledge.

Executed on July 14, 2026.

**/s/ Bradley Clonan**
Bradley Clonan, Plaintiff Pro Se
2604 W Rhododendron Drive
Abingdon, MD 21009
(732) 476-9555
clonanxyz@gmail.com

## CERTIFICATE OF SERVICE

I certify that on July 14, 2026, I submitted the foregoing Notice and its exhibits to the Clerk through the Court's Automated Document Submission (ADS) system. I further certify that I served, or caused to be served, a copy of the same filing by email upon all counsel of record at their email addresses appearing on the docket.

**/s/ Bradley Clonan**
Bradley Clonan, Plaintiff Pro Se

# EXHIBIT A

Cover Letter to Monmouth County Sheriff's Office

Bradley Clonan
2604 W Rhododendron Drive
Abingdon, Maryland 21009
(732) 476-9555
clonanxyz@gmail.com

July 7, 2026

**VIA FIRST-CLASS MAIL**

Monmouth County Sheriff's Office
Civil Process Division
2500 Kozloski Road
Freehold, New Jersey 07728

**Re:** Clonan v. CentraState Healthcare System, et al., Civil Action No. 3:24-cv-11399-RK-RLS
(United States District Court, District of New Jersey - Trenton)
**Request for Personal Service of Federal Summons and Second Amended Complaint**

Dear Sir or Madam:

I am the pro se plaintiff in the above-captioned federal civil action. I respectfully request that your office serve a federal summons and the operative Second Amended Complaint on each of the following nine (9) defendants as directed below. Where an in-county residential address is listed, I request that it be used as an alternate if the individual defendant cannot be reached at the workplace after your attempts.

**GROUP ONE - serve at CentraState Medical Center, 901 West Main Street, Freehold, NJ 07728:**

**1. CentraState Medical Center (corporate entity)**

Serve pursuant to Fed. R. Civ. P. 4(h) by delivering its summons and a copy of the operative Second Amended Complaint to an officer, managing or general agent, or other agent authorized by appointment or law to receive service of process for CentraState Medical Center.

**2. Dr. Steven Guillen, M.D.**

Attending Emergency Medicine Physician, CentraState Emergency Department
Alternate (last known residential, Monmouth County): 1703 Surf Ave, Belmar, NJ 07719

**3. Dr. Stephen Van Pelt, M.D.**

Attending Emergency Medicine Physician, CentraState Emergency Department
Alternate (last known residential, Monmouth County): 38 Great Bridge Rd, Freehold, NJ 07728

**4. A. Tabasko, PA-C (Aradia Tabasko)**

Physician Assistant, CentraState Emergency Department
Residential address: unknown

**5. Antonella Salony, R.N.**

Registered Nurse, CentraState Emergency Department
Last known residential address (for identification/reference only - located in Ocean County, outside your jurisdiction): 241 Constitution Ave, Toms River, NJ 08753

**6. Jordan White, R.N.**

Registered Nurse, CentraState Emergency Department
Alternate (last known residential, Monmouth County): 2802 Kapalua Ct, Freehold, NJ 07728

**GROUP TWO - separate service instructions:**

**7. Monmouth Medical Center (corporate entity)**

Serve Monmouth Medical Center by personally delivering its summons and a copy of the operative Second Amended Complaint **into the hands of its attorney and authorized agent for service, John Hockin Jr.**, at:

John Hockin Jr.
One Hovchild Plaza
4000 Route 66, Suite 231
Tinton Falls, NJ 07753

Please do not attempt service for Monmouth Medical Center at the hospital. The papers for the corporate entity must be delivered personally to John Hockin Jr. at the address above.

**GROUP THREE - serve the following individuals at Monmouth Medical Center, 300 Second Avenue, Long Branch, NJ 07740:**

**8. Dr. Chris Fabian, M.D.**

Screening Psychiatrist, Monmouth Medical Center / Psychiatric Emergency Screening Services (PESS)
Alternate (last known residential, Monmouth County): 2190 Terrace Pl, Sea Girt, NJ 08750

**9. Theo F. Kalogridis, R.N.**

Psychiatric Screening Evaluator, Monmouth Medical Center / PESS
Last known residential address (for identification/reference only - located in Ocean County, outside your jurisdiction): 25 Homestead Dr, Brick, NJ 08723

Enclosed for each defendant listed above please find: (1) the summons issued by the Clerk of the United States District Court for the District of New Jersey; and (2) a copy of the operative Second Amended Complaint. Also enclosed is a check for your service fees; if the amount is incorrect, or if you require additional copies or a different fee, please contact me at the phone number or email above and I will correct it immediately.

**IMPORTANT - PERSONAL, IN-HAND SERVICE:** For CentraState Medical Center, deliver the corporate defendant's summons and Second Amended Complaint to a person authorized to receive service under Fed. R. Civ. P. 4(h). For Monmouth Medical Center, personally deliver the corporate defendant's summons and Second Amended Complaint into the hands of its authorized attorney, John Hockin Jr., at the Tinton Falls address above. Each individual defendant must likewise be served by personal, in-hand delivery to that individual (or, if attempted at a residence, by leaving the papers with a competent household member of suitable age, as permitted by Fed. R. Civ. P. 4(e)). Please do not leave an individual defendant's papers with a receptionist, front desk, or co-worker at a facility; the federal court has already ruled in this case that service on a facility receptionist was insufficient.

Please provide an affidavit or return of service for each defendant upon completion or after your attempts are exhausted, as I must file proof of service with the federal court. Time is of the essence: I have a federal court filing deadline of July 20, 2026, and I would be grateful for service attempts at your earliest opportunity. If any defendant cannot be served after your attempts, please return the papers with your affidavit of non-service so I may pursue alternate means.

Thank you for your assistance. Please do not hesitate to call me with any questions.

Respectfully,

Bradley Clonan
Plaintiff Pro Se, Clonan v. CentraState Healthcare System, et al.

# EXHIBIT B

United States Postal Service Receipt - July 13, 2026


AL: US DEBIT
UNITED STATES POSTAL SERVICE.
ABINGDON
2945 EMMORTON RD
ABINGDON, MD 21009-9998
www.usps.com
07/13/2026
11:22 AM
TRACKING NUMBERS
9505 5107 0153 6194 2561 94
TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)
CUSTOMER'S RECEIPT
UNITED STATES POSTAL SERVICE
SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
NOT NEGOTIABLE
Pay to Monmouth county sheriff
Address 2500 Kozloski Rd, Freehold NJ
KEEP THIS RECEIPT FOR YOUR RECORDS
55275686120