Bradley Clonan, Plaintiff pro se
2604 W. Rhododendron Drive
Abingdon, Maryland 21009
Telephone: 732-476-9555
Email: clonanxyz@gmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **BRADLEY CLONAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CENTRASTATE HEALTHCARE SYSTEM, et al.,**<br><br>Defendants. | **Civil Action No. 3:24-cv-11399-RK-RLS**<br><br>Hon. Robert Kirsch, U.S.D.J.<br><br>Hon. Rukhsanah L. Singh, U.S.M.J. |

# PLAINTIFF'S CONSOLIDATED NOTICE OF RECEIPT OF BURLINGTON COUNTY SHERIFF'S REPORTS OF SERVICE AND NON-SERVICE AND RELATED SHERIFF CONFIRMATION

1. Plaintiff Bradley Clonan, appearing pro se, submits this consolidated Notice solely to provide the Court with an accurate, contemporaneous record of the Burlington County Sheriff's July 16, 2026 service efforts and the Civil Process Unit's subsequent written confirmation. This Notice requests no relief and is not a motion, opposition, reply, sur-reply, or supplemental merits brief.

2. The Clerk issued summonses for Hampton Behavioral Health Center, Michael Houdart, D.O., Atta-Ur Rehman, M.D., and Anita Giunta, L.S.W. Plaintiff delivered the issued summonses, the Second Amended Complaint, and the Jury Demand to the Burlington County Sheriff's Office for service.

3. The Sheriff's final reports, issued July 17, 2026 and attached as **Exhibit A**, state that the officer delivered the documents to Hampton Behavioral Health Center on July 16, 2026 at 8:00 a.m. at 650 Rancocas Road, Westampton, New Jersey 08060. The return identifies Janice Williams, Director of Nursing, as the person served and describes the method as service upon a business person authorized to accept service.

4. The separate final reports for Michael Houdart, D.O., Atta-Ur Rehman, M.D., and Anita Giunta, L.S.W., expressly state **NON SERVICE**. Plaintiff does not represent that any of those three individuals has been served.

5. Each of the three final non-service reports contains the following officer's note: "AS PER THE LEGAL DEPARTMENT THEY CAN NOT EXCEPT [sic] PAPERWORK ON BEHALF OF THE DOCTORS. THE PAPERWORK WOULD HAVE TO GO THE CENTRASTATE HEALTH CARE SYSTEM." The notation also appears on Ms. Giunta's final report even though that report identifies her as an L.S.W. and the notation refers collectively to "the doctors."

6. In a July 17, 2026 email transmitting the reports, the Civil Process Unit wrote that it was "only able to serve Hampton behavior health" and that, "[a]s per their legal department," the papers could not be accepted for the three individuals and "would have to go to Centrastate healthcare system." The complete email thread is attached as **Exhibit D**.

7. The Civil Process Unit's July 17 email identifies Hampton immediately before referring to "their legal department." Accordingly, Plaintiff understands the Sheriff's written account as reporting that Hampton's legal department supplied the direction that the individual papers would have to go to CentraState Healthcare System. Plaintiff states this as an attribution to the Civil Process Unit's written account, not from personal knowledge of the unidentified speaker.

8. Plaintiff requested clarification regarding the source, scope, and accuracy of that direction. On July 20, 2026, the Civil Process Unit responded: "The response we have received from the legal department is all our office can go by. If you [have] any further questions, they would need to be addressed through the court." That response is included in **Exhibit D**.

9. The reports and correspondence do not identify the speaker by name, confirm that person's authority, provide a CentraState address or authorized agent, or explain the basis upon which CentraState was identified. Plaintiff does not represent that CentraState is authorized to accept service for these individuals. Plaintiff submits the information to document the unsuccessful attempts, the direction reported to the serving officer, and Plaintiff's follow-up efforts; he does not allege in this Notice that the Sheriff, Hampton, counsel, or any other person intentionally impeded service.

10. The Civil Process Unit advised that the original executed report for Hampton would be transmitted to the Court and that the original non-service reports and unserved papers for the three individuals would be returned to Plaintiff. Plaintiff includes the copies presently available so the current service status is accurately documented.

11. On July 16, 2026, Robert E. Spitzer, Esq., of Lewis Brisbois Bisgaard & Smith LLP, sent a letter stating that the firm represents Hampton Behavioral Health Center, Michael Houdart, D.O., Atta-Ur Rehman, M.D., Anita Giunta, and Jodi Sgouros, and acknowledging that Hampton Behavioral Health Center only "was served with a copy of Plaintiff's Second Amended Complaint." The letter is attached as **Exhibit B**.

12. Counsel subsequently stated by email that "service as to Hampton ONLY is acknowledged" and that Defendants' position concerning acceptance or facilitation of service had not changed. Plaintiff's corresponding emails document his requests for clarification and practical assistance and his stated intent to file the Sheriff's returns upon receipt. The complete four-message thread is attached as **Exhibit C**.

13. Exhibits B and C are offered only to document counsel's contemporaneous acknowledgment concerning Hampton, counsel's stated representation, and the parties' communications regarding Plaintiff's service efforts. They are not offered to show that counsel accepted or waived service, that the correspondence effected service on any individual, or that service was legally sufficient.

14. This Notice seeks no relief, presents no legal argument, and does not ask the Court to resolve the sufficiency or timeliness of service or any pending motion. Nothing in this Notice concedes any party's position concerning service, timeliness, or dismissal. Any request concerning additional time, alternative service, or other relief will be made separately by an appropriate motion.

## CERTIFICATION UNDER 28 U.S.C. § 1746

I declare under penalty of perjury that the factual statements above are true and correct based upon my personal knowledge and the attached records.

Executed on July 20, 2026.

/s/ Bradley Clonan
Bradley Clonan
Plaintiff, pro se
2604 W. Rhododendron Drive
Abingdon, Maryland 21009
732-476-9555
clonanxyz@gmail.com

## CERTIFICATE OF SERVICE

I certify that on July 20, 2026, I submitted the foregoing consolidated Notice and Exhibits A through D through the Court's Alternate Document Submission system for filing. Upon docketing, all registered counsel of record will receive service through the Court's CM/ECF system. I also transmitted a courtesy copy by email to all counsel of record at their designated service email addresses.

/s/ Bradley Clonan

Bradley Clonan
Plaintiff, pro se

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | Burlington County Sheriff's Office reports of service and non-service, issued July 17, 2026 |
| B | Lewis Brisbois letter dated July 16, 2026 acknowledging service upon Hampton Behavioral Health Center only |
| C | July 16, 2026 four-message email thread concerning the status and facilitation of service |
| D | July 17 and July 20, 2026 email correspondence between Plaintiff and the Burlington County Sheriff's Office Civil Process Unit concerning the reports and the legal-department direction |

# EXHIBIT A

## Burlington County Sheriff's Office Reports of Service and Non-Service

Civil Action No. 3:24-cv-11399-RK-RLS

| Sheriff's No. 26001410<br>Doc # 3:24-CV-11399-RK-RLS | Book: 478<br>Page: |
|---|---|

**Report of Service**

Attorney: BRADLEY CLONAN (PRO-SE)
County of Venue:

**Superior Court**
(State of New Jersey) I James H. Kostoplis, Sheriff of Burlington County, Do Hereby Authorize a Duly (Burlington County) Sworn Sheriff's Officer, To Execute and Return the Documents According to Law.

James H. Kostoplis, Sheriff

Odise A. Carr, Undersheriff

Witness My Hand and Seal, This Day of 7/17/2026

**Defendant's Name/Address:**

HAMPTON BEHAVIOR HEALTH CENTER
HAMPTON BEHAVIOR HEALTH CENTER
650 RANCOCAS ROAD
WESTAMPTON, NJ 08060

Date Served: 7/16/2026

Person Served: JANICE WILLIAMS

Time Served: 8:00 AM

Relationship: DIRECTOR OF NURSING

Place of Service:
HAMPTON BEHAVIOR HEALTH CENTER
650 RANCOCAS ROAD
WESTAMPTON, NJ 08060

Attempted Dates/Times prior to service:

**Type of Service:** Business-person authorized to accept service

**Description of Documents Served:** **SUMMONS ON AMENDED COMPLAINT, SECOND AMENDED COMPLAINT AND JURY DEMAND**

**I Served the within Documents, and/or A True Copy Thereof.**

S/O Hess#35217

Officer's Notes:

Case: BRADLEY CLONAN, ET AL (PRO-SE) vs CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIOR HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; AND "INTERN ASHLEY" (JOHN/JANE DOE).

**Report of Service**

| Sheriff's No. 26001410<br>Doc # 3:24-CV-11399-RK-RLS | Book: 478<br>Page: |
|---|---|

Attorney: BRADLEY CLONAN (PRO-SE)
County of Venue:

**Superior Court**
(State of New Jersey) I James H. Kostoplis, Sheriff of Burlington County, Do Hereby Authorize a Duly (Burlington County) Sworn Sheriff's Officer, To Execute and Return the Documents According to Law.

James H. Kostoplis, Sheriff

Odise A. Carr, Undersheriff

Witness My Hand and Seal, This Day of 7/17/2026

**Defendant's Name/Address:**

DR. MICHAEL HOUDART, D.O.
HAMPTON BEHAVIOR HEALTH CENTER
650 RANCOCAS ROAD
WESTAMPTON, NJ 08060

**Attempted Dates/Times:**

7/16/2026 8:00 AM

Service Address:
HAMPTON BEHAVIOR HEALTH CENTER
650 RANCOCAS ROAD
WESTAMPTON, NJ 08060

**Type of Service: NON SERVICE**

**Description of Documents Attempted to be served: SUMMONS ON AMENDED COMPLAINT, SECOND AMENDED COMPLAINT AND JURY DEMAND**

**I Attempted to Serve the within Documents, and/or A True Copy Thereof.**

S/O Hess#35217

**Officer's Notes:** AS PER THE LEGAL DEPARTMENT THEY CAN NOT EXCEPT PAPERWORK ON BEHALF OF THE DOCTORS. THE PAPERWORK WOULD HAVE TO GO THE CENTRASTATE HEALTH CARE SYSTEM.

Case: BRADLEY CLONAN, ET AL (PRO-SE) vs CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIOR HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; AND "INTERN ASHLEY" (JOHN/JANE DOE).

**Report of Service**

| Sheriff's No. 26001410<br>Doc # 3:24-CV-11399-RK-RLS | Book: 478<br>Page: |
|---|---|

Attorney: BRADLEY CLONAN (PRO-SE)
County of Venue:

**Superior Court**
(State of New Jersey) I James H. Kostoplis, Sheriff of Burlington County, Do Hereby Authorize a Duly (Burlington County) Sworn Sheriff's Officer, To Execute and Return the Documents According to Law.

James H. Kostoplis, Sheriff

Odise A. Carr, Undersheriff

Witness My Hand and Seal, This Day of 7/17/2026

**Defendant's Name/Address:**

DR. ATTA-UR REHMAN, M.D.
HAMPTON BEHAVIOR HEALTH CENTER
650 RANCOCAS ROAD
WESTAMPTON, NJ 08060

**Attempted Dates/Times:**

7/16/2026 8:00 AM

Service Address:
HAMPTON BEHAVIOR HEALTH CENTER
650 RANCOCAS ROAD
WESTAMPTON, NJ 08060

**Type of Service: NON SERVICE**

**Description of Documents Attempted to be served: SUMMONS ON AMENDED COMPLAINT, SECOND AMENDED COMPLAINT AND JURY DEMAND**

**I Attempted to Serve the within Documents, and/or A True Copy Thereof.**

S/O Hess#35217

**Officer's Notes:** AS PER THE LEGAL DEPARTMENT THEY CAN NOT EXCEPT PAPERWORK ON BEHALF OF THE DOCTORS. THE PAPERWORK WOULD HAVE TO GO THE CENTRASTATE HEALTH CARE SYSTEM.

Case: BRADLEY CLONAN, ET AL (PRO-SE) vs CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIOR HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; AND "INTERN ASHLEY" (JOHN/JANE DOE).

**Report of Service**

| | |
|---|---|
| Sheriff's No. 26001410<br>Doc # 3:24-CV-11399-RK-RLS | Book: 478<br>Page: |

Attorney: BRADLEY CLONAN (PRO-SE)
County of Venue:

**Superior Court**
(State of New Jersey) I James H. Kostoplis, Sheriff of Burlington County, Do Hereby Authorize a Duly (Burlington County) Sworn Sheriff's Officer, To Execute and Return the Documents According to Law.

James H. Kostoplis, Sheriff

Odise A. Carr, Undersheriff

Witness My Hand and Seal, This Day of 7/17/2026

**Defendant's Name/Address:**

ANITA GIUNTA, L.S.W.
HAMPTON BEHAVIOR HEALTH CENTER
650 RANCOCAS ROAD
WESTAMPTON, NJ 08060

**Attempted Dates/Times:**

7/16/2026 8:00 AM

Service Address:
HAMPTON BEHAVIOR HEALTH CENTER
650 RANCOCAS ROAD
WESTAMPTON, NJ 08060

**Type of Service: NON SERVICE**

**Description of Documents Attempted to be served: SUMMONS ON AMENDED COMPLAINT, SECOND AMENDED COMPLAINT AND JURY DEMAND**

**I Attempted to Serve the within Documents, and/or A True Copy Thereof.**

S/O Hess#35217

**Officer's Notes:** AS PER THE LEGAL DEPARTMENT THEY CAN NOT EXCEPT PAPERWORK ON BEHALF OF THE DOCTORS. THE PAPERWORK WOULD HAVE TO GO THE CENTRASTATE HEALTH CARE SYSTEM.

Case: BRADLEY CLONAN, ET AL (PRO-SE) vs CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIOR HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; AND "INTERN ASHLEY" (JOHN/JANE DOE).

**Report of Service**

Sheriff's No. 26009410

Atty. BRADLEY CLONAN (PRO-SE)

Doc # 3:24-CV-11399-RK-RLS

Sheriff's Fee $ 85.84

Superior Court

(State of New Jersey)
(Burlington County)

I, James H. Kostoplis, Sheriff of Burlington County, Do Hereby Authorize a Duly Sworn Sheriff's Officer, To Execute and Return the Documents According to Law.

James H. Kostoplis, Sheriff

~~James H. Kostoplis, Undersheriff~~

Witness My Hand and Seal, This Day of July 13, 2026

**Servee Name/Address:**

ANITA GIUNTA, L.S.W.
HAMPTON BEHAVIOR HEALTH CENTER
650 RANCOCAS ROAD
WESTAMPTON NJ 08060

Date Served: ____________ Person Served: ____________

Time Served: ____________ Position: ____________

Non-Service Date/Time: ____________

Attempted Dates/Times: ____________

**Description of documents included in this Service:**

SUMMONS ON AMENDED COMPLAINT, SECOND AMENDED COMPLAINT AND JURY DEMAND

**Type of Service: (Please circle the type of service)**

A. Arrested
B. Business-person authorized to accept service
C. Forced Service
D. Mailed
E. NON SERVICE
F. O/S Business-person authorized to accept service
G. O/S Personal Service (SELF)
H. O/S Personal Service-Member of Household Over the age of 14, At usual Place of Abode
I. Other
J. Personal Service (SELF)
K. Personal Service-Member of Household Over the age of 14, At usual Place of Abode
L. Posted
M. POSTING
N. Verify
X. Other (Specify): ____________

I Served the Within Documents, and/or a True Copy Thereof.

____________
Sheriff's Officer

S/O Hess#35217

Officer's Notes: ____________

**Out of State:**

| Age | Sex | Weight | Height | Skin | Hair | Military Service |
|---|---|---|---|---|---|---|
| | | | | | | |

Case: BRADLEY CLONAN, ET AL (PRO-SE) vs. CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIOR HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; AND "INTERN ASHLEY" (JOHN/JANE DOE),

**Report of Service**

Atty. BRADLEY CLONAN (PRO-SE)

Sheriff's No. 26009410
Doc # 3:24-CV-11399-RK-RLS
Sheriff's Fee $ 85.84

Superior Court

(State of New Jersey) (Burlington County) I, James H. Kostoplis, Sheriff of Burlington County, Do Hereby Authorize a Duly Sworn Sheriff's Officer, To Execute and Return the Documents According to Law.

James H. Kostoplis, Sheriff

~~James H. Kostoplis, Undersheriff~~

Witness My Hand and Seal, This Day of July 13, 2026

**Servee Name/Address:**

DR. MICHAEL HOUDART, D.O.
HAMPTON BEHAVIOR HEALTH CENTER
650 RANCOCAS ROAD
WESTAMPTON NJ 08060

Date Served: ______ Person Served: ______

Time Served: ______ Position: ______

Non-Service Date/Time: 7-16-26 @ 0800

Attempted Dates/Times: ______

**Description of documents included in this Service:**

SUMMONS ON AMENDED COMPLAINT, SECOND AMENDED COMPLAINT AND JURY DEMAND

**Type of Service: (Please circle the type of service)**

A. Arrested
B. Business-person authorized to accept service
C. Forced Service
D. Mailed
E. NON SERVICE
F. O/S Business-person authorized to accept service
G. O/S Personal Service (SELF)
H. O/S Personal Service-Member of Household Over the age of 14, At usual Place of Abode
I. Other
J. Personal Service (SELF)
K. Personal Service-Member of Household Over the age of 14, At usual Place of Abode
L. Posted
M. POSTING
N. Verify
X. Other (Specify): ______

I Served the Within Documents, and/or a True Copy Thereof.

#35217

Sheriff's Officer

S/O Hess#35217

Officer's Notes: Per their legal department they can't except paperwork on behalf of the doctors. It would have to go to Centrastate Healthcare system.

**Out of State:**

| Age | Sex | Weight | Height | Skin | Hair | Military Service |
|---|---|---|---|---|---|---|
| | | | | | | |

Case: BRADLEY CLONAN, ET AL (PRO-SE) vs. CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIOR HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; AND "INTERN ASHLEY" (JOHN/JANE DOE),

**Report of Service**

Sheriff's No: 26009410

Atty. BRADLEY CLONAN (PRO-SE)

Doc # 3:24-CV-11399-RK-RLS

Sheriff's Fee $ 85.84

Superior Court

(State of New Jersey)
(Burlington County)

I, James H. Kostoplis, Sheriff of Burlington County, Do Hereby Authorize a Duly Sworn Sheriff's Officer, To Execute and Return the Documents According to Law.

James H. Kostoplis, Sheriff

~~James H. Kostoplis, Undersheriff~~

Witness My Hand and Seal, This Day of July 13, 2026

**Servee Name/Address:**

DR. ATTA-UR REHMAN, M.D.
HAMPTON BEHAVIOR HEALTH CENTER
650 RANCOCAS ROAD
WESTAMPTON NJ 08060

Date Served: ______ Person Served: ______

Time Served: ______ Position: ______

Non-Service Date/Time: ______

Attempted Dates/Times: ______

**Description of documents included in this Service:**

SUMMONS ON AMENDED COMPLAINT, SECOND AMENDED COMPLAINT AND JURY DEMAND

**Type of Service: (Please circle the type of service)**

A. Arrested
B. Business-person authorized to accept service
C. Forced Service
D. Mailed
E. NON SERVICE
F. O/S Business-person authorized to accept service
G. O/S Personal Service (SELF)
H. O/S Personal Service-Member of Household Over the age of 14, At usual Place of Abode
I. Other
J. Personal Service (SELF)
K. Personal Service-Member of Household Over the age of 14, At usual Place of Abode
L. Posted
M. POSTING
N. Verify
X. Other (Specify): ______

I Served the Within Documents, and/or a True Copy Thereof.

______
Sheriff's Officer

S/O Hess#35217

Officer's Notes: ______

**Out of State:**

| Age | Sex | Weight | Height | Skin | Hair | Military Service |
|---|---|---|---|---|---|---|
| | | | | | | |

Case: BRADLEY CLONAN, ET AL (PRO-SE) vs. CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIOR HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; AND "INTERN ASHLEY" (JOHN/JANE DOE),

**Report of Service**

Sheriff's No. 26009410

Atty. BRADLEY CLONAN (PRO-SE)

Doc # 3:24-CV-11399-RK-RLS

Sheriff's Fee $ 85.84

Superior Court

(State of New Jersey) (Burlington County)

I, James H. Kostoplis, Sheriff of Burlington County, Do Hereby Authorize a Duly Sworn Sheriff's Officer, To Execute and Return the Documents According to Law.

James H. Kostoplis, Sheriff

~~James H. Kostoplis, Undersheriff~~

Witness My Hand and Seal, This Day of July 13, 2026

---

**Servee Name/Address:**

HAMPTON BEHAVIOR HEALTH CENTER
HAMPTON BEHAVIOR HEALTH CENTER
650 RANCOCAS ROAD
WESTAMPTON NJ 08060

Date Served: 7·16·26

Person Served: Janice Williams

Time Served: 0800

Position: Director of Nursing

Non-Service Date/Time: ______

Attempted Dates/Times: ______

**Description of documents included in this Service:**

SUMMONS ON AMENDED COMPLAINT, SECOND AMENDED COMPLAINT AND JURY DEMAND

---

**Type of Service: (Please circle the type of service)**

A. Arrested
B. Business-person authorized to accept service
C. Forced Service
D. Mailed
~~E. NON SERVICE~~
F. O/S Business-person authorized to accept service
G. O/S Personal Service (SELF)
H. O/S Personal Service-Member of Household Over the age of 14, At usual Place of Abode
I. Other
J. Personal Service (SELF)
K. Personal Service-Member of Household Over the age of 14, At usual Place of Abode
L. Posted
M. POSTING
N. Verify
X. Other (Specify): ______

I Served the Within Documents, and/or a True Copy Thereof.

S/ #35217

Sheriff's Officer

Officer's Notes: ______

---

**Out of State:**

| Age | Sex | Weight | Height | Skin | Hair | Military Service |
|---|---|---|---|---|---|---|
| | | | | | | |

Case: BRADLEY CLONAN, ET AL (PRO-SE) vs. CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIOR HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; AND "INTERN ASHLEY" (JOHN/JANE DOE),

# EXHIBIT B

## Counsel's July 16, 2026 Letter Acknowledging Service Upon Hampton Only

Civil Action No. 3:24-cv-11399-RK-RLS

LEWIS BRISBOIS

Robert E. Spitzer
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Robert.Spitzer@lewisbrisbois.com
Direct: 973.792.8757

July 16, 2026

**VIA EMAIL (clonanxyz@gmail.com) & FIRST CLASS MAIL**
Bradley Clonan
2604 Rhododendron Drive
Abingdon, MD 21009
Plaintiff, *pro se*

Re: Clonan v. Hampton Behavioral Health Center, et al.
Docket No.: 3:24-cv-11399-RK-RLS

Dear Mr. Clonan:

As you know, this office represents Defendants, Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros (hereinafter "Defendants"), in the above-captioned matter.

Please accept this correspondence to acknowledge that Defendant, Hampton Behavioral Health Center, only, was served with a copy of Plaintiff's Second Amended Complaint.

Thank you for your attention to this matter.

Very truly yours,

/s/ Robert E. Spitzer

Robert E. Spitzer of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

RES:

# EXHIBIT C

## July 16, 2026 Email Correspondence Concerning Service

Civil Action No. 3:24-cv-11399-RK-RLS

Gmail

Brad Clonan <clonanxyz@gmail.com>

## Clonan v. Hampton Behavioral Health Center, et al.

4 messages

**Anello, Katherine** <Katherine.Anello@lewisbrisbois.com> Thu, Jul 16, 2026 at 4:02 PM
To: "clonanxyz@gmail.com" <clonanxyz@gmail.com>
Cc: "Miller, Malinda (Mindy)" <Malinda.Miller@lewisbrisbois.com>, "Spitzer, Robert" <Robert.Spitzer@lewisbrisbois.com>, "Vespa, Michael" <Michael.Vespa@lewisbrisbois.com>

Mr. Clonan,

On behalf of Robert Spitzer, please see attached correspondence.

Thank you,

**Katherine Anello**
**Legal Assistant**
Newark
973.856.8012 or x9738012

**7_16_26 Clonan - Letter to plaintiff acknowledging receipt of Second Amended Complaint(180137304.1).pdf**
54K

**Brad Clonan** <clonanxyz@gmail.com> Thu, Jul 16, 2026 at 5:00 PM
To: "Anello, Katherine" <Katherine.Anello@lewisbrisbois.com>
Cc: "Miller, Malinda (Mindy)" <Malinda.Miller@lewisbrisbois.com>, "Spitzer, Robert" <Robert.Spitzer@lewisbrisbois.com>, "Vespa, Michael" <Michael.Vespa@lewisbrisbois.com>

Mr. Spitzer,

Thank you for your July 16, 2026 letter acknowledging receipt of the Second Amended Complaint.

While I have received confirmation from the sheriffs department that they have received the full service package for every individual, I have not yet received confirmation or completed returns of service from the Burlington County Sheriff's Office, although I am continuing to follow up and hope to receive confirmation shortly. Would you please clarify whether your letter indicates that the Sheriff's Office delivered the summonses and Second Amended Complaint to Hampton Behavioral Health Center or any of the individual Hampton defendants, or whether it merely acknowledges your office's receipt of a courtesy copy?

I understand that your July 1 letter stated that the defendants would not waive service. If that position has changed, please let me know whether your office is authorized and willing to accept service for any defendant. If it has not changed, I would appreciate any reasonable assistance in identifying the appropriate business location, authorized agent, or mutually agreeable method through which the individual defendants may be served, without requesting any confidential personal information.

I am making a good-faith effort to complete service properly and efficiently and to avoid unnecessary expense or delay.

Thank you for clarifying.

Respectfully,

Bradley Clonan

732-476-9555

2604 W Rhododendron Drive, abingdon Md 21009

Plaintiff, pro se

[Quoted text hidden]

---

**Spitzer, Robert** <Robert.Spitzer@lewisbrisbois.com> Thu, Jul 16, 2026 at 5:10 PM
To: Brad Clonan <clonanxyz@gmail.com>, "Anello, Katherine" <Katherine.Anello@lewisbrisbois.com>
Cc: "Miller, Malinda (Mindy)" <Malinda.Miller@lewisbrisbois.com>, "Vespa, Michael" <Michael.Vespa@lewisbrisbois.com>

Hello Mr. Clonan:

Please be advised that as my letter bearing today's date indicated, service as to Hampton ONLY is acknowledged.

Further, Defendants' position as to accepting service and/or facilitating service has not changed. Defendants maintain the position that Plaintiff's time to serve the individual Defendants (for various reasons, including, but not limited to the failing to comply with Court Order) has long expired and dismissal as to those claims is appropriate.

Thank you for your attention to this matter.

Rob

LEWIS BRISBOIS

**Robert E. Spitzer**
**Partner**
**Robert.Spitzer@lewisbrisbois.com**

**T: 973.792.8757 F: 973.577.6261**

One Riverfront Plaza, Suite 800, Newark, NJ 07102 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified Plus 2023–2025
Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Brad Clonan <clonanxyz@gmail.com>
**Sent:** Thursday, July 16, 2026 5:00 PM
**To:** Anello, Katherine <Katherine.Anello@lewisbrisbois.com>
**Cc:** Miller, Malinda (Mindy) <Malinda.Miller@lewisbrisbois.com>; Spitzer, Robert <Robert.Spitzer@lewisbrisbois.com>; Vespa, Michael <Michael.Vespa@lewisbrisbois.com>
**Subject:** Re: Clonan v. Hampton Behavioral Health Center, et al.

EXTERNAL

[Quoted text hidden]

**Brad Clonan** <clonanxyz@gmail.com> Thu, Jul 16, 2026 at 5:43 PM
To: "Spitzer, Robert" <Robert.Spitzer@lewisbrisbois.com>
Cc: "Anello, Katherine" <Katherine.Anello@lewisbrisbois.com>, "Miller, Malinda (Mindy)" <Malinda.Miller@lewisbrisbois.com>, "Vespa, Michael" <Michael.Vespa@lewisbrisbois.com>

Hello Mr. Spitzer:

Thank you for your email, I truly appreciate it and understand your time is important. As stated in my prior filings, the issued summonses and Second Amended Complaint were submitted to the Burlington County Sheriff's Office for service. Upon receipt of the Sheriff's returns, I will promptly file the appropriate documentation with the Court.

If counsel is aware of any practical, curable impediment to the Sheriff's service efforts, please advise. As a courtesy, if your office learns that service has been completed on any individual defendant before I receive the returns, please promptly notify me, as your office did today regarding Hampton.

Nothing herein concedes Defendants' assertions concerning service or timeliness.

Respectfully,

Bradley Clonan

732-476-9555
2604 w rhododendron drive abingdon Md 21009
[Quoted text hidden]

# EXHIBIT D

**July 17 and July 20, 2026 Email Correspondence**
**Between Plaintiff and the Burlington County Sheriff's Office**
**Civil Process Unit Concerning Reports of Service and Non-Service**

Civil Action No. 3:24-cv-11399-RK-RLS

Gmail

Brad Clonan <clonanxyz@gmail.com>

## Reports of service

5 messages

**SheriffServices** <SheriffServices@co.burlington.nj.us> Fri, Jul 17, 2026 at 3:45 PM
To: "clonanxyz@gmail.com" <clonanxyz@gmail.com>

Good Afternoon,
I have attached a copy of all 4 reports of services due to you requesting to receive them by 7/20/26, I will place original copies report of service to be mailed out on Monday to your home along with all unserved paperwork.

We were only able to serve Hampton behavior health. As per their legal department they were unable to except the paperwork on behalf of the 3 doctors.
The legal depart told the officer it would have to go to Centrastate healthcare system.

I will be mailing back to you the paperwork for the 3 doctors we were unable to serve, along with the original copies of the report of service. The facility report of service we did serve the original copy will be sent to the court and a copy of the report will be sent to you.
We only send the report of serve to the court if the defendant was served. So, they will only receive the report of service for the Hampton Behavior health, and the rest will be only sent to only you.

Civil Process Unit

49 Rancocas Rd. Rm. G4

Mt. Holly, NJ, 08060

Ph: (609) 265-5127

Fax: (609) 265-5767

***** The information contained in this e-mail message and any attachments transmitted with it are private, are intended solely for the use of the individual or entity to whom it is addressed and may contain confidential and/or privileged material. If you have received this e-mail message in error, please immediately notify the sender by reply e-mail and delete the message; furthermore, you should not print, copy, transmit, or otherwise disseminate the information contained in this e-mail message. Any use of this information other than by the intended recipient is prohibited. Although Burlington County attempts to sweep e-mail attachments for viruses, it does not guarantee that they are virus-free and accepts no liability for any damage sustained as a result of viruses. *****

**26001410 HAMPTON BEHAVIOR.pdf**
1028K

**Brad Clonan** <clonanxyz@gmail.com> Fri, Jul 17, 2026 at 4:11 PM
To: SheriffServices <SheriffServices@co.burlington.nj.us>

Good afternoon,

Thank you again for providing the reports. I truly appreciate the timely delivery and your time. I noticed that each report concerning the three individual doctors states:

"As per the legal department they cannot accept paperwork on behalf of the doctors. The paperwork would have to go [to] the CentraState Healthcare System."

I respectfully request clarification because these three service attempts were directed to Hampton Behavioral Health for individuals alleged to have provided services through Hampton. CentraState Healthcare System is a separate healthcare organization and is separately named in this action. Therefore, the direction to send these doctors' papers to CentraState appears inconsistent with the identities and affiliations stated in the service papers.

Could you please confirm:

1. Whether a representative of Hampton's legal department specifically told the serving officer that these three doctors should be served through CentraState Healthcare System;
2. Whether that direction applied to all three doctors;
3. Whether the officer was given the name or position of the person who provided that information; and
4. Whether "CentraState Healthcare System" may have been recorded in error.

If CentraState was recorded in error, I respectfully request corrected reports of non-service. If that was the direction actually provided by Hampton's legal department, please confirm that the reports accurately document what the officer was told.

I am requesting this clarification so that I can accurately document the service attempts for the Court and determine the appropriate next steps for service. I am not asking the Civil Process Unit to make any legal determination.

Thank you for your assistance.

Respectfully,

Bradley Clonan
Plaintiff, Pro Se
Case No. 3:24-cv-11399-RK-RLS

---

**SheriffServices** <SheriffServices@co.burlington.nj.us> Fri, Jul 17, 2026 at 4:16 PM
To: Brad Clonan <clonanxyz@gmail.com>

I will get back to you on monday regarding your questions due the serving officer and my supervisor having already left for the day.

Thank You,

Burlington County Sheriff's Office

Civil Process Unit

49 Rancocas Rd. Rm. G4

Mt. Holly, NJ, 08060

Ph: (609) 265-5127

Fax: (609) 265-5767

---

**From:** Brad Clonan <clonanxyz@gmail.com>
**Sent:** Friday, July 17, 2026 4:11 PM
**To:** SheriffServices <SheriffServices@co.burlington.nj.us>
**Subject:** Re: Reports of service

**THIS EMAIL DID NOT ORIGINATE FROM WITHIN BURLINGTON COUNTY.**
**[EXTERNAL EMAIL WARNING]**
**PLEASE BE CAUTIOUS WITH ANY LINKS, ATTACHMENTS, OR REQUEST FOR INFORMATION.**

[Quoted text hidden]

[Quoted text hidden]

---

**Brad Clonan** <clonanxyz@gmail.com> Fri, Jul 17, 2026 at 4:21 PM
To: SheriffServices <SheriffServices@co.burlington.nj.us>

Good afternoon,

Thank you again for your assistance and for speaking with me today. I appreciate you looking into my questions. I look forward to speaking with you again on Monday.

Have a wonderful weekend.

Respectfully,

Bradley Clonan

[Quoted text hidden]

---

**SheriffServices** <SheriffServices@co.burlington.nj.us> Mon, Jul 20, 2026 at 8:57 AM
To: Brad Clonan <clonanxyz@gmail.com>

Good morning,

The response we have received from the legal department is all our office can go by. If you any further questions, they would need to be addressed through the court.

Thank You,

Burlington County Sheriff's Office

Civil Process Unit

49 Rancocas Rd. Rm. G4

Mt. Holly, NJ, 08060

Ph: (609) 265-5127

Fax: (609) 265-5767

---

**From:** Brad Clonan <clonanxyz@gmail.com>
**Sent:** Friday, July 17, 2026 4:21 PM
[Quoted text hidden]

[Quoted text hidden]