**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Malinda A. Miller, Esq. (Malinda.Miller@lewisbrisbois.com)
Robert E. Spitzer, Esq. (Robert.Spitzer@lewisbrisbois.com)
Michael A. Vespa, Esq. (Michael.Vespa@lewisbrisbois.com)
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 577-6260
Fax: (973) 577-6261
*Attorneys for Defendants, Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros*

| | |
|---|---|
| BRADLEY CLONAN,<br><br>Plaintiff,<br><br>v.<br><br>CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIORAL HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; and “INTERN ASHLEY” (John/Jane Doe),<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.<br>3:24-cv-11399-RK-RLS<br><br>**CERTIFICATION OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, Isabel Moreno, hereby certify that on this date an original and one copy of Defendants' Opposition to Plaintiff's Cross-Motion for Extension of Time to Complete Service was served via First Class Mail, electronic mail (clonanxyz@gmail.com), and this Honorable Court's electronic filing system upon the following on July 20, 2026:

Bradley Clonan
2604 Rhododendron Drive
Abingdon, MD 21009
*Plaintiff Pro Se*

In addition, a copy of the within Opposition was served via this Honorable Court's electronic filing system upon the following on July 20, 2026:

John M. Hockin, Jr.
RONAN, TUZZIO & GIANNONE, P.C.
4000 Route 66, Suite 231
One Hovchild Plaza Tinton Falls, NJ 07753
*Attorneys for Defendants, RWJ Barnabas Health – Monmouth Medical Center, Eric Carney, CEO, The Estate of Dr. Mohsen Rehim, Dr. Chris Fabian, Virginia Heggen, Margaret Neilsen, Johanna Rosario, and Lauren Zalepka*

Katherine Ellen Chrisman
Matthew J. Behr
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
15000 Midlantic Drive, Suite 200
P.O. Box 5429
Mount Laurel, NJ 08054
*Attorneys for Defendants, Centrastate Healthcare System/ Atlantic Healthcare System*

In addition, a courtesy copy of these materials was forwarded via Federal Express to the following:

The Honorable Robert Kirsch, U.S.D.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

By: *[/s/ Isabel Moreno]*
Isabel Moreno

Dated: July 20, 2026