**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Malinda A. Miller, Esq. – NJ Attorney ID No. 020691996
Robert E. Spitzer, Esq. – NJ Attorney ID No. 032782006
Michael A. Vespa, Esq. – NJ Attorney ID No. 437182023
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 577-6260
Fax: (973) 577-6261
*Attorneys for Defendants Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros*

| | |
|---|---|
| BRADLEY CLONAN,<br><br>Plaintiff,<br><br>v.<br><br>CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIORAL HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; and “INTERN ASHLEY” (John/Jane Doe),<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.<br>3:24-cv-11399-RK-RLS<br><br>**PROPOSED ORDER** |

This matter having been opened to the Court by Bradley Clonan, Plaintiff, *pro se,* by way of Motion for Pro Bono Counsel, the Court

having reviewed all papers, and arguments of the parties, and for good cause shown;

IT IS on this _______ day of ________________________, 2026;

**ORDERED** that Plaintiff's Motion for Pro Bono Counsel is hereby denied with PREJUDICE; it is further

**ORDERED** that absent leave from the Court, Plaintiff is barred from filing another Motion for Pro Bono Counsel; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties of record within ___ days receipt by Plaintiff.

____________________________________

The Hon. Robert Kirsch, U.S.D.J.

OPPOSED [ ]
UNOPPOSED [ ]