**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **BRADLEY CLONAN,**<br><br>Plaintiff,<br><br>v.<br><br>CENTRASTATE HEALTHCARE SYSTEM, et al.,<br><br>Defendants. | **Civil Action No. 3:24-cv-11399-RK-RLS**<br><br>**DECLARATION OF BRADLEY CLONAN REGARDING DOMICILE**<br>**Motion Day: September 8, 2026** |

I, Bradley Clonan, declare as follows:

1. I am the Plaintiff in this action. I make this declaration from my personal knowledge.
2. Since December 2021, I have lived in Maryland and maintained my home in Maryland.
3. This action was commenced on December 20, 2024.
4. On December 20, 2024, I was physically living at 2604 W. Rhododendron Drive, Abingdon, Maryland 21009.
5. On December 20, 2024, Maryland was my true, fixed, and permanent home.
6. On December 20, 2024, I intended to remain in Maryland indefinitely and to return to my Maryland home whenever I was temporarily absent.
7. I continue to live in Maryland today. Maryland remains my true, fixed, and permanent home, and I intend to continue living in Maryland indefinitely.

8. On December 20, 2024, I did not maintain New Jersey as my permanent home and did not intend to make New Jersey my permanent home.

9. My reference in an earlier filing to being a "Law abiding New Jersey resident" was imprecise. It was not intended to state that New Jersey was my domicile when this action commenced. I grew up in New Jersey and moved my family to Maryland in 2021 I do not intend to return to New Jersey.

10. My statement that I might seek future medical care in New Jersey did not reflect an intention to move to New Jersey or make New Jersey my permanent home. I have a club foot and have had approximately 13 surgeries in the past in the state of New Jersey, who are familiar with my disability.

11. The domicile allegations in paragraph 4 of the Second Amended Complaint accurately describe my physical presence and intent when this action commenced.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 29th, 2026 at Abingdon, Maryland
/S/ Bradley Clonan
Bradley Clonan
Bradley Clonan, Pro Se
732-476-9555
clonanxyz@gmail.com
2604 W. Rhododendron Drive, Abingdon, MD 21009