UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BRADLEY CLONAN, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 3:24-CV-11399-RK-RLS |
| | ) | |
| v. | ) | |
| | ) | Certificate of Service |
| CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC HEALTHCARE SYSTEM, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I, Bradley Clonan, certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on July 29, 2026, I caused the following documents to be submitted to the Clerk of the United States District Court for the District of New Jersey through the Court's Alternate Document Submission ("ADS") system:

1. Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss (ECF No. 101);
2. Plaintiff's Declaration Regarding Domicile; and
3. Plaintiff's Proposed Order Denying ECF No. 101.

Upon docketing, the Court's CM/ECF system will electronically transmit a Notice of Electronic Filing to all ECF Filing Users and counsel of record, including counsel for the moving CentraState Defendants. Transmission of the Notice of Electronic Filing constitutes service on those registered users.

On the same date, I also transmitted courtesy copies of these documents by email to the attorneys of record who filed ECF No. 101 on behalf of the moving CentraState Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2026, in Abingdon, Maryland.
/S/ Bradley Clonan
Bradley Clonan

Bradley Clonan, Plaintiff Pro Se
2604 W. Rhododendron Drive
Abingdon, Maryland 21009
Telephone: 732-476-9555
Email: clonanxyz@gmail.com