**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRADLEY CLONAN,<br><br>Plaintiff,<br><br>v.<br><br>CENTRASTATE HEALTHCARE SYSTEM, et al.,<br><br>Defendants. | **Civil Action No. 3:24-cv-11399-RK-RLS**<br><br>**PLAINTIFF'S NOTICE OF FILING MONMOUTH COUNTY SHERIFF'S RETURNS AND SUPPLEMENTAL CERTIFICATION OF SERVICE EFFORTS** |

Plaintiff Bradley Clonan, proceeding pro se, files the attached signed returns from the Monmouth County Sheriff's Office under Federal Rule of Civil Procedure 4(l) as a supplement to the service record.

Exhibit A contains nine returns. The returns report two completed deliveries to persons identified by the Sheriff as authorized to accept for corporate entities and seven unsuccessful attempts on individual defendants. The unsuccessful returns are offered as evidence of Plaintiff's efforts, not as proof that those individuals were served.

The CentraState corporate return identifies the recipient entity as "CentraState Medical Center (corporate entity)." The docketed case names CentraState Healthcare System. Plaintiff therefore does not ask the Court, through this Notice alone, to decide that the return establishes service on a differently named entity.

Exhibit B contains selected, service-related excerpts of Plaintiff's July 8, July 9, and July 24, 2026 correspondence with counsel concerning acceptance of service and requests for information needed to complete service. The emails are submitted to document diligence; Plaintiff does not contend that an attorney's receipt of an email served any individual for whom the attorney did not expressly accept service or execute a waiver.

This Notice requests no new relief and is not a motion, brief, reply, or sur-reply. Plaintiff asks only that the returns and the following factual certification be placed on the docket. Any request for additional time or limited identification or service discovery will be submitted separately in accordance with the applicable rules and Judge Singh's procedures.

On July 28, 2026, a motion to dismiss was filed at ECF No. 101 identifying CentraState Healthcare System and Jordan White, R.N. as movants. In light of that filing, Plaintiff does not presently seek location discovery for White. This Notice does not ask the Court to decide any service defense.

Plaintiff remains prepared to make prompt, lawful service attempts if reliable service information is obtained and if the Court grants any additional time that may be necessary.

Respectfully submitted,

Signature: ______________________________

Bradley Clonan, Plaintiff pro se
2604 W. Rhododendron Drive
Abingdon, MD 21009
clonanxyz@gmail.com
732-476-9555

Date: July 29th, 2026

**SUPPLEMENTAL CERTIFICATION OF BRADLEY CLONAN**

I, Bradley Clonan, certify under 28 U.S.C. § 1746, based on my personal knowledge and review of my own correspondence and the Sheriff's signed returns, as follows:

1. I am the pro se Plaintiff in this action. I make this certification to document the steps I took to serve the individual and institutional defendants identified below.
2. On July 8, 2026, I emailed John M. Hockin, Jr. copies of the Second Amended Complaint and summonses for Monmouth Medical Center, Chris Fabian, M.D., and Theo F. Kalogridis, R.N. I asked whether he was authorized to accept service and stated that, if not, I would use the Monmouth County Sheriff's Office.
3. Also on July 8, 2026, I emailed Matthew J. Behr, Patricia A. Yarson, and Tracy L. Burnley copies of the Second Amended Complaint and summonses for the CentraState-related defendants and made the same request concerning acceptance of service.
4. On July 9, 2026, Mr. Hockin wrote that he had authority to accept for Monmouth Medical Center but had not heard from the individual client. I then asked specifically whether his firm represented Kalogridis and Fabian and whether he could accept for either individual. I received no express acceptance for either individual.
5. On July 9, 2026, Mr. Behr wrote that he had emailed his client and would advise me when he heard back. I received no express acceptance for the CentraState-related individuals before sending the papers to the Sheriff.
6. The Sheriff's return at Exhibit A-1 states that on July 20, 2026, at 10:40 a.m., a deputy delivered the summons, Second Amended Complaint, and Jury Demand at 901 West Main Street, Freehold, New Jersey, to David Clark in Risk Management, whom the return identifies as authorized to accept for "CentraState Medical Center (corporate entity)."
7. The returns at Exhibits A-2 through A-6 report unsuccessful attempts on July 20, 2026, at the same address for Steven Guillen, M.D.; Stephen Van Pelt, M.D.; Aradia Tabasko, PA-C; Jordan White, R.N.; and Antonella Salony, R.N.
8. The Guillen, Van Pelt, and Tabasko returns state that David Clark described their company as "either envision or invision." The White and Salony returns state that Clark described each as a contract nurse whose whereabouts were unknown. I report those statements as written in the returns; I have not independently confirmed the precise employing or contracting legal entity.

9. The return at Exhibit A-7 states that on July 20, 2026, at 1:40 p.m., a deputy delivered the papers to John Hockin, Jr. at 4000 Route 66, Suite 231, One Hovchild Plaza, Tinton Falls, New Jersey, and identifies him as authorized to accept for Monmouth Medical Center.
10. The returns at Exhibits A-8 and A-9 report unsuccessful attempts on July 21, 2026, at Monmouth Medical Center for Theo F. Kalogridis, R.N. and Chris Fabian, M.D. The returns state that Kalogridis had not worked there for years and that Fabian had “retired a few years ago.”
11. On July 24, 2026, before I had received the signed returns, I emailed Mr. Behr with the preliminary information I had received from the Sheriff. I asked for clarification concerning the individuals’ employment or affiliation and for available current business service information. A service-related copy of that email is included in Exhibit B.
12. On July 28, 2026, a motion to dismiss was filed at ECF No. 101 and identifies CentraState Healthcare System and Jordan White, R.N. as movants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 29th, 2026 ________________, 2026

Signature: ________________________

Bradley Clonan, Plaintiff pro se

**CERTIFICATE OF SERVICE**

I certify that on July 29th, 2026, 2026, I submitted the foregoing Notice and Supplemental Certification, with Exhibits A and B, through the Court's Alternate Document Submission system. Upon docketing, the Court's CM/ECF system will transmit a Notice of Electronic Filing to the registered ECF users associated with this case.

Dated: July 29th, 2026

Signature: ______________________
Bradley Clonan, Plaintiff pro se

# EXHIBIT A

Monmouth County Sheriff's Returns

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
(732) 431-6400 ext 1101 FAX (732) 294-5965

Sheriff's File Number:
26001432

## AFFIDAVIT OF SERVICE

Court Docket #: **324CV1139RKRLS**

| |
|---|
| Bradley Clonan, Et Al.,<br><br>vs.<br><br>CentraState Healthcare System/Atlantic Healthcare System, Et Al., |

United States District Court District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Anthony Bertorelli, and appoint him/her to be my Deputy to execute and return the within **Summons & Second Amended Complaint and Jury Demand.**

## SERVICE INFORMATION

On 7/20/2026 at 10:40 AM at 901 West Main Street Freehold, NJ 07728, deponent served the within on ***CentraState Medical Center (corporate entity)***, the defendant named therein, in the following manner:

## CORPORATION

By delivering to and leaving with ***David Clark - Risk Management*** Authorized to Accept service for CentraState Medical Center (corporate entity) a true copy thereof.

Deputy Notes:

Fees Received from Attorney: $111.84

Attorney Name: ,

Anthony Bertorelli
Deputy Sheriff

66-246
Badge Number

©SoftCode, Inc. - NJ_Monmouth_CSMonOUTSATEAffidavit

Print Date: 7/22/2026

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
(732) 431-6400 ext 1101 FAX (732) 294-5965

Sheriff's File Number:
26001432

# AFFIDAVIT OF SERVICE

Court Docket #: **324CV1139RKRLS**

| |
|---|
| Bradley Clonan, Et Al.,<br><br>vs.<br><br>CentraState Healthcare System/Atlantic Healthcare System, Et Al., |

United States District Court District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Anthony Bertorelli, and appoint him/her to be my Deputy to execute and return the within **Summons & Second Amended Complaint and Jury Demand.**

## SERVICE INFORMATION

On 7/20/2026 at c/o CentraState Medical Center 901 West Main Street Freehold, NJ 07728 , deponent *attempted service* on ***Dr. Steven Guillen, M.D.***, the defendant named therein.

## UNABLE TO SERVE

Spoke to head of risk management David Clark. He stated that Dr. Steven Guillen, M.D. works for a company called either envision or invision.

Fees Received from Attorney: $111.84

Attorney Name: ,

Print Date: 7/22/2026

Anthony Bertorelli
Deputy Sheriff

66-246
Badge Number

©SoftCode, Inc. - NJ_Monmouth_UNSMonAffidavit

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
(732) 431-6400 ext 1101 FAX (732) 294-5965

Sheriff's File Number:
26001432

# AFFIDAVIT OF SERVICE

Court Docket #: **324CV1139RKRLS**

| |
|---|
| Bradley Clonan, Et Al.,<br><br>vs.<br><br>CentraState Healthcare System/Atlantic Healthcare System, Et Al., |

United States District Court District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Anthony Bertorelli, and appoint him/her to be my Deputy to execute and return the within **Summons & Second Amended Complaint and Jury Demand.**

*Shaun Golden*

## SERVICE INFORMATION

On 7/20/2026 at c/o CentraState Medical Center 901 West Main Street Freehold, NJ 07728 , deponent *attempted service* on ***Dr. Stephen Van Pelt, M.D.***, the defendant named therein.

## UNABLE TO SERVE

Spoke to head of risk management David Clark. He stated that Dr. Stephen Van Pelt, M.D., works for a company called either envision or invision.

Fees Received from Attorney: $111.84

Attorney Name: ,

Print Date: 7/22/2026

Anthony Bertorelli
Deputy Sheriff

66-246
Badge Number

©SoftCode, Inc. - NJ_Monmouth_UNSMonAffidavit

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
(732) 431-6400 ext 1101 FAX (732) 294-5965

Sheriff's File Number:
26001432

# AFFIDAVIT OF SERVICE

Court Docket #: **324CV1139RKRLS**

| |
|---|
| Bradley Clonan, Et Al.,<br><br>vs.<br><br>CentraState Healthcare System/Atlantic Healthcare System, Et Al., |

United States District Court District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Anthony Bertorelli, and appoint him/her to be my Deputy to execute and return the within **Summons & Second Amended Complaint and Jury Demand.**

Shaun Golden

## SERVICE INFORMATION

On 7/20/2026 at c/o CentraState Medical Center 901 West Main Street Freehold, NJ 07728 , deponent *attempted service* on ***A. Tabasko, PA-C (Aradia Tabasko)***, the defendant named therein.

## UNABLE TO SERVE

Spoke to head of risk management David Clark. He stated that A. Tabasko, PA-C (Aradia Tabasko) works for a company called either envision or invision.

Fees Received from Attorney: $111.84

Attorney Name: ,

Print Date: 7/22/2026

Anthony Bertorelli
Deputy Sheriff

66-246
Badge Number

©SoftCode, Inc - NJ_Monmouth_UNSMonAffidavit

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
(732) 431-6400 ext 1101 FAX (732) 294-5965

Sheriff's File Number:
26001432

## AFFIDAVIT OF SERVICE

Court Docket #: **324CV1139RKRLS**

| |
|---|
| Bradley Clonan, Et Al.,<br><br>vs.<br><br>CentraState Healthcare System/Atlantic Healthcare System, Et Al., |

United States District Court District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Anthony Bertorelli, and appoint him/her to be my Deputy to execute and return the within **Summons & Second Amended Complaint and Jury Demand.**

## SERVICE INFORMATION

On 7/20/2026 at c/o CentraState Medical Center 901 West Main Street Freehold, NJ 07728 , deponent *attempted service* on ***Jordan White, R.N.***, the defendant named therein.

## UNABLE TO SERVE

Spoke to head of risk management David Clark. He stated that Jordan White, R.N. is a contract nurse and whereabouts are unknown.

Fees Received from Attorney: $111.84

Attorney Name: ,

Print Date: 7/22/2026

[signature]

Anthony Bertorelli
Deputy Sheriff

66-246
Badge Number

©SoftCode, Inc. - NJ_Monmouth_UNSMonAffidavit

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
(732) 431-6400 ext 1101 FAX (732) 294-5965

Sheriff's File Number:
26001432

# AFFIDAVIT OF SERVICE

Court Docket #: **324CV1139RKRLS**

| |
|---|
| Bradley Clonan, Et Al.,<br><br>vs.<br><br>CentraState Healthcare System/Atlantic Healthcare System, Et Al., |

United States District Court District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Anthony Bertorelli, and appoint him/her to be my Deputy to execute and return the within **Summons & Second Amended Complaint and Jury Demand.**

Shaun Golden

## SERVICE INFORMATION

On 7/20/2026 at c/o CentraState Medical Center 901 West Main Street Freehold, NJ 07728 , deponent *attempted service* on ***Antonella Salony, R.N.***, the defendant named therein.

## UNABLE TO SERVE

Spoke to head of risk management David Clark. He stated that Antonella Salony, R.N. is a contract nurse and whereabouts are unknown.

Fees Received from Attorney: $111.84

Attorney Name: ,

Print Date: 7/22/2026

Anthony Bertorelli
Deputy Sheriff

66-246
Badge Number

©SoftCode, Inc. - NJ_Monmouth_UNSMonAffidavit

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
(732) 431-6400 ext 1101 FAX (732) 294-5965

Sheriff's File Number:
26001432

# AFFIDAVIT OF SERVICE

Court Docket #: **324CV1139RKRLS**

| |
|---|
| Bradley Clonan, Et Al.,<br><br>vs.<br><br>CentraState Healthcare System/Atlantic Healthcare System, Et Al., |

United States District Court District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Bernard Guinan, and appoint him/her to be my Deputy to execute and return the within **Summons & Second Amended Complaint and Jury Demand.**

## SERVICE INFORMATION

On 7/20/2026 at 1:40 PM at c/o John Hockin Jr. 4000 Route 66, Suite 231 One Hovchild Plaza Tinton Falls, NJ 07724 , deponent served the within on ***Monmouth Medical Center (corporate entity)***, the defendant named therein, in the following manner:

## CORPORATION

By delivering to and leaving with ***John Hockin Jr*** Authorized to Accept service for Monmouth Medical Center (corporate entity) a true copy thereof.

Deputy Notes:

Fees Received from Attorney: $57.60

Attorney Name: ,

Bernard Guinan
Deputy Sheriff

48-02
Badge Number

©SoftCode, Inc. - NJ_Monmouth_CSMonOUTSATEAffidavit

Print Date: 7/22/2026

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
(732) 431-6400 ext 1101 FAX (732) 294-5965

Sheriff's File Number:
26001432

# AFFIDAVIT OF SERVICE

Court Docket #: **324CV1139RKRLS**

Bradley Clonan, Et Al.,

vs.

CentraState Healthcare System/Atlantic Healthcare System, Et Al.,

United States District Court District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Michael Haines, and appoint him/her to be my Deputy to execute and return the within **Summons & Second Amended Complaint and Jury Demand.**

## SERVICE INFORMATION

On 7/21/2026 at c/o Monmouth Medical Center 300 Second Avenue Long Branch, NJ 07740 , deponent *attempted service* on ***Theo F. Kalogridis, R.N.***, the defendant named therein.

## UNABLE TO SERVE

Unable to serve, Theo F. Kalogridis, R.N., no longer works at Monmouth Medical Center it has been years since he has worked there.

Fees Received from Attorney: $57.60

Attorney Name: ,

Print Date: 7/22/2026

Michael Haines
Deputy Sheriff

66-225
Badge Number

©SoftCode, Inc. - NJ_Monmouth_UNSMonAffidavit

**Monmouth County Sheriff's Office**
**Shaun Golden, Sheriff**
2500 Kozloski Road, Freehold, NJ 07728
(732) 431-6400 ext 1101 FAX (732) 294-5965

Sheriff's File Number:
26001432

## AFFIDAVIT OF SERVICE

Court Docket #: **324CV1139RKRLS**

Bradley Clonan, Et Al.,

vs.

CentraState Healthcare System/Atlantic Healthcare System, Et Al.,

United States District Court District of New Jersey

I, Shaun Golden, Sheriff of Monmouth County, do hereby deputize Michael Haines, and appoint him/her to be my Deputy to execute and return the within **Summons & Second Amended Complaint and Jury Demand.**

Shaun Golden

**SERVICE INFORMATION**

On 7/21/2026 at c/o Monmouth Medical Center 300 Second Avenue Long Branch, NJ 07740 , deponent *attempted service* on ***Chris Fabian, M.D.***, the defendant named therein.

**UNABLE TO SERVE**

Unable to serve, Chris Fabian M.D. no longer works at Monmouth Medical Center, he retired a few years ago.

Fees Received from Attorney: $57.60

Attorney Name: ,

Print Date: 7/22/2026

Michael Haines
Deputy Sheriff

66-225
Badge Number

©SoftCode, Inc. - NJ_Monmouth_UNSMonAffidavit

# EXHIBIT B

Service Correspondence

# EXHIBIT B-1 — SERVICE CORRESPONDENCE

| | |
|---|---|
| Date | July 8, 2026, 9:20 a.m. EDT |
| From | Brad Clonan <clonanxyz@gmail.com> |
| To | John M. Hockin, Jr. <jhockin@ronanlaw.com> |
| Subject | Courtesy Copy of Second Amended Complaint and Inquiry Regarding Acceptance of Service |
| Gmail ID | 19f41e32305bbc31 |

*Selected service-related excerpt. Non-service text omitted.*

Good morning,

Please find attached courtesy copies of the Second Amended Complaint, together with the Summonses issued by the Court for the Monmouth Medical Center Defendants.

I would appreciate it if you could advise whether you are authorized to accept service on behalf of your clients in this matter. If so, I will proceed accordingly. If not, please let me know, and I will proceed with service through the Monmouth County Sheriff’s Office in accordance with the Federal Rules of Civil Procedure.

Thank you for your time and consideration. I look forward to your response.

Respectfully,
Bradley Clonan
Plaintiff, pro se

Attachment record: Attachments shown in Gmail: Second Amended Complaint.pdf; Summons ECF92 - Monmouth Medical Center.pdf; Summons ECF92 - Fabian.pdf; Summons ECF92 - Kalogridis.pdf.

# EXHIBIT B-2 — SERVICE CORRESPONDENCE

| | |
|---|---|
| Date | July 9, 2026, 10:45 a.m. EDT |
| From | John M. Hockin, Jr. <jhockin@ronanlaw.com> |
| To | Brad Clonan <clonanxyz@gmail.com> |
| Subject | RE: Courtesy Copy of Second Amended Complaint and Inquiry Regarding Acceptance of Service |
| Gmail ID | 19f47570c94340f6 |

*Service-related message text. Signature boilerplate omitted.*

Mr. Clonan:

I certainly have authority to accept on behalf of Monmouth Medical Center. I have not heard from the individual client yet.

Thank you.

John M. Hockin, Jr., Esq.

# EXHIBIT B-3 — SERVICE CORRESPONDENCE

| | |
|---|---|
| Date | July 9, 2026, 11:03 a.m. EDT |
| From | Brad Clonan <clonanxyz@gmail.com> |
| To | John M. Hockin, Jr. <jhockin@ronanlaw.com> |
| Subject | Re: Courtesy Copy of Second Amended Complaint and Inquiry Regarding Acceptance of Service |
| Gmail ID | 19f47675e572233e |

*Service-related message text. Prior quoted thread omitted.*

Mr. Hockin,

Thank you for your response.

I appreciate your confirmation that you are authorized to accept service on behalf of Monmouth Medical Center. Accordingly, I will have the Monmouth County Sheriff’s Department deliver the Second Amended Complaint and Summons for Monmouth Medical Center to your office.

Just to clarify, does your firm continue to represent Theo F. Kalogridis and Dr. Chris Fabian, M.D. in this matter? If so, please let me know by 11:00 a.m. tomorrow, July 10, 2026, whether you are authorized to accept service on behalf of either or both of those defendants. If I do not receive confirmation by that time, I will proceed as planned with service upon Theo F. Kalogridis and Dr. Chris Fabian, M.D. through the Monmouth County Sheriff’s Department.

Thank you.

Respectfully,
Bradley Clonan
Plaintiff, pro se

# EXHIBIT B-4 — SERVICE CORRESPONDENCE

| | |
|---|---|
| Date | July 8, 2026, 9:18 a.m. EDT |
| From | Brad Clonan <clonanxyz@gmail.com> |
| To | Matthew J. Behr; Patricia A. Yarson; Tracy L. Burnley |
| Subject | Courtesy Copy of Second Amended Complaint and Inquiry Regarding Acceptance of Service — 3:24-cv-11399-RK-RLS |
| Gmail ID | 19f41e15cebefd9e |

*Selected service-related excerpt. Non-service text omitted.*

Good morning,

Please find attached courtesy copies of the Second Amended Complaint, together with the Summonses issued by the Court for the CentraState Defendants.

I would appreciate it if you could advise whether you are authorized to accept service on behalf of your clients in this matter. If so, I will proceed accordingly. If not, please let me know, and I will proceed with service through the Monmouth County Sheriff’s Office in accordance with the Federal Rules of Civil Procedure.

Thank you for your time and consideration. I look forward to your response.

Respectfully,
Bradley Clonan
Plaintiff, pro se

Attachment record: Attachments shown in Gmail: Second Amended Complaint.pdf; summonses for CentraState Healthcare System, Guillen, Tabasko, White, Van Pelt, and Salony.

# EXHIBIT B-5 — SERVICE CORRESPONDENCE

| | |
|---|---|
| Date | July 9, 2026, 4:32 p.m. EDT |
| From | Matthew J. Behr <MJBehr@mdwcg.com> |
| To | Brad Clonan <clonanxyz@gmail.com> |
| Subject | RE: Courtesy Copy of Second Amended Complaint and Inquiry Regarding Acceptance of Service — 3:24-cv-11399-RK-RLS |
| Gmail ID | 19f489555a8bae6a |

*Service-related message text. Signature and quoted thread omitted.*

Mr. Clonan - I have an email to my client I will advise once I hear back.

# EXHIBIT B-6 — SERVICE CORRESPONDENCE

| | |
|---|---|
| Date | July 24, 2026, 2:47 p.m. PDT / 5:47 p.m. EDT |
| From | Brad Clonan <clonanxyz@gmail.com> |
| To | Matthew J. Behr <mjbehr@mdwcg.com> |
| Subject | Clarification Regarding CentraState Service Information |
| Gmail ID | 19f9618aeaa5f1ae |

*Complete message text.*

Mr. Behr,

I spoke with the Monmouth County Sheriff's Office today and was advised that CentraState was served, but that Guillen, Van Pelt, Tabasko, Salony, and White were not served because CentraState reportedly stated that none of them works there anymore. The signed returns are still pending, so I understand this information is preliminary.

This appears inconsistent with current Atlantic Health/CentraState webpages. Profiles remain active for Guillen, Van Pelt, and Tabasko, and Guillen and Tabasko are expressly listed as affiliated with CentraState Medical Center.

I recognize that employment and hospital affiliation are not necessarily the same. Please clarify whether CentraState meant that these individuals are no longer employees, are no longer affiliated with or privileged at the hospital, or simply are not regularly located there. Please also provide any available current business service information so that service can be completed.

Because this case already involves disputed information allegedly provided by CentraState personnel to law enforcement, I would appreciate a direct and accurate written clarification.

Respectfully,

Bradley Clonan
Plaintiff Pro Se
Clonan v. CentraState Healthcare System, et al.
Civil Action No. 3:24-cv-11399-RK-RLS