**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**BRADLEY CLONAN,**

Plaintiff,

v.

CENTRASTATE HEALTHCARE SYSTEM, et al.,

Defendants.

**Civil Action No. 3:24-cv-11399-RK-RLS**

**PROPOSED ORDER**
**Motion Day: September 8, 2026**

This matter having come before the Court on the Motion to Dismiss filed by Defendants CentraState Healthcare System/Atlantic Health System and Jordan White, R.N. (ECF No. 101); Plaintiff Bradley Clonan having filed opposition; the Court having considered the parties' submissions; and for good cause shown;

IT IS on this ______ day of __________________, 2026,

ORDERED that the Motion to Dismiss (ECF No. 101) is DENIED; and it is further

ORDERED that the Clerk shall serve a copy of this Order on Plaintiff and all counsel of record.

______________________________
**HON. ROBERT KIRSCH, U.S.D.J.**