AO 239 (Rev. 01/15) - Supplemental Sheet

# UNITED STATES DISTRICT COURT

for the District of New Jersey

**BRADLEY CLONAN, Plaintiff/Petitioner**
v.
**CENTRASTATE HEALTHCARE SYSTEM/ATLANTIC, Defendant/Respondent**

Civil Action No. 3:24-cv-11399-RK-RLS

## SUPPLEMENTAL SHEET TO APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

### Question 7 - Persons Who Rely on You or Your Spouse for Support

| | |
|---|---|
| **Name:** | Bradley Clonan |
| **Case/Docket Number:** | 3:24-cv-11399-RK-RLS |
| **Question Number:** | 7 |

**Response to Question 7:**

The following person relies on me for support:

| Name (if under 18, initials only) | Relationship | Age |
|---|---|---|
| Z.J.C. | Son | 8 months |

The minor child identified by initials above is my 8-month-old son and relies on me for support.

/S/ Bradley Clonan
Bradley Clonan
Date 08/01/2026