Bradley Clonan
2604 W. Rhododendron Drive
Abingdon, Maryland 21009
Telephone: (732) 476-9555
Plaintiff Pro Se

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRADLEY CLONAN,<br>Plaintiff,<br>v.<br>CENTRASTATE HEALTHCARE SYSTEM/<br>ATLANTIC HEALTHCARE SYSTEM, et al.,<br>Defendants. | **Civil Action No.**<br>**3:24-cv-11399-RK-RLS**<br>Hon. Robert Kirsch, U.S.D.J. |

**DECLARATION REGARDING CORRECTION OF ECF NO. 86**
**AND IN SUPPORT OF RENEWED APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, Bradley Clonan, declare as follows:

1. I am the self-represented Plaintiff in this action. On July 31, 2026, the Court denied without prejudice my application to proceed in forma pauperis filed at ECF No. 86.
2. After reviewing the Court's Text Order and the underlying payroll records, I discovered an inadvertent clerical and data-entry error in the calculation and reporting of my spouse's variable biweekly gross earnings. In ECF No. 86, I incorrectly reported $3,333.33 as her average monthly employment income during the preceding twelve months and $8,000.00 as both her expected monthly employment income and her gross monthly pay.
3. Her employer's payroll records reflect $26,074.98 in gross earnings over eleven biweekly pay periods through the pay period ending July 18, 2026. Dividing those gross earnings by the full twelve-month reporting period, including the months during which she had no employment income, results in average monthly income of $2,172.92. Her average gross

earnings per biweekly pay period were $2,370.45, which is equivalent to estimated gross monthly earnings of $5,135.98.

4. I am submitting a newly completed AO 239 containing the corrected figures. I can provide the underlying payroll records, bank statements, or other supporting documentation if requested by the Court.

5. I respectfully apologize to the Court for this error. It was inadvertent, and I am correcting it promptly after verifying the payroll records. I understand that I bear the burden of establishing eligibility for in forma pauperis status, that such status is discretionary, and that submission of corrected information does not guarantee that the renewed application will be granted.

6. This declaration does not dispute or challenge the July 31, 2026, Text Order entered by the Honorable Robert Kirsch, United States District Judge. It is submitted solely to correct the financial information reported in ECF No. 86 and to support the renewed application. This correction does not amend, withdraw, or otherwise alter any other filing in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2026.

Respectfully submitted,

Bradley Clonan, Pro Se
2604 W. Rhododendron Drive
Abingdon, Maryland 21009
Telephone: (732) 476-9555

**CERTIFICATE OF SERVICE**

I certify that on August 1, 2026, I submitted the foregoing through the District of New Jersey's Alternate Document Submission (ADS) system for filing. Upon docketing, the Court's CM/ECF system will transmit a Notice of Electronic Filing to all registered counsel of record, thereby effecting electronic service.

Bradley Clonan