AO 240A (Rev. 01/09; NJ 06/17; NJ 10/21) Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

BRADLEY CLONAN et al

Plaintiff(s),

v.

CENTRASTATE HEALTHCARE SYS

Defendant(s).

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Civil Action No. 24-11399

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, **IT IS ORDERED** the application is:

☐ **GRANTED**, and

☐ The clerk is ordered to file the complaint,

☐ **IT IS FURTHER ORDERED**, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s). All costs of service shall be advanced by the United States.

☐ **DENIED**, for the following reasons:

☐ **IT IS FURTHER ORDERED**, the clerk is ordered to close the file. Plaintiff(s) may submit payment in the amount of **$405** within **14** days from the date of this order to reopen the case without further action from the Court.

ENTERED this ______ day of ____________, 2026

s/______________________________
Signature of Judicial Officer

Robert Kirsch, USDJ
Name and Title of Judicial Officer