43423.00110 RTE
**MARSHALL DENNEHEY**
By: Robert T. Evers, Esq.
Attorney I.D. No. 022141990
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
☎973-618-4100 🖷973-618-0685
rtevers@mdwcg.com
ATTORNEYS FOR DEFENDANTS, CentraState Healthcare System/Atlantic Health System and Jordan White, R.N.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
***(Trenton Vicinage)***

| | |
|---|---|
| BRADLEY CLONAN,<br><br>Plaintiff<br><br>vs.<br><br>CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIORAL HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO J. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE; R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; and “INTERN ASHLEY” (John/Jane Doe),<br><br>Defendants. | Civil Action NO.: 3:24-cv-11399-RK-RLS<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned and the law firm of Marshall Dennehey, P.C. hereby enter this Notice of Appearance as counsel of record for Defendant, CentraState Healthcare

System/Atlantic Health System and Jordan White, R.N., in the above captioned matter. I hereby certify that I am admitted to practice in this Court.

**MARSHALL DENNEHEY, P.C.**
*Attorney for Defendants, CentraState Healthcare System/Atlantic Health System and Jordan White, R.N.*

BY: ______________________________
Robert T. Evers, Esq.

Date: August 7, 2026