**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Malinda A. Miller, Esq. – NJ Attorney ID No. 020691996
Robert E. Spitzer, Esq. – NJ Attorney ID No. 032782006
Michael A. Vespa, Esq. – NJ Attorney ID No. 437182023
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 577-6260
Fax: (973) 577-6261
*Attorneys for Defendant Hampton Behavioral Health Center, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Giunta, and Jodi Sgouros*

| | |
|---|---|
| BRADLEY CLONAN,<br><br>Plaintiff,<br><br>v.<br><br>CENTRASTATE HEALTHCARE SYSTEM; HAMPTON BEHAVIORAL HEALTH CENTER; MONMOUTH MEDICAL CENTER; DR. CHRIS FABIAN, M.D.; THEO F. KALOGRIDIS, R.N.; DR. STEVEN GUILLEN, M.D.; DR. STEPHEN VAN PELT, M.D.; A. TABASKO, PA-C; ANTONELLA SALONY, R.N.; JORDAN WHITE, R.N.; DR. MICHAEL HOUDART, D.O.; DR. ATTA-UR REHMAN, M.D.; ANITA GIUNTA, L.S.W.; and “INTERN ASHLEY” (John/Jane Doe),<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.<br>3:24-cv-11399-RK-RLS<br><br>**CERTIFICATION OF COUNSEL IN SUPPORT OF DEFENDANTS’ OPPOSITION TO PLAINTIFF’S APPLICATION FOR SERVICE VIA U.S. MARSHAL** |

I, Michael A. Vespa, Esq., being of full age, certify to the following:

1. I am an attorney at law in the State of New Jersey with the law firm of Lewis Brisbois Bisgaard & Smith, LLP, attorneys for Defendants, Hampton Behavioral Health Center, Dr. Michael

Houdart, Dr. Atta-Ur Rehman, and Anita Giunta, and in such capacity am fully familiar with the facts stated herein.

2. I make this Certification in support of Defendants' opposition to Plaintiff's Application for Service via U.S. Marshal.

3. A true and accurate copy of Plaintiff's August 4, 2026, correspondence to Defendants and Defendants' August 6, 2026, response to same is attached hereto as **Exhibit A**.

**I HEREBY CERTIFY** that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Attorneys for Defendants, Dr. Michael Houdart, Dr. Atta-Ur Rehman, Anita Guinta, and Jodi Sgouros*

BY: ***_/s/ Michael Vespa***
Michael Vespa, Esq.

DATED: August 11, 2026