# Search Results

If you're having trouble finding your voter record, your current status is Inactive, or you have any questions, please contact your County Commissioner of Registration here.

**BRADLEY M CLONAN**

**Date of Birth**

[redacted]

**Registration Effective Date**

05/11/2007

**Current Registration Status**

Active

**County**

Middlesex

**Voter ID**

C2431152866

## Department of State

Office of the Secretary

Department of State Home

Business & Economic Development

Civic Engagement

Arts & Culture

## Statewide

Governor Mikie Sherrill
Lt. Governor Dr. Dale G. Caldwell
NJ Home
Services A to Z
Departments/Agencies
FAQs
Contact Us
Privacy Notice
Legal Statement & Disclaimers
Accessibility Statement

Copyright © NJ Department of State, 2001- 2026

NJ Division of Elections

Mailing Address
NJ Division of Elections, P.O. Box 304, Trenton, NJ 08625-0304

Office Address
225 West State Street, 1st Floor, Trenton, NJ 08608
Tel: 609-292-3760, 609-789-0124 Fax: 609-777-1280 Email: nj.elections@sos.nj.gov

Voting Information & Assistance
1-877-NJ-VOTER (1-877-658-6837)

TTY/TDD 609-292-0034
This site is maintained by New Jersey Department of State