# EXHIBIT E