# EXHIBIT A

Civil Action No. 3:24-cv-11399-RK-RLS

## Counsel’s August 12 and August 16, 2026 Email Communications

**A-1 — August 12, 2026**

**From:** Steven A. Johnston <SAJohnston@mdwcg.com>
**To:** Brad Clonan <clonanxyz@gmail.com>
**Cc:** Robert T. Evers
**Subject:** Clonan - Service to Jordan White, RN/CentraState

Good afternoon, Mr. Clonan:

My office represents CentraState and Jordan White, RN. Nurse White agrees to waive service of the Second Amended Complaint. We do not represent any other individual or entity in this matter. CentraState cannot accept service on behalf of any of the individuals you have inquired about.

Please contact me with any questions.

**A-2 — August 16, 2026**

**From:** Steven A. Johnston <SAJohnston@mdwcg.com>
**To:** Brad Clonan <clonanxyz@gmail.com>
**Cc:** Robert T. Evers
**Subject:** RE: Clonan - Service to Jordan White, RN/CentraState

Mr. Clonan:

Please see the Exhibits for the Motion to Dismiss attached, including Exhibit E which is not the entire medical record. I will respond to your prior email regarding service this week. All of the exhibits should have been attached to the Motion when it was shipped to you. I will review what was sent and resend you the hard copies of the exhibits via FedEx as well.

Please see exhibits attached.

Non-substantive signature graphics, confidentiality notices, and earlier quoted material are omitted. Authenticated by the Declaration of Bradley Clonan.