# EXHIBIT B

Civil Action No. 3:24-cv-11399-RK-RLS

## Maryland Voter-Registration Record

Official Maryland voter-services website; authenticated by the Declaration of Bradley Clonan.

6:36

SOS

voterservices.elections.maryland.gov

### My Voter Registration Record

| | |
|---|---|
| **Do you need to show ID when you vote?** | No |
| **Voter Name:** | Bradley Morgan Clonan |
| **Residential Address:** | 2604 W Rhododendron Dr<br>Abingdon, MD 21009 |
| **Mailing Address:** | SAME AS RESIDENTIAL |
| **Party Affiliation:** | Unaffiliated |
| **Registration Date:** | 3/3/2022 |

If you want to update or change any of this information, you can do it online or by mail. You must submit your changes at least 3 weeks before an election.

### Voting Center Information