**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **BRADLEY CLONAN,**<br><br>Plaintiff,<br><br>v.<br><br>**CENTRASTATE HEALTHCARE SYSTEM/ ATLANTIC HEALTH SYSTEM, et al.,**<br><br>Defendants. | **Civil Action No. 3:24-cv-11399-RK-RLS**<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE A LIMITED SUR-REPLY**<br><br>ECF Nos. 101, 102, and 109 |

THIS MATTER having been opened to the Court upon Plaintiff Bradley Clonan's Application for Leave to File a Limited Sur-Reply under Local Civil Rule 7.1(d)(6); and the Court having considered the application, proposed sur-reply, declaration, exhibits, and the record; and for good cause shown;

**IT IS on this ______ day of __________________, 2026, ORDERED that:**

**1.** Plaintiff's Application for Leave to File a Limited Sur-Reply is GRANTED.

**2.** The proposed limited sur-reply submitted with the Application shall be deemed filed as of the date of this Order. Alternatively, the Clerk shall permit Plaintiff to docket the same proposed sur-reply as a separate entry within three (3) days.

**3.** The sur-reply is limited to the new evidence, factual characterizations, and service development presented with or after ECF No. 109. No further sur-reply or response shall be filed unless the Court directs otherwise.

**4.** The Court acknowledges that Moving Defendants supplied Exhibit E to Plaintiff by email on August 16, 2026. Any request to compel delivery of that exhibit is therefore moot. This paragraph does not determine the evidentiary weight or proper Rule 12 treatment of Exhibit E.

**5.** Nothing in this Order unseals or alters the confidentiality protections applicable to ECF Nos. 36 and 39, Exhibit E, or any other medical record.

**6.** All other relief requested in the Application is reserved for decision with ECF No. 101 or denied without prejudice.

____________________________________

HON. ROBERT KIRSCH, U.S.D.J.