**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **BRADLEY CLONAN,**<br><br>Plaintiff,<br><br>v.<br><br>**CENTRASTATE HEALTHCARE SYSTEM/ ATLANTIC HEALTH SYSTEM, et al.,**<br><br>Defendants. | **Civil Action No. 3:24-cv-11399-RK-RLS**<br><br>**CERTIFICATE OF SERVICE**<br><br>Application for Leave and Proposed Limited Sur-Reply |

I, Bradley Clonan, certify that on August 17th, 2026, after reviewing and signing the accompanying papers, I served true and correct copies of the following documents: (1) Plaintiff's Application for Leave to File a Limited Sur-Reply; (2) the Proposed Limited Sur-Reply; (3) the Declaration of Bradley Clonan; (4) Exhibits A and B; (5) the Proposed Order; and (6) this Certificate of Service.

I served the papers by electronic mail on all counsel of record at the email addresses reflected on the docket, including counsel for Moving Defendants:

Steven A. Johnston, Esq.
Robert T. Evers, Esq.
Marshall Dennehey, P.C.
SAJohnston@mdwcg.com
RTEvers@mdwcg.com
Counsel for CentraState Healthcare System/Atlantic Health System and Jordan White, R.N.

I also submitted the filing through the District of New Jersey's Alternate Document Submission system. I will retain the sent-email confirmation and ADS submission confirmation. This certificate relies upon the direct email service described above and not solely upon any later Notice of Electronic Filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 17th, 2026, at Abingdon, Maryland.

/S/ Bradley Clonan

Bradley Clonan

Bradley Clonan, Plaintiff Pro Se