**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **BRADLEY CLONAN,**<br><br>Plaintiff,<br><br>v.<br><br>**CENTRASTATE HEALTHCARE SYSTEM/**<br>**ATLANTIC HEALTH SYSTEM, et al.,**<br><br>Defendants. | **Civil Action No. 3:24-cv-11399-RK-RLS**<br><br>**DECLARATION OF BRADLEY CLONAN IN SUPPORT OF APPLICATION FOR LEAVE**<br><br>28 U.S.C. § 1746 |

I, Bradley Clonan, declare under penalty of perjury under the laws of the United States as follows:

**1.** I am the Plaintiff in this action. I make this declaration from personal knowledge, except where I expressly identify information learned from my review of the docket, emails, or medical records.

**2.** On August 12, 2026, I received the Notice of Electronic Filing for ECF No. 109. I could access the public reply papers, but the confidential document identified as Exhibit E was not accessible to me through that notice and had not otherwise been provided to me at that time.

**3.** On August 15, 2026, I emailed counsel and requested the exact Exhibit E submitted to the Court.

**4.** On August 16, 2026, Steven A. Johnston, counsel for CentraState and Jordan White, emailed me the motion exhibits, including the PDF titled "CONFIDENTIAL Ex E to Reply MTD." Counsel stated that Exhibit E was not the entire medical record. I therefore do not presently request an order compelling delivery of Exhibit E.

**5.** Exhibit A is a true and correct reproduction of the material portions of counsel's August 12 and August 16, 2026 emails. Non-substantive signature graphics, confidentiality footers, and earlier quoted text have been omitted.

**6.** I accessed Maryland's official voter-services website and reviewed the voter-registration record displayed for me. Exhibit B is a true and correct screenshot of that record. It reflects my Abingdon, Maryland residential address and a registration date of March 3, 2022.

**7.** I was physically living in Maryland and intended Maryland to remain my permanent home when this action commenced on December 20, 2024, as stated in my declaration filed with ECF No. 102.

**8.** I did not flee Maryland. The travel sequence relevant to the chart was from Maryland to Pennsylvania and then New Jersey. I traveled voluntarily with my wife and children, was not evading law enforcement or legal process, and intended to return to my Maryland home.

**9.** The drive involved no collision, traffic citation, injury, threat by me toward a passenger, or other unsafe-driving event of which I am aware.

**10.** I did not tell a police officer, nurse, screener, physician, or family member that I wanted to kill or seriously harm myself or another person. I made no suicide attempt, homicidal threat, assault, weapon threat, or threat of serious property damage.

**11.** I am unaware of any family member reporting that they personally saw or heard me hallucinating. The records I have reviewed use generalized references to "family" but do not identify for me which family member allegedly made such a report or what that person specifically observed.

**12.** Before my transfer from CentraState, I do not recall a face-to-face examination by Dr. Steven Guillen, Dr. Stephen Van Pelt, or another physician.

**13.** The only physician interaction I recall before transfer was a remote telepsychiatry encounter with Dr. Chris Fabian. By my recollection, the interaction lasted approximately five to ten

minutes. The certified medical records and legal files explicitly document that your psychiatric evaluation was conducted entirely via remote technology, and there are no in-person notes or face-to-face clinical examinations written by Dr. Fabian in my record.

**14.** Based on my understanding of the records and recollection my medical charts reveal that not a single attending physician who authorized my psychiatric detention or involuntary transfer at CentraState actually examined me face-to-face.

**15.** My review confirms that Dr. Fabian's clinical/screening certificate is dated March 25, 2023. I do not contend that Dr. Fabian first signed that certificate on March 27.

**16.** The March 27 timestamp concerns Dr. Stephen Van Pelt's electronic ED attending attestation. The CentraState record reflects that the attestation was electronically signed at approximately 1:14 p.m. on March 27, 2023.

**17.** I had already been involuntarily transferred from CentraState to Hampton on March 25, 2023, at approximately 12:38 p.m., before Dr. Van Pelt's March 27 electronic attestation.

**18.** The separate "Physician Certification Consent for Transfer" bears A. Tabasko, PA-C's signature at approximately 11:51 a.m. on March 25. The copy I reviewed contains no attending-physician signature or countersignature. The accompanying checklist marks "No" as to whether risks, benefits, and alternatives were explained.

**19.** The transfer paperwork described me as weighing 170 kilograms and stated that dentures were sent with me. I weighed approximately 64.77 kilograms and had natural teeth.

**20.** The statutory screening packet left next-of-kin information blank or incomplete. Other CentraState encounter pages nevertheless listed my mother and spouse and their telephone numbers.

**21.** After transfer to Hampton, I did not meet or speak with Dr. Atta-ur Rehman. Other than the earlier remote call with Dr. Fabian, I do not recall a face-to-face physician encounter until approximately the third day, when I met with a physician and social worker.

**22.** By the time of Dr. Van Pelt's March 27 attestation, I had already been confined at Hampton for nearly two days. The Second Amended Complaint alleges that psychotropic medications were administered during the March 25 through March 28 period. I do not ask the Court through this declaration to decide the exact timing or legality of any dose.

**23.** On August 12, 2026, counsel also emailed me that "Nurse White agrees to waive service of the Second Amended Complaint." I understand that an executed Rule 4(d) waiver form still must be completed and filed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 17th, 2026, at Abingdon, Maryland.

/S/ Bradley Clonan

Bradley Clonan