**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **BRADLEY CLONAN,**<br>Plaintiff,<br><br>v.<br><br>**CENTRASTATE HEALTHCARE SYSTEM/ ATLANTIC HEALTHCARE SYSTEM, et al.,**<br>Defendants. | Civil Action No.<br>**3:24-cv-11399-RK-RLS**<br><br>Hon. Robert Kirsch,<br>U.S.D.J. |

**PLAINTIFF'S NOTICE OF FILING EXECUTED WAIVER OF SERVICE OF SUMMONS**
**AS TO DEFENDANT JORDAN WHITE, R.N.**

Plaintiff Bradley Clonan, proceeding pro se, respectfully files the executed AO 399 Waiver of the Service of Summons returned on behalf of Defendant **Jordan White, R.N.**, pursuant to Federal Rule of Civil Procedure 4(d).

The executed waiver states that Plaintiff's request for waiver was sent on **August 5, 2026**, and that Steven A. Johnston, Esq. executed the waiver on **August 24, 2026** on behalf of Defendant Jordan White, R.N. A true copy of the executed AO 399 is submitted separately as **Exhibit A**.

Pursuant to Federal Rule of Civil Procedure 4(d)(4), upon filing the waiver, proof of service is not required and the Federal Rules apply as if a summons and complaint had been served at the time the waiver is filed. Plaintiff requests no other relief by this Notice.

Dated: September 2, 2026

Respectfully submitted,
**/s/ Bradley Clonan**
Bradley Clonan, Plaintiff pro se
2604 W. Rhododendron Drive
Abingdon, Maryland 21009
Telephone: (732) 476-9555
Email: clonanxyz@gmail.com